75968

# Clerk's Record

# Master Index

FILED IN
COURT OF CRIMINAL APPEALS
OCT 10 2008
Louise Pearson, Clerk

## Wesley Ruiz

## F07-50318-M

| WESLEY LYNN RUIZ | CAUSE NO. F07-50318-M |
|---|---|
| VS | IN THE 194th JUDICIAL DISTRICT |
| THE STATE OF TEXAS | COURT OF DALLAS COUNTY, TEXAS |

# * INDEX *


Caption — Vol. 1-01

True Bill of Indictment (10 May 07) — Vol. 1-06
Affidavit for Arrest Warrant

Trial Docket — Vol. 1-08

Defendant's Motion for Examining Trial (27 Mar 07) — Vol. 1-11

Motion to Quash Grand Jury Subpoenas/Denied (23 Apr 07) — Vol. 1-14

Proposed Jury Questionnaire (09 May 07) — Vol. 1-18

Writ/Officer's Return (16 May 07) — Vol. 1-36

Affidavit for Search Warrant/Search Warrant (04 Oct 07) — Vol. 1-37

Return and Inventory (04 Oct 07) — Vol. 1-40

Writ for Special Venire (04 Oct 07) — Vol. 1-41

State's Motion to Seek the Death Penalty (12 Nov 07) — Vol. 1-43

State's Motion to Conduct Individual Voir Dire (13 Nov 07) — Vol. 1-44

Pre-Trial Motions - Volume I Cover — Vol. 1-46
- Motion for Special Venire/Granted — Vol. 1-53
- Motion for Notice of List of Prospective Jurors/Granted — Vol. 1-56
- Motion for Request for Individual Voir Dire of the Panel of Prospective Jurors/Granted — Vol. 1-59

---

Pre-Trial Motion - Volume 1 (continued)


- Motion for Discovery, Production and Inspection of Evidence No. 1/Granted with Exception — Vol. 1-62
- Motion for Discovery Deadline/Granted — Vol. 1-74
- Motion to Consult with Client in Private — Vol. 1-78
- Motion for Approval of Defense Medical Examiner/ Granted — Vol. 1-82
- Motion to Limit Cross-Examination of the Defendant/ Denied — Vol. 1-85
- Motion to Prohibit Inflammatory Exhibition of Defendant/Granted — Vol. 1-88
- Motion to Suppress Testimony Concerning the Defendant's State of Mind and to Instruct the State's Witnesses in Regard to such Testimony/Denied — Vol. 1-92
- Motion to Instruct Witnesses for the State Not to Make Unresponsive Answers and/or Volunteer Information Not Called for the Questions Propounded to Them by Either the Defendant's Attorneys or the State's Attorneys/Granted — Vol. 1-97
- Motion Regarding Statements of the Defendant/Granted — Vol. 1-101
- Motion to Instruct Counsel for the State Concerning In-Court and Out-of-Court Identification of the Defendant/Granted — Vol. 1-104
- Motion to Designate Where Physical Evidence was Found/Granted — Vol. 1-110
- Motion for Disclosure of Evidence Favorable to the Accused/Granted — Vol. 1-114
- Motion with Reference to Arraignment of the Accused/Granted — Vol. 1-119
- Motion to Instruct Counsel for the State Concerning Voir Dire Examination, Argument and Trial before the Jury/Granted — Vol. 1-122
- Motion to Sequester Jury — Vol. 1-129
- Motion for Clean Jacket/Granted — Vol. 1-133
- Motion to Sequester — Vol. 1-136
- Motion to Provide Definition/Denied — Vol. 1-139
- Motion to List Witnesses/Granted — Vol. 1-143
- Motion to Declare Tex. Code Crim. Proc. Ann. Art. 37.07 Sec 4(a) Unconstitutional/Denied — Vol. 1-147
- Application for Attachment of Prospective Juror/Granted — Vol. 1-151

---

Pre-Trial Motion - Volume I (continued)

| | |
|---|---|
| - Motion for Discovery of Information Regarding Prior Jury Service/Denied | Vol. 1-154 |
| - Motion to Prohibit Oath/Denied | Vol. 1-160 |
| - Motion to Suppress Illegal Identification of the Defendant and Request for Hearing Outside the Presence of the Jury/Granted | Vol. 1-164 |
| - Motion to Disclose Mitigation Evidence/Granted | Vol. 1-168 |
| - Motion to Inquire into Peremptory Challenges by the State/Granted | Vol. 1-176 |
| - Motion for Reproduction of Photographs/Granted | Vol. 1-180 |
| - Motion Requesting Notice of Intent to Use Certified Copies of Official Written Instruments/Granted | Vol. 1-184 |
| - Motion to Instruct Counsel for the State Not to Lead Witnesses/Granted | Vol. 1-187 |
| - Motion for Opportunity to be Heard Prior to the Taking of Judicial Notice of Adjudicative Facts: Tex. R. Crim. Evid. 201(E)/Granted | Vol. 1-190 |
| - Motion to Discover Rewards/Granted | Vol. 1-194 |
| - Motion to Reveal Conferences Between Witnesses/ Denied | Vol. 1-197 |
| - Motion for the Production and Inspection of Criminal Records/Granted | Vol. 1-201 |
| - Motion to Disclose Punishment Evidence/Denied | Vol. 1-204 |
| Pre-Trial Motions - Volume II Cover | Vol. 1-207 |
| - Defendant's Election of Punishment in Jury Trial | Vol. 1-212 |
| - Motion to Preclude the Death Penalty as a Sentencing Option/Denied . | Vol. 1-214 |
| - Motion to Preclude the Death Penalty as a Sentencing Option (Denial of Equal Protection)/Denied | Vol. 1-219 |
| - Motion for a Hearing to Test Qualification of the Prosecution's Character and Reputation Witnesses/Granted | Vol. 1-224 |
| - Motion to Preserve and Make Available Witness Statements/Granted | Vol. 1-228 |
| - Motion to Define Mitigation/Denied | Vol. 1-232 |
| - Motion for the Appointment of an Investigator/Granted | Vol. 1-235 |
| - Motion to Shuffle Jurors | Vol. 1-238 |
| - Defendant's Motion that the Court Reporter Record All Proceedings/Granted | Vol. 1-241 |

---

Pre-Trial Motion - Volume II (continued)

- Defendant's Motion for Disclosure of Specific Impeachment and Exculpatory Information/Granted — Vol. 1-244
- Motion to List Expert Witnesses/Granted — Vol. 1-248
- Motion in Limine - Extraneous Offenses — Vol. 1-251
- Motion to Provide Funds for the Purpose of Securing Expert Witnesses/Granted — Vol. 1-254
- Motion to Reveal Mitigation Charge/Granted — Vol. 1-258
- Motion to Declare Tex. Code Crim. Proc. Ann. Art. 37.071 Unconstitutional as Applied/Denied — Vol. 1-262
- Motion to Declare Tex. Code Crim. Proc. Ann. Art. 37.071 Unconstitutional/Denied — Vol. 1-268
- Defendant's Motion Regarding Victim Character/Impact Testimony After Mosley vs State/Denied — Vol. 1-275
- Motion to Allow the Defense to Close Arguments on Mitigation/Denied — Vol. 1-280
- Motion to Preclude Prosecution from Seeking the Death Penalty/Denied — Vol. 1-285
- Motion to Require the State to Reveal Agreements/ Understandings/Granted — Vol. 1-297
- Motion to Hold Unconstitutional V.A.C.C.P. Article 37.071 Sec. 2(e) and (f) - Burden of Proof/Denied — Vol. 1-301
- Motion to Allow Incarcerated Defendant Access to a Hot Meal/Granted — Vol. 1-307
- Motion to Allow Additional Motions/Granted — Vol. 1-311
- Motion to Introduce the Testimony of Defendant's Family and Friends Regarding their Feelings on the Prospect of a Death Sentence and the Impact an Execution Would Have on Them/Denied — Vol. 1-315
- Motion to Hold Unconstitutional Tex C. Crim. P. Article 37.071 2(e) and (f) - Failure to Require Mitigation to be Considered/Denied — Vol. 1-326
- Motion to Declare Article 37.071 (3)(e) (1) Unconstitutional/Denied — Vol. 1-330
- Motion to Declare V.A.C.C.P. 37.071 Unconstitutional and for Other Relief/Denied — Vol. 1-334

Discovery (19 Dec 07) — Vol. 1-352

Clerk's Certificate that Appellate Record is True and Correct — Vol. 1-353

==========================================================================

# * * * INDEX * * *


| | |
|---|---|
| Pre-Trial Motions - Volume III Cover (18 Jan 08) | Vol. 2-354 |
| - Motion to Read, Mark and Inwardly Digest Jones v State and Threadgill v State Relating to Defense Challenges for Cause | Vol. 2-358 |
| - Motion to Introduce the Testimony of Wesley Ruiz's Family and Friends Regarding Pleas of Mercy and the Impact that a Death Penalty and Execution Would Have Upon Them/Granted | Vol. 2-362 |
| - Wesley Ruiz's Memorandum of Law in Support of a Full, Fair and Constitutional Voir Dire | Vol. 2-379 |
| - Motion Seeking to Preclude Judicial Rehabilitation and Granting of Improper Challenges for Cause | Vol. 2-407 |
| - Motion to Preclude the Use of Peremptory Challenges by Both the State and Defense in Voir Dire | Vol. 2-421 |
| Discovery (06 Feb 08) Acknowledge Receipt | Vol. 2-441 |
| Discovery (15 Feb 08) Acknowledge Receipt | Vol. 2-442 |
| Notice of Extraneous Offenses (15 Feb 08) | Vol. 2-444 |
| State's Witness List (15 Feb 08) | Vol. 2-446 |
| Attorney's Request for Bench Warrant/Granted Lonnie Chambly (18 Mar 08) | Vol. 2-451 |
| Motion to Quash Subpoena Duces Tecum and Protect Records/Dallas Police - Records Exhibit A Officer Mark Nix (25 Mar 08) | Vol. 2-453 |
| Discovery - Statements by Carmen Delgadillo (27 Mar 08) | Vol. 2-459 |
| Deputy Reporter Statement (27 Mar 08) | Vol. 2-460 |

---


| | |
|---|---|
| Affidavit - Dallas County Sheriff's Department<br>Lt. S. Bland (04 Apr 08) | Vol. 2-461 |
| Discovery - Statement by defendant to Officer Holden<br>Exhibit A (07 Apr 08) | Vol. 2-466 |
| Defendant's First Motion for Continuance<br>(08 Apr 08) | Vol. 2-472 |
| Order - Granted/Defendant's Motion for Continuance<br>(08 Apr 08) | Vol. 2-488 |
| Supplement to Notice of Extraneous Offenses<br>Defendant's Exhibit C | Vol.2-489 |
| Order - Defendant's Motion for Appointment of Appellate<br>Counsel (14 Apr 08) | Vol. 2-491 |
| Discovery - Acknowledge Receipt<br>(14 Apr 08) | Vol. 2-492 |
| Discovery (07 May 08)<br>Certificate of Discovery | Vol. 2-493 |
| State's Witness List (Amended 05/08/08)<br>(08 May 08) | Vol. 2-497 |
| Defendant's Designation of Experts (09 May 08) | Vol. 2-503 |
| Notice to Supplement Extraneous Offenses and to<br>"Reveal the Deal" Defendant's Exhibits A & B<br>(15 May 08) | Vol. 2-505 |
| Omnibus Motion to Exclude Alleged Extraneous Offenses<br>and Bad Acts as Evidence of Future Dangerousness<br>(Gang Related Allegations) (16 May 08) | Vol. 2-511 |
| Attorney's Request for Bench Warrant/Granted<br>Lonnie Eugene Chambly (21 May 08) | Vol. 2-518 |

================================================================


Motion for Authorization to Obtain the Services of a Police Training Expert/Granted (23 May 08) — Vol. 2-520

Motion to Consolidate all Offenses Arising from the Same Criminal Episode/Denied (27 May 08) — Vol. 2-523

Attorney's Request for Bench Warrant/Granted Bench Warrant - Jose Antonio Tovar — Vol. 2-527

Defendant's Memorandum of Law Supporting Admission of Evidence Regarding Reputation and Prior Bad Acts of Mark Nix (03 Jun 08) — Vol. 2-529

Stipulation of Evidence/Defendant's Agreement to Stipulate Evidence (05 Jun 08) — Vol. 2-535

Charge of the Court - Guilt/Innocence (05 Jun 08) — Vol. 2-537

Jury Verdict on Guilt — Vol. 2-545

Note to the Court No. 1: Evidence Request and the Court's response. (05 Jun 08) — Vol. 2-546

Note to the Court No. 2: Are questions 1 & 2 mutually inclusive, i.e. do both have to be met and the Court's response. (Not File Marked) — Vol. 2-548

Motion for Authorization to Obtain the Services of a Forensic Psychologist/Order (09 Jun 08) — Vol. 2-550

Discovery (10 Jun 08) Certificate of Discovery — Vol. 2-558

Defendant's Memorandum of Law Supporting Admission of Evidence Regarding Reputation and Prior Bad Acts of Mark Nix (10 Jun 08) — Vol. 2-561

==============================================================


| | |
|---|---|
| State's Witness List (Amended 06/10/08) (10 Jun 08) | Vol. 2-567 |
| Defendant's Supplemental Designation of Experts 1. Dr. Gilda Kessner (17 Jun 08) | Vol. 2-569 |
| Motion to Hold Statutory Definition of Mitigating Evidence Unconstitutional as Applied to Impose a "Nexus" Limitation, and to Grant Defendant's Requested Instruction, Argument and Motion in Limine/Denied (17 Jun 08) | Vol. 2-571 |
| Motion to Exclude Evidence of Extraneous Offenses and Alleged Bad Acts - Gang Related Allegation - or in the Alternative Defendant's Second Motion for Continuance/ Denied | Vol. 2-580 |
| Motion to Exclude Alleged "Bad Act" of Deadly Conduct as Evidence of Future Dangerousness/Denied (17 Jun 08) | Vol. 2-586 |
| Motion to Introduce the Defendant's Statement of Allocution, Free from Cross-Examination by the State, Reflecting His Remorse for the Offense/Denied (17 Jun 08) | Vol. 2-592 |
| Motion to Exclude Victim Impact/Character Evidence in Absence of Specific Legislative Authority and to Exclude such Evidence as Irrelevant to Texas Punishment Special Issues - Request to Voir Dire/Requested Instructions/ Motions in Limine, Related to Claims in this Motion (17 Jun 08) | Vol. 2-600 |
| Motion to Exclude Misdemeanor Conviction for Escape as Evidence of Future Dangerousness/Denied (17 Jun 08) | Vol. 2-627 |
| Discovery (27 Jun 08) Statements made by the defendant | Vol. 2- 632 |
| Motion in Limine to Preclude Testimony about Violent Acts by Others (30 Jun 08) | Vol. 2-634 |

---


| | |
|---|---|
| Motion to Suppress Telephone Recordings/Denied (03 Jul 08) Exhibit A | Vol. 2-638 |
| Defendant's Proposed Charge of the Court - Guilt/Innocence (10 Jul 08) | Vol. 2-642 |
| Motion for Instructed Verdict at Punishment/Denied (10 Jul 08) | Vol. 2-648 |
| Charge of the Court - Punishment (11 Jul 08) | Vol. 2-656 |
| Special Issue No.1 and No. 2 | Vol. 2-663 |
| Note to the Court (#1) Request Evidence and the Court's response. (11 Jul 08) | Vol. 2-665 |
| Note to the Court (#2) : Is a prisoner classified before entering prison to serve their term? If not, how long does it take to be classified by the board? And the Court's response. (11 Jul 08) | Vol. 2-667 |
| Note to the Court (#3): We would like to see the dash-cam video as seen from Officer's Nix's car - frame by frame. We want the courtroom to be empty of spectators. | Vol. 2-669 |
| Note to the Court (#4) Testimony of Hector Martinez; defendant evading arrest 10 days before the shooting of Officer Nix and defending hiding a car at Hector's home. And the Court's response. (11 Jul 08) | Vol. 2- 670 |
| Note to the Court (#5): Please provide the Bluebacks admitted as State's evidence. (11 Jul 08) | Vol. 2-672 |
| Judgment/Sentence (11 Jul 08) Judgment of Conviction by Jury | Vol. 2-673 |

---


| | |
|---|---|
| Defendant's Motion for New Trial/Overruled (11 Jul 08) | Vol. 2-676 |
| Trial Court's Certification(s) of Defendant's Right of Appeal/Letter(s) (21 Jul 08) | Vol. 2-677 |
| Defendant's Notice of Appeal and Pauper Oath Appointment of Attorney on Appeal (23 Jul 08) | Vol. 2-683 |
| Notice of Appointment of Writ Counsel (05 Aug 08) | Vol. 2-684 |
| Designation of Record on Appeal (18 Jul 08) | Vol. 2-685 |
| Copy - Front Cover of Trial Jacket | Vol. 2-689 |
| Clerk's Certificate that Appellate Record is True and Correct | Vol. 2-690 |