

CASE NUMBER AP-75,968
TRIAL COURT NUMBER F-07-50318-M


# BINDER 8 OF 11 BINDERS

*VOLUME 56*
*STATE'S EXHIBITS 1 THROUGH 66*


STATE OF TEXAS

vs

WESLEY LYNN RUIZ

**FILED IN
COURT OF CRIMINAL APPEALS**

JUN 1 5 2009

**Louise Pearson, Clerk**

1           CAUSE NO. F07-50318-M

2  THE STATE OF TEXAS        *     IN THE DISTRICT COURT

3  vs.                       *     194TH JUDICIAL DISTRICT

4  WESLEY LYNN RUIZ          *     DALLAS COUNTY, TEXAS

5

6

7  - - - - - - - - - - - - - - - - - - - - - - - - - -

8

9

10                    REPORTER'S RECORD

11                     EXHIBIT INDEX

12                 Volume 56 of 59 Volume(s)

13

14

15  - - - - - - - - - - - - - - - - - - - - - - - - - -

16

17

18

19      BE IT REMEMBERED THAT on this the 27th day of May,

20  A.D, 2008, the above-styled and -numbered cause(s) came

21  on for hearing before the HONORABLE ERNEST B. WHITE, III

22  of the 194th Judicial District Court of Dallas County,

23  State of Texas, the following is a true and correct

24  transcription of the proceedings had, to-wit:

25  (Proceedings Reported by Computerized Machine Shorthand)

_Belinda G. Baraka, Official Court Reporter_
_214-653-5803_

1                    A P P E A R A N C E S

2

3    HON. KEVIN BROOKS
     Assistant District Attorney
4    State Bar No. 03070735

5

6    HON. ANDREA HANDLEY
     Assistant District Attorney
7    State Bar No. 08898800

8

9    HON. MARSHALL MCCALLUM
     Assistant District Attorney
10   State Bar No. 24027485

11

12   HON. GRACE SHIN
     Assistant District Attorney
13   State Bar No. 24033062

14

15   HON. LISA SMITH
     Assistant District Attorney
16   State Bar No. 00787131

17

18   HON. JULIUS WHITIER
     Assistant District Attorney
19   State Bar No. 21397900

20                      FOR THE STATE OF TEXAS

21

22

23

24

25

1                    A P P E A R A N C E S

2

3    HON. PAUL BRAUCHLE
     Attorney at Law
4    State Bar No. 02918000

5

6    HON. WILLIAM "KARO" JOHNSON
     Attorney at Law
7    State Bar No. 10804500

8

9    HON. DOUGLAS PARKS
     Attorney at Law
10   State Bar No. 15520000

11                    FOR THE DEFENDANT

12

13

14

15                    *   *   *   *   *

16

17

18

19

20

21

22

23

24

25

Belinda G. Baraka, Official Court Reporter
214-653-5803

| | E X H I B I T   I N D E X | | | |
|---|---|---|---|---|
| **STATE'S EXHIBIT(S):** | | OFFERED: | ADMITTED: | VOL. |
| 1 | Bulletin | 35 | 35 | 42 |
| 4 | Diagram | 67 | 47 | 42 |
| 5 | Photograph | 69 | 69 | 42 |
| 6 | Photograph | 69 | 69 | 42 |
| 7 | Photograph | 69 | 69 | 42 |
| 8 | Photograph | 69 | 69 | 42 |
| 9 | Photograph | 69 | 69 | 42 |
| 10 | Video | 73 | 74 | 42 |
| 11 | Photograph | 128 | 128 | 43 |
| 12 | Photograph | 128 | 128 | 43 |
| 13 | Photograph | 128 | 128 | 43 |
| 14 | Audio Tape | 32 | 32 | 43 |
| 14-A | Transcript | 175 | 176 | 43 |
| 15 | Audio CD | 85 | 85 | 43 |
| 16 | Photograph | 128 | 128 | 43 |
| 16-A | Photograph | 128 | 128 | 43 |
| 16-B | Photograph | 128 | 128 | 43 |
| 17 | Photograph | 128 | 128 | 43 |
| 18 | Bullet | 40 | 41 | 45 |
| 19 | Photograph | 129 | 129 | 43 |
| 20 | Photograph | 129 | 129 | 43 |
| 21 | Photograph | 129 | 129 | 43 |
| 22 | Poster | 17 | 17 | 45 |

|  | | OFFERED: | ADMITTED: | VOL. |
|---|---|---|---|---|
| **STATE'S EXHIBIT(S):** | | | | |
| 26 | News Video | 19 | 19 | 45 |
| 27 | Photograph | 128 | 128 | 42 |
| 28 | Photograph | 129 | 129 | 43 |
| 28-A | Photograph | 130 | 130 | 42 |
| 29 | Photograph | 131 | 132 | 42 |
| 32 | Medical Records | 53 | 54 | 45 |
| 32-A | Photograph | 51/32 | 51/33 | 45/51 |
| 33 | Photograph | 129 | 129 | 43 |
| 34 | Photograph | 129 | 129 | 43 |
| 35 | Photograph | 129 | 129 | 43 |
| 36 | Photograph | 129 | 129 | 43 |
| 37 | Photograph | 129 | 129 | 43 |
| 38 | Photograph | 129 | 129 | 43 |
| 39 | Photograph | 129 | 129 | 43 |
| 40 | Photograph | 129 | 129 | 43 |
| 41 | Photograph | 129 | 129 | 43 |
| 42 | Photograph | 129 | 129 | 43 |
| 43 | Photograph | 129 | 129 | 43 |
| 44 | Photograph | 129 | 129 | 43 |
| 45 | Photograph | 129 | 129 | 43 |
| 46 | Photograph | 129 | 129 | 43 |
| 47 | Photograph | 129 | 129 | 43 |
| 48 | Photograph | 129 | 129 | 43 |

**E X H I B I T   I N D E X**

```
 1                  E X H I B I T   I N D E X

 2     STATE'S EXHIBIT(S):        OFFERED:      ADMITTED:  VOL.

 3      49    Photograph          129            129       43

 4      50    Photograph          129            129       43

 5      51    Photograph          129            129       43

 6      52    Photograph          129            129       43

 7      53    Photograph          129            129       43

 8      54    Photograph          129            129       43

 9      55    Photograph          129            129       43

10      56    Photograph          129            129       43

11      57    Photograph          129            129       43

12      58    Photograph          129            129       43

13      59    Photograph          129            129       43

14      60    Photograph          129            129       43

15      61    Photograph          128            128       43

16      62    Photograph          128            128       43

17      63    Assault Pistol      137            137       43

18      64    Cartridge Casing    138            139       43

19      66    Bullets             139            139       43

20

21

22

23

24

25
```



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11                    STATE'S EXHIBIT NO. 1

12                         BULLETIN

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*



Metro
Operations
Support and
Analytical
Intelligence
Center

**Dallas Police Department**
**Crime Information Bulletin**
**FUSION CENTER (M.O.S.A.I.C.)**
Bulletin #2007
MARCH 21, 2007

# **WANTED **
# INFORMATION
# CAPITAL MURDER
## **SPECIAL ATTENTION CBD AND NW**

On 3/21/07 at approximately 2:53 A.M., an **unknown suspect entered the residence at 1542 Southerland (Beat 332) and shot the complainant**. At this time the only suspect information is 2 B/M's

<u>Suspect vehicle is being described as:</u>
**96 Chevy Caprice 4DR. Unknown LP**
**Red over Gray in Color**
**22" Chrome Wheels**
**Dark Tinted Windows**

<u>Vehicle is known to hang around these club locations:</u>
**Club One**
**3025 Main**

**Nairobi**
**2656 Main**

**Rhythm City**
**2051 W. Northwest**

If officers locate a vehicle matching this description, and/or develop intelligence related to there whereabouts of suspects and/ or vehicle

Contact
Detective E. Ibarra
CAPERS/ Homicide
214-283-4826

<u>SUSPECTS SHOULD BE CONSIDERED ARMED AND DANGEROUS</u>

**THIS BULLETIN IS NOT PROBABLE CAUSE FOR ARREST**
**THIS BULLETIN IS FOR OFFICER INFORMATION ONLY**

Source: DETECTIVE E. IBARRA
CAPERS/ Homicide
Prepared by: Michael Freeman
Criminal Intelligence Analyst/ FUSION CENTER
214-671-3056



STATE'S
EXHIBIT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S EXHIBIT NO. 4

DIAGRAM

(NONREPRODUCIBLE)



STATE'S EXHIBIT NO. 5

PHOTOGRAPH

Belinda G. Baraka, Official Court Reporter
214-653-5803





STATE'S EXHIBIT NO. 6

PHOTOGRAPH

Belinda G. Baraka, Official Court Reporter
214-653-5803



1

2

3

4

5

6

7

8

9

10

11                STATE'S EXHIBIT NO. 7

12                     PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11                    STATE'S EXHIBIT NO. 8

12                         PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S EXHIBIT NO. 9

PHOTOGRAPH



14



1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO.  10

12                            VIDEO

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 11

12             PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





1

2

3

4

5

6

7

8

9

10

11        STATE'S EXHIBIT NO. 12

12              PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 13

12                         PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 14

12                         AUDIO CD

13

14

15

16

17

18

19

20

21

22

23

24

25

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*

1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 14-A

12               TRANSCRIPT

13

14

15

16

17

18

19

20

21

22

23

24

25

1

CAUSE NO. F07-50318

1
2
3
4
5
6
7
8
9
10      * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
11              TAPE TRANSCRIPTION
12      * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
13
14
15
16                                              ORIGINAL
17
18
19
20
21
22
23
24                                          STATE'S
25                                          EXHIBIT
                                            14A

SHELLY CROSSLAND, CSR
KX & ASSOCIATES (214) 520-6868

2

1                              INDEX

2                                              Page

3    Transcription Begins...........................3

4    Reporter's Certificate........................23

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1          (Tape 1, Side A.)

2          POLICE UNIT:  Yeah, we are southbound 35,

3    uh, just about to exit, Mockingbird, I believe.

4          We're following a gray Caprice with a red

5    top on 22's.  This was -- uh, it looks like it might

6    possibly be a suspect vehicle in a homicide down on

7    channel 3.

8          If you've got somebody can stop this thing,

9    maybe we can ID some of the people.

10         DISPATCHER:  We need cover at southbound 35

11   at Mockingbird.

12         POLICE UNIT:  42.  I'm on Mockingbird.  I

13   can head towards 35.  Are they exiting or are they going

14   south?

15         DISPATCHER:  42's in the area.  Are y'all

16   exiting or still going south?

17         POLICE UNIT:  Yeah.  We exited the

18   Mockingbird exit.  Looks like we might head into West

19   Dallas.

20         POLICE UNIT:  42.  Be advised I'm going

21   eastbound, and I'm going to try to catch up to you.

22         (unintelligible) Pat, by the radio?

23         POLICE UNIT:  (Unintelligible)  I'm at

24   Empire Central.

25         POLICE UNIT:  Hey, Pat, it's, uh, Haker

4

1   (phonetic). Hey, we're at Canada and Westmoreland, so

2   let us know if y'all cross over.

3          POLICE UNIT: Uh, yeah, we're getting on

4   Mockingbird like we're gonna come across the bridge.

5          POLICE UNIT: Uh, we're sitting across the

6   bridge; just let us know.

7          POLICE UNIT: Ten-four.

8          50 to 41, we're now going westbound on

9   Mockingbird.

10         POLICE UNIT: (Unintelligible)

11         DISPATCHER: Okay.

12         POLICE UNIT: All right, Pat. We're on the

13   other side, coming up on Irving. If you just wanna wait

14   at Irving -- traffic's really piled up on -- on our way

15   towards Irving. Once we get to Irving, we'll let you

16   jump in and then we can stop 'em.

17         POLICE UNIT: All right. Ten-four.

18         POLICE UNIT: All right. Todd, we're still

19   really caught in traffic, but we're coming.

20         POLICE UNIT: Uh, that's no problem.

21   We're, um, gonna be on the other side of Irving.

22   (Unintelligible) was gonna go into West Dallas. We're

23   ready to pull out whenever.

24         POLICE UNIT: All right. We're on the far

25   outer right lane.

5

1       POLICE UNIT:  What are you driving, Pat?

2       POLICE UNIT:  We're in a black Chevy

3   extended-cab pickup with chrome wheels.

4       The car does have a squad--

5       POLICE UNIT:  534, we'll (inaudible)

6       DISPATCHER:  Okay.

7       POLICE UNIT:  All right, Todd.  We're

8   coming up on Irving.  We might make this light.

9       POLICE UNIT:  Ten-four.

10       POLICE UNIT:  543.

11       DISPATCHER:  Yes, sir.

12       POLICE UNIT:  Gimme a 24 on Maple Springs.

13       DISPATCHER:  Okay.

14       POLICE UNIT:  All right, Haker, we're

15   through the light, so if we see you, we're gonna slow

16   down and let you in.

17       POLICE UNIT:  Ten-four.  We got it.  We got

18   it.

19       POLICE UNIT:  All right.  Come on in.

20       POLICE UNIT:  Do I do it before the bridge?

21       POLICE UNIT:  Nah, with all this traffic,

22   I'd say wait until the other side of the bridge, till

23   we're off of the bridge.  Maybe he'll pull off on a side

24   street, and we can try to stop him there.

25       POLICE UNIT:  (Unintelligible) into

SHELLY CROSSLAND, CSR
KX & ASSOCIATES (214) 520-6868

6

1    traffic.

2              DISPATCHER:  All right.  (Unintelligible)

3    seven.  (Unitelligible) those things, over.  Please.

4              POLICE UNIT:  5041.  At this point,

5    (unintelligible) crossing the bridge going into West

6    Dallas.

7              DISPATCHER:  Ten-four.

8              POLICE UNIT:  42.  I'm about three blocks

9    behind you, but I'm in traffic the same way you were.

10             POLICE UNIT:  Ten-four.

11             POLICE UNIT: 512 to the elements.  We're

12   over here at Westmoreland and Canada on the other side of

13   the bridge.

14             POLICE UNIT:  Uh, we're in the center lane.

15   We're slowing down.  We're getting piled up in traffic as

16   you hit this Canada light.

17             Just FYI, that tag comes back to 3260

18   Vickers, number 103.

19             POLICE UNIT:  All right.  We're

20   (unintelligible) the parking lot, guys.  We're coming up

21   on you.

22             POLICE UNIT:  (Unintelligible) just say

23   when.

24             POLICE UNIT:  Whenever you want to

25   (unintelligible).

7

1      POLICE UNIT:  3224.  Looks like we're gonna

2  be doing a traffic stop right here at Westmoreland, about

3  the 4000 block.

4      DISPATCHER:  Okay.

5      POLICE UNIT:  I'll take that back.  I don't

6  know if he's gonna stop or not.  Attention 41, he looks

7  like he's probably gonna be running.

8      DISPATCHER:  Okay.  We're trying to get

9  ahold of Air One.

10     POLICE UNIT:  All right.  We're going

11 right.  Uh, we got a couple a squads in chase.  Let me

12 see.  We're northbound Bernal.

13     DISPATCHER:  Northbound Bernal.

14     (Unintelligible)

15     POLICE UNIT:  32 and 24, possible murder

16 suspect.

17     POLICE UNIT:  Ten-four.

18     DISPATCHER:  Bernal and where?  We were --

19     POLICE UNIT:  We're still westbound on

20 Bernal coming up to Norwich.

21     DISPATCHER:  Northbound -- westbound Bernal

22 and Norwich.

23     POLICE UNIT:  5041.  They've passed

24 Soloman.  We're quite a ways behind them.

25     POLICE UNIT:  We're passing Norwich, still

SHELLY CROSSLAND, CSR
KX & ASSOCIATES (214) 520-6868

8

1    westbound.

2              DISPATCHER:  Ten-four.  (Unintelligible)

3    Bernal and Norwich.

4              POLICE UNIT:  We're about at 65.

5              DISPATCHER:  (Unintelligible)

6              POLICE UNIT:  Wrecked out it looks like

7    right here at Westmoreland and Carl.

8              DISPATCHER:  Westmoreland and Carl.

9              POLICE UNIT:  We're doing a felony stop at

10   Mart -- Mart Street.

11             DISPATCHER:  Ten-four.

12             553, are you guys okay over there?

13             0115, we need you at Westmoreland and Mart.

14   Possible officer down, channel 4 saying I had officers

15   behind a possible murder suspect pulling a felony stop at

16   that location.  I can't raise the officers.

17             POLICE UNIT:  At the Westmoreland, and

18   what's the other street?

19             DISPATCHER:  Mart, M-a-r-t, close to

20   Canada.

21             POLICE UNIT:  3210.  I'm in route out

22   there.

23             DISPATCHER:  Ten-four.

24             POLICE UNIT:  (Unintelligible)  We have an

25   ambulance coming.

9

1          DISPATCHER:  We got it.

2          POLICE UNIT: (Unintelligible)  24.  We'll

3    head that way.

4          DISPATCHER:  Ten-four.

5          520 --

6          POLICE UNIT:  (Unintelligible)

7          DISPATCHER:  520.

8          POLICE UNIT:  (Unintelligible)  524.  We

9    have an officer shot.

10          DISPATCHER:  Ten-four.

11          POLICE UNIT:  58.  We're in route.

12          DISPATCHER:  Ten-four.

13          POLICE UNIT:  3210.  I'm in route.

14          DISPATCHER:  Ten-four.

15          POLICE UNIT:  3214 is in route.

16          DISPATCHER:  Ten-four.  Let 'em know we've

17    got an ambulance coming, plenty of cover, and Air One.

18    They're on four.

19          POLICE UNIT:  Police (unintelligible) cover

20    out here.

21          DISPATCHER:  Ten-four.

22          POLICE UNIT: (Unintelligible) the address

23    at Bernal and Mart?

24          DISPATCHER:  Bernal and Mart, Bernal and

25    Mart.

10

1        An open mike, guys.

2        POLICE UNIT:  We're at 4100 Bernal.

3        DISPATCHER:  4100 Bernal.

4        POLICE UNIT:  Yeah.  They're down

5   (unintelligible)

6        DISPATCHER:  So we have an ambulance, Air

7   One, and tons of cover.

8        POLICE UNIT:  (Unintelligible) in route.

9        POLICE UNIT:  502.

10       DISPATCHER:  502.

11       POLICE UNIT:  (Unintelligible) everybody

12   for an officer involved in -- notified at this point?

13       DISPATCHER:  Working on it now.  My

14   sergeants are doing it.

15       POLICE UNIT:  17 in route.

16       DISPATCHER:  Ten-four.

17       POLICE UNIT:  64 in route.

18       DISPATCHER:  Ten-four.

19       POLICE UNIT:  21 in route.

20       DISPATCHER:  (Unintelligible)

21       POLICE UNIT:  (Unintelligible)  Get on out.

22   Let's go.

23       POLICE UNIT:  (Unintelligible) 13, can we

24   get somebody to cut off traffic down at Norwich?

25       DISPATCHER:  Gonna shut off Norwich.

11

1      POLICE UNIT:   Yeah.   That part is on

2    (unintelligible).

3          DISPATCHER:   (Unintelligible)

4          POLICE UNIT:   23 in route.

5          POLICE UNIT:   Air One's up.

6          DISPATCHER:   Ten-four.

7          POLICE UNIT:   Air One, can they get five

8    for what we're looking for out here?

9          DISPATCHER:   At this point, it's an officer

10   down at 4100 Bernal.

11          531 to another supervisor out there.

12   Getting a --

13          POLICE UNIT:   (Unintelligible) 510.

14          DISPATCHER:   Okay, 510.   At 4023 Bernal, I

15   have a message she called 911.   A child and the mother

16   are in the floorboard.

17          POLICE UNIT:   I'm going around to the

18   backyard right now.

19          POLICE UNIT:   541.   We're evacuating the

20   residences at 4100 Mart.

21          DISPATCHER:   Ten-four.

22          POLICE UNIT:   502.

23          DISPATCHER:   502.

24          POLICE UNIT:   Yeah.   Is the officers out

25   with the injured officer at the hospital yet?

12

1          POLICE UNIT:  No.  I'm just pulling up.

2          DISPATCHER:  Last I checked, they were

3  pulling up there, and that was, like, five minutes ago.

4  I'll check on the AVL.

5          POLICE UNIT:  They're all here.

6          DISPATCHER:  They're there.

7          POLICE UNIT:  510.

8          DISPATCHER:  510.

9          POLICE UNIT:  Yeah.  A couple of the

10  elements that are evacuating residents from the rear of

11  the residences here, everybody just needs to hold what

12  they have, cover the target vehicle, and wait on tac.

13          DISPATCHER:  (Unintelligible)

14          Just hold what you have, unless you're with

15  510, and wait for tac.

16          POLICE UNIT:  850 tac, we're, coming up

17  I-30 right now.  We're about five off.

18          DISPATCHER:  Ten-four.  Five minute ETA,

19  510.

20          POLICE UNIT:  512.  Did you get that

21  (unintelligible)?

22          DISPATCHER:  Ten-four, sir.

23          POLICE UNIT:  502, make sure tac is

24  responding code 3, if they don't know.

25          DISPATCHER:  850, y'all are going code 3,

13

1    right?

2               POLICE UNIT:  Ten-four.

3               DISPATCHER:  Yes, sir, they are.  502.

4               POLICE UNIT:  Yes, ma'am.  There are at

5    least one group of officers that is clearing houses that

6    are on Bernal from the rear at this point.  I need them

7    to continue to do that, and I need an update as to

8    whether they've got the house on the corner cleared, and

9    if there's more information related to somebody in that

10   vehicle at the front of the residence.

11               Secondly, I need to go ahead and make sure

12   that the elements on Bernal both east and west are backed

13   up far enough away that they cannot see the suspect

14   vehicle.  We don't know if anybody's still in there.  We

15   don't know if they have rounds still.

16               DISPATCHER:  Ten-four.

17               POLICE UNIT:  All the officers that are

18   just sitting --

19               POLICE UNIT:  45 in route.

20               POLICe UNIT:  -- all need to move the crowd

21   and block that road further back to where they're out of

22   the line of fire.

23               DISPATCHER:  Ten-four.  Need the road

24   blocked and move the crowd back.  Need the house on the

25   corner secured.

14

1          POLICE UNIT:  3238, we're securing the
2     house right now.  We're talking to the people inside.
3          DISPATCHER:  Ten-four.
4          POLICE UNIT:  344, we're on our way.
5          DISPATCHER:  Leesburg and Bernal is where
6     everybody's kinda at now, just kind of held back a little
7     bit.  Kilgore and Bernal will be fine, too.
8          POLICE UNIT:  (Unintelligible) street where
9     Bernal curves around to the back, but we're gonna need it
10    about where the -- the park, I think, is back there.
11    We're gonna need that route, Bernal, shut down all the
12    way back there.
13          DISPATCHER:  Is that on the Pringle side or
14    the Tram side?
15          POLICE UNIT:  Not sure on that one at this
16    point.
17          DISPATCHER:  Okay.  I think it's the
18    Pringle side, and someone at Bernal and Pringle; also,
19    Bernal and Pluto.  That way, we have both ends covered.
20          POLICE UNIT:  416.  We got Pluto.
21          POLICE UNIT:  On Mart on the driver's side.
22          POLICE UNIT:  4-- (unintelligible) at
23    Canada and Kilgore.
24          DISPATCHER:  Ten-four.
25          POLICE UNIT:  3214.

15

1       DISPATCHER:  3214.

2       POLICE UNIT:  The house on the southwest

3   corner of Bernal and Mart have been evacuated.

4       DISPATCHER:  All right.

5       POLICE UNIT:  510 to 502.  510 to 502.

6       502 to Wester-- (unintelligible)

7       POLICE UNIT:  Go ahead, sir.

8       POLICE UNIT:  Is that house and all those

9   vehicles completely clear?

10       POLICE UNIT:  House and vehicles are clear.

11       POLICE UNIT:  Ten-four.

12       POLICE UNIT:  502.

13       DISPATCHER:  502.

14       POLICE UNIT:  Yeah, I don't know who's on

15   the west side of this intersection here at Bernal and

16   Mart, but if they can clear along the west side of Mart

17   up through those -- the rest of those houses.

18       I know they said something about the

19   southwest corner house, but there may be some houses

20   behind it that may need to be cleared also.

21       DISPATCHER:  Need to be sure all the houses

22   on the west, at Bernal and Mart, are clear.

23       POLICE UNIT:  502.

24       DISPATCHER:  502.

25       POLICE UNIT:  Looks like the house that you

SHELLY CROSSLAND, CSR
KX & ASSOCIATES (214) 520-6868

16

1    received a call on with the people in the car is

2    evacuated.  So right now, it looks like we have a pretty

3    good interior perimeter.

4                    DISPATCHER:  Okay.

5                    POLICE UNIT:  (Unintelligible)

6                    DISPATCHER:  Leesburg and Bernal.

7                    POLICE UNIT:  541 to 510.  We have a

8    (unintelligible) in the church parking lot.

9                    POLICE UNIT:  (Unintelligible) zero.

10                   POLICE UNIT:  502.  You got people

11   gathering on the west side of Bernal there.

12                   DISPATCHER:  Need someone to get those

13   people on the west side of Bernal.

14                   POLICE UNIT:  We just cleared this street

15   on the west side of Mart.

16                   POLICE UNIT:  (Unintelligible) -- 22, I'll

17   get 'em.

18                   POLICE UNIT:  502.

19                   DISPATCHER:  502.

20                   POLICE UNIT:  The west side cleared over

21   there on Mart?

22                   POLICE UNIT:  Clear that street from the

23   west side from Mart.

24                   DISPATCHER:  Yeah, it's clear.

25                   POLICE UNIT:  Ten-four.

17

1      POLICE UNIT:  810.

2      DISPATCHER:  810.

3      POLICE UNIT:  (Unintelligible) we are in

4   route.  Who's the controlling supervisor out there,

5   please?

6      DISPATCHER:  502.

7      POLICE UNIT:  Go ahead to 502.

8      POLICE UNIT:  (Unintelligible) 502.  We got

9   a (unintelligible) set or a phone number I can reach you

10  at, sir?

11     POLICE UNIT:  Yeah, stand by to copy.

12     POLICE UNIT:  Air One.

13     DISPATCHER:  Air One, hang on just a

14  second.

15     Or go ahead.  I'm sorry.

16     POLICE UNIT:  Air One.  Be advised we have

17  Sky Four is coming down, and they've got a much better

18  camera than we do, and they're gonna try to give us an

19  eye's up on what's going on if they can see anybody

20  inside the car.  The vehicle's got really dark, like,

21  limo tint, so it's very hard to see inside.

22     POLICE UNIT:  502.

23     DISPATCHER:  502.

24     POLICE UNIT:  Yeah, we know we have at

25  least one suspect inside the vehicle.  They do not need

18

1    to do that to confirm it.  We have one in the vehicle.

2              POLICE UNIT:  Air One (unintelligible).

3              POLICE UNIT:  502 to 810.

4              POLICE UNIT:  Yes, sir, go ahead.

5              POLICE UNIT:  You ready to copy?

6              POLICE UNIT:  Go ahead.

7              POLICE UNIT:  214-577-1659er.

8              POLICE UNIT:  Ten-four.  Calling you now.

9              POLICE UNIT:  335.  I'm out with a rifle

10   and body armor.  You need me anywhere?

11             DISPATCHER:  He's (unintelligible) Bernal,

12   (unintelligible) everybody, but they're waiting on tac

13   out there.

14             POLICE UNIT:  (Unintelligible)

15             POLICE UNIT:  (Unintelligible)

16             POLICE UNIT:  Look to your right.  Over

17   here.  Sergeant (unintelligible), look to your right.

18             POLICE UNIT:  -- to send the ATC over and

19   evacuate you guys from that location when we get there.

20   We're about five minutes out.

21             POLICE UNIT:  I'm sorry.  Could you repeat

22   one more time?

23             POLICE UNIT:  We're sending the ATC over

24   and they'll evacuate you guys from that position.

25             POLICE UNIT:  (Unintelligible) 78.  I'm

19

1    gonna be out on Bernal.

2                    DISPATCHER:  Ten-four.

3            POLICE UNIT:  510.

4            DISPATCHER:  510.

5            POLICE UNIT:  510 to 502.  510.

6            POLICE UNIT:  (Unintelligible)

7            POLICE UNIT:  510 to 502.  510 to 502.  I'm

8    sorry.  You can go ahead and switch it over to channel

9    eight.  We still have (unintelligible) on channel five.

10           POLICE UNIT:  502 to 510, 31.  All channel

11   five elements that are at this scene that are still on

12   channel five, switch over to channel eight.

13           POLICE UNIT:  Air One (unintelligible) to

14   eight.

15           DISPATCHER:  (Unintelligible)

16           POLICE UNIT:  502.

17           DISPATCHER:  502.

18           POLICE UNIT:  Yeah, could you, uh, have

19   Air One, uh, take a look around and see from their

20   position if there's anything we're missing as far as any

21   citizens in this area inside the perimeter?

22           Uh, I can only see what we can look at from

23   right here.

24           DISPATCHER:  Okay.  They switched over to

25   eight, so let me make sure they're not still on five.

20

1          Air One, are you still monitoring five?

2          502, they're already on eight.

3          POLICE UNIT:  Ten-four.  I'll try over

4    there also.

5          POLICE UNIT:  43.

6          DISPATCHER:  43.

7          POLICE UNIT:  410.

8          DISPATCHER:  410.

9          POLICE UNIT:  Yeah, 502 wants to know if we

10   have everybody notified such as CAPERS, everybody else as

11   yet?

12          DISPATCHER:  Yes, sir.

13          POLICE UNIT:  510.

14          DISPATCHER:  510.  510, go ahead.

15          POLICE UNIT:  Yeah, I'm at the service

16   desk.  Notify DBA for attorneys who are involved on this.

17          DISPATCHER:  Ten-four.

18          POLICE UNIT:  2403.

19          DISPATCHER:  2403.

20          POLICE UNIT:  Be advised of a 7X at, I

21   think, the 4000 block of Singleton.  (unintelligible)

22   eighteen-wheeler and a vehicle.

23          DISPATCHER:  Okay, sir.  Why don't you take

24   it to another channel.  We've got something major going

25   on over here.

21

1               POLICE UNIT:  702, code 2.

2               POLICE UNIT:  6631.

3               POLICE UNIT:  1071 on five.

4               POLICE UNIT:  1071.

5               POLICE UNIT:  It's clear, so we're gonna be

6  helping out on your channel, and we're headed to your 30

7  on Singleton.

8               DISPATCHER:  Sure appreciate it.

9               POLICE UNIT:  (Unintelligible) on five.

10              DISPATCHER:  I'm sorry.  Who was that?

11              POLICE UNIT:  1077.  We're coming on CVD to

12  help clear out some of these calls (unintelligible).

13              DISPATCHER:  Ten-four, 1077.  How about the

14  hang up on Burbank?

15              POLICE UNIT:  In route.

16              POLICE UNIT:  127 on five.

17              DISPATCHER:  127.

18              POLICE UNIT:  We're out taking calls on

19  channel five.  Do you have one for us?

20              DISPATCHER:  Yeah, just give me one second,

21  127.  Let me find something for you to go on.

22              POLICE UNIT:  127, do you wanna handle that

23  7X for me on Singleton?

24              POLICE UNIT:  40 to 127, ten-four.  Show us

25  in route.

22

1        DISPATCHER:  Proceed.  Thank you.

2        POLICE UNIT:  510 to 520.  510 to 520.

3        DISPATCHER:  He's on channel five, 510.

4        POLICE UNIT:  275.

5        DISPATCHER:  275.

6        POLICE UNIT:  We got a 66 on Tamalo

7    (phonetic).

8             (End of tape 1, Side A.)

23

1    STATE OF TEXAS      )

2    COUNTY OF DALLAS    )

3

4        This is to certify, that I, Shelly L. Crossland, a

5    Certified Shorthand Reporter in and for the State of

6    Texas, transcribed the tape in the above captioned cause,

7    and that to the best of my ability the above and

8    foregoing 22 pages contain a full, true and correct

9    transcript of the said proceedings.

10       Certified to on this 3rd day of May, 2007.

11

12

13

14

15

16

17                    SHELLY L. CROSSLAND, Texas CSR 7986
                      Expiration Date:  12/31/08
18                    KX & Associates
                      8500 N. Stemmons Freeway, Suite 3015
19                    Dallas, Texas 75247
                      (214) 520 - 6868
20                    Firm Registration No. 478

21

22

23

24

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11                    STATE'S EXHIBIT NO. 15

12                         AUDIO CD

13

14

15

16

17

18

19

20

21

22

23

24

25
```



STATE'S EXHIBIT NO. 16

PHOTOGRAPH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





STATE'S EXHIBIT
3
55
49

STATE'S EXHIBIT NO. 16-A

PHOTOGRAPH



1

2

3

4

5

6

7

8

9

10

11　　　　　　　STATE'S EXHIBIT NO. 16-B

12　　　　　　　　　　PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11 STATE'S EXHIBIT NO. 17

12 PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





1
2
3
4
5
6
7
8
9
10      STATE'S EXHIBIT NO. 18
11              BULLET
12          (NONREPRODUCIBLE)
13
14
15
16
17
18
19
20
21
22
23
24
25

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*



1

2

3

4

5

6

7

8

9

10

11                STATE'S EXHIBIT NO. 19

12                    PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT
41
40

27



STATE'S EXHIBIT NO. 20

PHOTOGRAPH

Belinda G. Baraka, Official Court Reporter
214-653-5803



STATE'S EXHIBIT
43

1
2
3
4
5
6
7
8
9
10
11           STATE'S EXHIBIT NO. 21
12               PHOTOGRAPH
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11          STATE'S EXHIBIT NO. 22
12                POSTER
13
14
15
16
17
18
19
20
21
22
23
24
25





1

2

3

4

5

6

7

8

9

10                    STATE'S EXHIBIT NO. 26

11                             VIDEO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*



1

2

3

4

5

6

7

8

9

10

11      STATE'S EXHIBIT NO. 27

12        PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11            STATE'S EXHIBIT NO. 28

12                 PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 28-A

12                 PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





1

2

3

4

5

6

7

8

9

10

11            STATE'S EXHIBIT NO. 29

12                 PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





STATE'S EXHIBIT NO. 32

MEDICAL RECORDS

## AFFIDAVIT AUTHENTICATING MEDICAL RECORDS
OF *Toni's wheeled Dine*

BEFORE ME. THE UNDERSIGNED AUTHORITY. PERSONALLY APPEARED **SHEILA BELL**, WHO. BEING DULY SWORN, DEPOSED AS FOLLOWS:

MY NAME IS **SHEILA BELL**, I AM OF SOUND MIND. CAPABLE OF MAKING THIS AFFIDAVIT, AND PERSONALLY ACQUAINTED WITH THE FACT HEREIN STATED:

I AM THE CUSTODIAN OF THE RECORDS OF THE DALLAS COUNTY HOSPITAL DISTRICT. ATTACHED HERETO ARE _61_ PAGES OF RECORDS FROM THE DALLAS COUNTY HOSPITAL DISTRICT. THESE SAID _61_ PAGES OF RECORDS ARE KEPT BY THE DALLAS COUNTY HOSPITAL DISTRICT IN THE REGULAR COURSE OF BUSINESS, AND IT WAS THE KNOWLEDGE OF THE ACT, EVENT, CONDITION, OPINION, OR DIAGNOSIS, RECORDED TO MAKE THE RECORD OR TO TRANSMIT INFORMATION THEREOF TO BE INCLUDED IN SUCH RECORD, AND THE RECORD WAS MADE AT OR NEAR THE TIME OR REASONABLY SOON THEREAFTER. THE RECORDS ATTACHED HERETO ARE EXACT DUPLICATES OF THE ORIGINAL, AND IT IS A RULE OF THE DALLAS COUNTY HOSPITAL DISTRICT TO NOT PERMIT THE ORIGINALS TO LEAVE THE HOSPITAL. RECORDS CREATED BY OR OBTAINED FROM OTHER HEALTHCARE PROVIDERS OR ORGANIZATIONS ARE NOT INCLUDED.

_____
**SHEILA BELL**

SWORN TO AND SUBSCRIBED BEFORE ME ON THE _10th_ DAY OF _April_ , 20 _07_.

_____
NOTARY PUBLIC IN AND FOR
DALLAS COUNTY, TEXAS
MY COMMISSION EXPIRES: _8-12-10_

MARY DAVIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 8/12/2010


STATE'S
EXHIBIT

**DALLAS COUNTY HOSPITAL DISTRICT**

DALLAS, TEXAS

MRN: 4131784
LAMBDA,A
DOB: 01/01/1984    23 yrs    WH/M
TWO N TRAUMA SURG ICU D
HAR: 602194488
CSN: 310183284

DIAGNOSIS AND SUMMARY RECORD

## PLEASE DO NOT USE ABBREVIATIONS

PRINCIPAL DIAGNOSIS: THE DIAGNOSIS (ESTABLISHED AFTER EVALUATION)
RESPONSIBLE FOR HOSPITAL ADMISSION.

| SERVICE | CODE NO. | DIAGNOSES AND PROCEDURES |
|---|---|---|
| | | **PRINCIPAL DIAGNOSIS: REASON FOR HOSPITALIZATION** |
| Trauma 3 | | S/p GSW — multiple    (R) HTX |
| | | (R) open thumb fx    (R) ulnar distal fx |
| | | (L) open ulna fx |
| | | **OTHER MORBID CONDITIONS AND/OR COMPLICATIONS** |
| **ADMIT DATE** 3 / 23 / 07 (MO/DAY/YR) | | |
| | | tachycardia |
| **DISCHARGE DATE** 3 / 27 / 07 (MO/DAY/YR) | | |
| **LENGTH OF STAY** 4d | | **PROCEDURES** |
| | | 3/27/07 - 1) Ex lap |
| | | 2) 2) (R) UE open Fracture |
| | | 3) (R) chest tube |
| **PATHOLOGY - SPECIMEN SENT** ☒ NO ☐ YES | | 4) Pericardial window |
| | | 5) Exploration (R) knee wound |
| **EXPIRED** ☒ NO ☐ YES TIME: | | |

FOR USE BY MEDICAL RECORD DEPARTMENT ONLY   3-23-07

| | | Surgery Date |
|---|---|---|
| Admit Time 1930 | Type of Admission | Attending Surgeon 40630 |
| Admit to ER | Trauma Log | Surgery Date 3-23-07 |
| Date 3/23/07 | Zip Code | Attending Surgeon 40807 |
| Time 2320 | Baby's Birth | Surgery Date |
| Attending Physician 17940 | Weight | Attending Surgeon |
| | Discharge | Surgery Date |
| | Looked For | Attending Surgeon |
| | Status Sections | |

**AUTOPSY** ☒ NONE ☐ HOSPITAL ☐ MEDICO-LEGAL (ME)

SERVICES CONSULTED:    Surg    Resp    Uriel 3/30/07
ortho

**DISCHARGE THINNED** ☐ NO ☐ YES
ON DATE
INITIALS

A10

(B) ulnar fx → ortho → repind → NWB (B)UE

pmk — ∅
psh — tonsillectomy

DC SS# 577786

DISCHARGE INSTRUCTIONS GIVEN? ☒ YES   ☐ NO

| | |
|---|---|
| 1. CONDITION AT TIME OF DISCHARGE: Stable | D. MEDICATIONS/INSTRUCTIONS |
| 2. INSTRUCTIONS TO PATIENT/FAMILY: | Lortab 5/500 ī-īī tab. PO Q4° PRN pain |
| | Cduc 100 mg PO BID |
| A. ACTIVITY  NWB BUE | Ciproflox 500mg PO daily x7 days, |
| B. DIET  Regular | |
| C. FOLLOW-UP (APPT.) | |
| ortho D 2wks | |
| TASC 3/29/07 | |

.POSITION:

DICTATED  ☒ YES  ☐ NO   DATE 7/27/07

SIGNATURES:         Hans 52452

| INTERN | RESIDENT | ATTENDING STAFF |

# Parkland Health & Hospital System
## 5201 Harry Hines Blvd
## Dallas, TX 75235



Parkland
*Health & Hospital System*

| ient Name | | Sex | Birthdate | Age | Account Number | Medical Record Number |
|---|---|---|---|---|---|---|
| RUIZ, WESLEY LYNN | | Male | 11/20/1979 | 27 | 000310183284 | 004131790 |

| Admit Date | Discharge Date | LOS | Disposition |
|---|---|---|---|
| 03/23/07 07:30 PM | 03/27/07 08:08 PM | 4 | Home |

**Primary Pay Source**
Self Pay

| Attending Physician | Phys Number | Discharge Hospital Service | Hospital Service Number |
|---|---|---|---|
| Thal, Erwin R. | 17940 | | |

| MDC | MDC Text |
|---|---|
| 024 | MULTIPLE SIGNIFICANT TRAUMA |

| DRG | DRG Text |
|---|---|
| 486 | OTHER O.R. PROCEDURES FOR MULTIPLE SIGNIFICANT TRAUMA |

| CMS Weight | Average LOS | Geometric Mean LOS | Estimated Reimbursement |
|---|---|---|---|
| 7.9213 | | 15.8000 | 25084.46 |

| Adm DX | Admitting Diagnosis Text |
|---|---|
| 9599 | Other/unspecified injury to unspecified site |

| Prin DX | Principal Diagnosis Text |
|---|---|
| 81332 | Open fracture of shaft of ulna |

| DX Code | Secondary Diagnosis Text |
|---|---|
| 8603 | Hemothorax with open wound into thorax |
| 2761 | Hyposmolality and/or hyponatremia |
| 5990 | Urinary tract infection, site not specified |
| 1511 | Open fracture, base of thumb (first metacarpal) |
| E970 | Injury due to legal intervention by firearms |
| E8495 | Injury or poisoning occurring at/in street and highway |
| V625 | Legal circumstances |
| 7850 | Tachycardia, unspecified |
| 8911 | Open wound of knee, leg & ankle, complicated |
| 87359 | Open wound of face with complication, multiple sites |
| 8841 | Multiple & unspecified open wound of upper limb, complicated |
| 81353 | Open fracture of distal end of ulna |
| 8793 | Open wound of abdominal wall, anterior, complicated |

| RX Code | Procedure Text | Date | Surgeon | Surg# |
|---|---|---|---|---|
| 7962 | Debridement of open fracture of radius/ulna (ar | 03/23/2007 | Perry, Mark D. | 40630 |
| 7963 | Debridement of open fracture of carpals/metacar | 03/23/2007 | Perry, Mark D. | 40630 |
| 3712 | Pericardiotomy | 03/23/2007 | Shafi, Shahid | 40807 |
| 5411 | Exploratory laparotomy | 03/23/2007 | Shafi, Shahid | 40807 |
| 9354 | Application of splint | 03/23/2007 | Perry, Mark D. | 40630 |
| 9671 | Continuous mechanical ventilation for less than | 03/23/2007 | Thal, Erwin R. | 17940 |
| 3409 | Incision of pleura | 03/23/2007 | Shafi, Shahid | 40807 |
| 3409 | Incision of pleura | 03/23/2007 | Shafi, Shahid | 40807 |
| 8842 | Aortography | 03/23/2007 | Lopera, Jorge | 41485 |
| 8849 | Arteriography of specified site | 03/23/2007 | Lopera, Jorge | 41485 |
| 9354 | Application of splint | 03/23/2007 | Shafi, Shahid | 40807 |
| 9829 | Removal (without incision) of foreign body from | 03/23/2007 | Shafi, Shahid | 40807 |

| Coder | Reviewer | Export Status | Export Date |
|---|---|---|---|
| KAY | LUCIA | Ready to Export | |

A12

PARKLAND HEALTH & HOSPITAL SYSTEM
DALLAS, TEXAS

DISCHARGE SUMMARY

**NAME:**       RUIZ, WESLEY LYNN          **ADMISSION DATE:**  03/23/2007

**MRN:**        004131790                  **DISCHARGE DATE:**  03/27/2007

**SERVICE:**    TRAUMA

**PHYSICIAN:**  ERWIN R. THAL, MD


**LENGTH OF STAY:**  Four days.

**PATHOLOGY SPECIMEN SENT:**  No.

**PATIENT EXPIRED:**  No.

**AUTOPSY PERFORMED:**  None.

**PRINCIPAL DIAGNOSIS/REASON FOR HOSPITALIZATION:**  Multiple gunshot
wounds to (1) face, (2) abdomen, (3) right hemithorax, (4) left upper
extremity, (5) right upper extremity, (6) right lower extremity.

**OTHER MORBID CONDITIONS AND/OR COMPLICATIONS:**  Cocaine abuse.

**PROCEDURES:**  On 03/23/2007 (1) exploratory laparotomy, (2) placement
of bilateral chest tubes, (3) exploration of wound of right knee and
removal of foreign body, (4) pericardial window, (5) I&D and splint of
left first metacarpal fracture, (6) I&D and splint of right ulna open
fracture.

**SERVICES CONSULTED:**
1. SICU.
2. Orthopedic Surgery.
3. Respiratory Care.
4. Nutrition.

**SUMMARY OF HOSPITAL COURSE:**  The patient is a 23-year-old gentleman
who sustained multiple gunshot wounds during an altercation with the
police.  The patient was noted to have gunshot wounds to his face,
right hemithorax, abdomen, bilateral upper extremities, and right
lower extremity.  The patient arrived to Parkland Memorial Hospital at
1917 on 06/23/2007 at a level I trauma activation.  The patient was
taken emergently to the operating room.  In the operating room
bilateral 36-French chest tubes were placed.  The patient was noted to
have no significant drainage of blood from the tubes.  Exploratory
laparotomy was then performed.  Despite the gunshot wounds to the
abdomen, the patient was noted to have no intra-abdominal injury.  A
pericardial window was also performed and noted to be negative for

PARKLAND HEALTH & HOSPITAL SYSTEM
DALLAS, TEXAS

DISCHARGE SUMMARY

NAME:          RUIZ, WESLEY LYNN            ADMISSION DATE:  03/23/2007

MRN:           004131790                   DISCHARGE DATE:  03/27/2007

SERVICE:       TRAUMA

PHYSICIAN:  ERWIN R. THAL, MD


injury.  Right knee wound was explored and foreign body was removed.
Intraoperatively Orthopedic Surgery was consulted for I&D and washout
of an open right ulnar fracture and open left first metacarpal and
ulna fracture.  Splints were then placed on these wounds.  Following
the procedure the patient was taken to the SICU intubated.

The patient was extubated without incident on postoperative day #1.
The patient was then transferred to the floor.

The patient had an uneventful postoperative course on the floor.  The
Foley catheter was discontinued.  The patient was able to void
spontaneously.  The patient began to pass flatus and then bowel
movement and began to tolerate a regular diet.  Left chest tube was
discontinued on 03/25/2007.  Right chest tube was discontinued on
03/26/2007.  Following removal of the right chest tube, the patient
was noted to have a small right pneumothorax.  However, by 03/27/2007
repeat chest x-ray demonstrated that this pneumothorax had resolved.
Also, on the morning of 03/27/2007 was noted to have a fever.

                                    Also, the patient was noted to
have some hyponatremia on the floor.  However, on 03/27/2007 this had
improved to 133 from 131.

As the patient was tolerating a regular diet, voiding, having bowel
movements, and tolerating pain, the decision was made to discharge the
patient to jail on 03/27/2007.

CONDITION AT TIME OF DISCHARGE:  Stable.

DISCHARGE INSTRUCTIONS:  Discharge instructions were given to the jail
staff.

ACTIVITY:  Nonweightbearing of bilateral upper extremities.

DIET:  Regular.

**PARKLAND HEALTH & HOSPITAL SYSTEM**
**DALLAS, TEXAS**

DISCHARGE SUMMARY

**NAME:**       RUIZ, WESLEY LYNN          **ADMISSION DATE:**  03/23/2007

**MRN:**        004131790                  **DISCHARGE DATE:**  03/27/2007

**SERVICE:**    TRAUMA

**PHYSICIAN:**  ERWIN R. THAL, MD


**FOLLOWUP:**
1.  The patient is to follow up in the TASC Clinic in two days on
    03/29/2007.
2.  Patient is also to follow up with Ortho-D in two weeks.

**MEDICATIONS:**
1.  Ciprofloxacin 500 mg p.o. one tab daily for 7 days.
2.  Lortab 5/500 one to two tabs p.o. q. 4 hours as needed for pain.
3.  Colace 100 mg p.o. b.i.d.

**WOUND CARE INSTRUCTIONS:**  Jail staff were instructed to remove
bilateral upper extremity splints twice a day and to remove the gauze.
All wounds are to be washed with soap and water.  Wounds are then to
be covered with dry gauze and splints are to be replaced.  This
process is to be repeated twice daily.

The above assessment and discharge plan were discussed with Dr. Thal
on 03/27/2007, and he agreed with the assessment and plan.




_____
ERWIN R. THAL, MD
STAFF PHYSICIAN

DICTATED BY:  DANIEL JOSEPH HAYES, MD

DJH/MedQ
D:  03/27/2007 20:24:16
T:  03/28/2007 08:14:35
J:  573386 / 277994738

PARKLAND HEALTH & HOSPITAL SYSTEM
DALLAS, TEXAS

OPERATIVE REPORT

**NAME:**     RUIZ, WESLEY LYNN          **OPERATION DATE:** 03/23/2007

**MRN:**      004131790

**SERVICE:**  ORTHO

**STAFF:** MARK D. PERRY, MD

**PREOPERATIVE DIAGNOSIS:**
1.  Left open ulna fracture.
2.  Right open ulna fracture.
3.  Left open first metacarpal fracture.

**POSTOPERATIVE DIAGNOSIS:**
1.  Left open ulna fracture.
2.  Right open ulna fracture.
3.  Left open first metacarpal fracture.

**OPERATION PERFORMED:**


**SURGEON:** Eric Abraham Eisner, MD

**ASSISTANT:** Grace Elsa Wong, MD

**OPERATIONS PERFORMED:**
1.  Irrigation and debridement of left first open metacarpal fracture
    and ulna fracture.
2.  Irrigation and debridement of right open ulna fracture.
3.  Closed reduction and splinting of left first metacarpal and ulna
    fracture.
4.  Closed reduction and splinting of right ulna fracture.

**ANESTHESIA:** General endotracheal anesthesia.

**COMPLICATIONS:** None.

**SPECIMENS:** None.

**FINDINGS:** There were gunshot wounds which communicated with fractures
in the left ulna and first metacarpal and right ulna.

**POSTOPERATIVE PLAN:**
1.  Forty-eight hours of IV antibiotics.
2.  The fractures will be managed nonoperatively.
3.  The patient will follow up with the Ortho D Clinic in two weeks
    after discharge.

PARKLAND HEALTH & HOSPITAL SYSTEM
DALLAS, TEXAS

**OPERATIVE REPORT**

**NAME:**      RUIZ, WESLEY LYNN           **OPERATION DATE:** 03/23/2007

**MRN:**       004131790

**SERVICE:**   ORTHO

**STAFF:**  MARK D. PERRY, MD

**STATEMENT OF STAFF PRESENCE:**  Dr. Perry was present and scrubbed for all portions of the procedure.

**STATEMENT OF MEDICAL NECESSITY:**  The patient is an approximately 30-year-old male who is status post a gunshot wound and who had a left open ulna fracture and first metacarpal fracture and a right open ulna fracture.  These were nondisplaced, comminuted and did not require operative intervention other than irrigation, debridement and splinting.

**DESCRIPTION OF PROCEDURE:**  The patient was brought to the operating room emergently by the general surgery trauma service for gunshot wounds to his thorax.  After they had completed their procedures, including bilateral tube thoracostomies, the patient received a secondary evaluation at which point he was noted to have left ulna and first metacarpal fractures and a right ulna fracture which were in connection with bullets.  After review of the x-rays, it was determined that these fractures were stable and did not require internal fixation or external fixation, and the fractures were thoroughly irrigated with Systek pulse lavage and bulb syringe.  Once good hemostasis was obtained and the wounds were clean, the left ulna was placed in a sugar-tong splint, and the right ulna was placed in a sugar-tong splint as well.

The patient was then transferred off of the operating table onto the hospital bed in stable condition.  He was left intubated.  The wounds were closed loosely with a 3-0 nylon suture at the skin.  The sponge, needle and instrument counts were correct.

_____
MARK D. PERRY, MD
STAFF PHYSICIAN

DICTATED BY:  Eric Abraham Eisner, MD

EAE/MedQ
D:  03/28/2007 08:30:16
T:  03/28/2007 09:21:56
J:  574667 / 278023046

PARKLAND HEALTH & HOSPITAL SYSTEM
DALLAS, TEXAS

OPERATIVE REPORT

NAME:        LAMBDA, F                    OPERATION DATE: 03/23/2007

MRN:         004131790

SERVICE:     TASC

STAFF:  SHAHID SHAFI, MD

PREOPERATIVE DIAGNOSIS:
Gunshot wound to the chest, gunshot wound to the abdomen, gunshot
wound to the bilateral upper extremities, gunshot wound to the right
knee.

POSTOPERATIVE DIAGNOSIS:
Gunshot wound to the chest, gunshot wound to the abdomen, gunshot
wound to the bilateral upper extremities, gunshot wound to the right
knee.

OPERATION PERFORMED:
1.   Bilateral tube thoracostomy.
2.   Exploratory laparotomy.
3.   Pericardial window.
4.   Exploration of wound of right knee and removal of foreign body.

SURGEON:  Richard Marston Gillespie, MD

ASSISTANT:  Richard Christian Hershberger, MD

ANESTHESIA:  General endotracheal anesthesia.

STATEMENT OF STAFF PRESENCE:  Dr. Shafi was present and scrubbed for
all critical parts of this case.

STATEMENT OF MEDICAL NECESSITY:  The patient is an approximately 23-
year-old white male who was shot multiple times by police after he had
been suspected to have fired upon another officer.  He had multiple
gunshot wounds to the right upper thorax and right flank, all of which
were small.  He also had gunshot wounds to bilateral upper
extremities, the right knee and some parts of the face.  Given the
multiple bullet wounds and the unknown ability to evaluate trajectory
of all of his wounds, the decision was made to take the patient
emergently to the operating room for bilateral tube thoracostomy and
exploratory laparotomy.  A two doctor consent was signed and placed in
the chart.

DESCRIPTION OF PROCEDURE:  The patient was brought to the operating
room and placed supine on the operating room table.  After general
endotracheal anesthesia had been administered, his body was prepped
from his neck to his knees and his right upper extremity was prepped

ACCT#:  000310183284                          Page 1

PARKLAND HEALTH & HOSPITAL SYSTEM
DALLAS, TEXAS

OPERATIVE REPORT

**NAME:**     LAMBDA, F                     **OPERATION DATE:** 03/23/2007

**MRN:**      004131790

**SERVICE:**  TASC

**STAFF:**  SHAHID SHAFI, MD

circumferentially.  Bilateral 36 French chest tubes were then placed
in the approximately 5th intercostal space on both sides.  These were
sutured in place using 2-0 silk sutures.  Exploratory laparotomy was
then performed.  This involved incising the midline of the abdomen
from just inferior to the xiphoid to approximately 2 cm below the
umbilicus.  The incision was done using a scalpel.  Once the
peritoneum had been entered, the contents were examined.  No large
amount of blood was noted.  Attention was then turned to the right
side of the abdomen where the peritoneal cavity at the most lateral
aspect of the white line of Toldt and to the lateral side of the liver
and superiorly to the diaphragm was inspected.  No perforations or
injuries were identified.  The bowel was inspected and no injuries
were noted there either.  Attention was then turned to the falciform
ligament which was divided between clamps and tied with 2-0 silk
suture.  The falciform ligament was then dissected off the anterior
portion of the liver up to the diaphragm.  The diaphragm was grasped
with two long Allis clamps and divided between them with Bovie
electrocautery to open the pericardium.  The pericardium was noted to
have no blood or fluid coming out.  This was left open.  The fascia
was then closed using 0 PDS suture in a continuous fashion.  The skin
was stapled closed. Attention was then turned to the right upper
extremity which also had a gunshot wound.  The brachial indices were
performed and the right arm was noted to have a systolic pressure of
approximately 84 and the left upper extremity with systolic pressure
of 108.  The decision was made that postoperatively the patient will
be taken to angiogram.  There was also noted that the patient had what
was felt to be an open fracture of the left hand.  Radiographs were
taken of the left hand, left forearm, right forearm and right knee.
It was also noted that the patient had bilateral ulnar fractures and a
left humerus film was also shot which did not reveal any fracture to
the upper arm.  Orthopedic Surgery was consulted intraoperatively and
they elected to wash out these fractures while the patient was still
in the operating room.  Finally a foreign object was noted at a
gunshot wound in the proximity of the right knee.  It was subcutaneous
and when it was removed with forceps, it was noted to be a bullet
fragment.  This was passed off to the scrub nurse who placed it in the
lock box.  Orthopedics also injected the right knee and found that
there was no open fracture.  Postoperatively the patient will be taken
to the Intensive Care Unit.  An angiogram will be performed of the
right upper extremity.  The patient will also undergo a CT scan of the
head and face.

PARKLAND HEALTH & HOSPITAL SYSTEM
DALLAS, TEXAS

OPERATIVE REPORT

NAME:        LAMBDA, F                    OPERATION DATE: 03/23/2007

MRN:         004131790

SERVICE:     TASC

STAFF:   SHAHID SHAFI, MD


ESTIMATED BLOOD LOSS:  30 cc.

COMPLICATIONS:  None.

SPECIMENS:  Foreign body to scrub nurse circulator.

CONDITION:  Critical but stable.

FINDINGS:  The exploratory laparotomy was negative.  No blood was
found in either chest tube.  The pericardial window was negative.
Bullet fragment was removed from the right knee.  The joint was
injected by Orthopedic Service and was negative for open fracture.

COUNTS:  All sponge, needle and instrument counts were correct at the
end of the case.


_____
SHAHID SHAFI, MD
STAFF PHYSICIAN

DICTATED BY:  Richard Marston Gillespie, MD

RMG/MedQ
D:  03/23/2007 23:04:16
T:  03/24/2007 14:57:27
J:  555633 / 277608864

PARKLAND HEALTH & HOSPITAL SYSTEM

MRN: 4131790
LAMBDA, F
UN / U
HAR: 602194488
CSN: 310183284

DOB:
Adm:
Age:
Dep:
Pln:

## TRAUMA SERVICES DEPARTMENT
**TRAUMA HISTORY AND PHYSICAL EXAMINATION**
## ADMIT NOTE

Trauma Team __3_____ Activation ☒ Level I ☐ Level II ☐ Level III Activation Time __1917__

CHIEF COMPLAINT: _multiple GSW to RLE RUE Rflank/chest_ _____

_____

_____

_____

MOI _____ ☐ Blunt ☒ Penetrating

☐ **AUTO** ☐ Est. Speed _____ ☐ Driver ☐ Passenger ☐ Restrained ☐ Unrestrained ☐ Front ☐ Back
Collision Type ☐ Side Impact ☐ Single Vehicle ☐ Rollover ☐ Head-on ☐ Rear-ended ☐ Ejection

☐ **MOTORCYCLE** Est. Speed _____ ☐ Helmet ☐ Ejection Est. Feet _____ Motorcycle vs _____

☐ **FALL** Distance _____ Landing Area _____ Intentional ☐ Yes ☐ No

☐ **INDUSTRIAL** Type _____

☐ **ASSAULT** Type _____

☐ **FAMILY VIOLENCE** _____

☐ **MPC** ☐ **BIKE** Describe _____

☒ **GSW** ☐ **SGW** ☐ **SW** ☐ **FB** Describe _multiple_ _____

☐ **OTHER** Describe _____

**PREHOSPITAL** Airway_____ ☐ Resp Spont ☐ Assisted ☐ Intubated _____

**CPR** ☐ No ☐ Yes Duration _____ Est. Time Down _____ IV Access ☐ Yes ☐ No Amt. _____

## HISTORY

Allergies:_____

Past Medical Hx::_____

Past Surgical Hx::___ _Unknown_ _____

Family Hx::_____

Social Hx::_____

Last Meal:_____

Comorbid:_____

Review of Systems:_____

_____

_____

_____

| **Abbreviation Legend** | | | | | |
|---|---|---|---|---|---|
| AP | Anterioroposterior | MVC | Motor Vehicle Collision | CVHD | Cardiovascular Heart Disease |
| PTX | Pneumothorax | HTX | Hemothorax | LOC | Loss of Consciousness |
| MOI | Mechanism of Injury | TM | Tympanic Membrane | ID | Identification |
| MPC | Motor Pedestrian Collision | Tox | Toxicology | SGW | Shot Gun Wound |
| | | TBI | Traumatic Brain Injury | Est. | Estimated |

## RADIOLOGY

- [x] Chest  [x] Normal  Findings _____
- [ ] C-Spine  [ ] Normal  Findings _____
- [ ] T-Spine  [ ] Normal  Findings _____
- [ ] L/S -Spine  [ ] Normal  Findings _____
- [x] Pelvis  [ ] Normal  Findings _____
- [ ] CT ABD  [ ] Normal  Findings _____
- [ ] CT Head  [ ] Normal  Findings _____
- [ ] Abd Sono  [ ] Normal  Findings _____

Other _____

## PROCEDURES

### INJURIES

GSW to RUE, RLE, R
Chest + Flank, Face

### PLAN OF CARE

OR

## TRAUMA NOTE

[illegible handwriting] c̄ sustained multiple gsw to face, RUE, RLE, R axilla, chest +
Flank 1° inj. GCS 12 (tachycardic, systolic BP 89 [illegible]
[illegible] c̄ [illegible] Pt taken to OR emergently.

Physician Signature / ID Number   2796   3/22/07   Time

Pt. seen + examined, discussed c̄ residents, agree c̄
their findings + plan as documented above.
Briefly young gsw multiple GSW. P: (-) GCS 12
BP 91 HR 130 1°— multiple GSW RUE, (R) axilla/
(R) chest, (R) flank, (R) face. To OR for [illegible]
Ext. lap, peri-cardial window, will obtain
Ext. x-ray in OR as needed. Wrist premiss/[illegible] [illegible]

Attending Signature / ID Number   [illegible]   Date 3/23/07   Time 1930

MR #

....netrating Wounds ☐ No   ☐ Yes

☐ Yes   ☐ No

....er   ☐ Tender   ☒ Unable to evaluate
....tended   ☐ Rigid   ☐ Ascites
Location
Bowel Sounds ☐ Present   ☐ Absent
☐ Hyperactive   ☐ Hypoactive

Other _____
_____
_____

**GENITAL** ☐ Normal   ☐ Blood Meatus   LMP _____   UCG ☐ pos   ☐ neg
Other _____

**RECTAL** ☒ Tone Normal   ☐ Reduced   Prostate ☐ Normal   ☐ High   Fecal Occult Blood ☐ pos   ☐ Neg   ☐
Gross
Other _____

**PELVIS** ☒ Stable   ☐ Unstable   Other _____

**EXTREMITIES**
RUE ☐ Normal   ☐ Deformity   ☐ Open   ☐ Closed   ☐ Lac _____
_____

LUE ☐ Normal   ☐ Deformity   ☐ Open   ☐ Closed   ☐ Lac _____
_____

RLE ☐ Normal   ☐ Deformity   ☐ Open   ☐ Closed   ☐ Lac _____
_____

LLE ☐ Normal   ☐ Deformity   ☐ Open   ☐ Closed   ☐ Lac _____
_____

**NEUROVASCULAR** _____
_____
_____

**BACK** ☐ Nontender   ☐ Tender   Deformity _____
_____

**DIAGNOSTIC WORKUP**                 Hgb 5.3/4.8   Hgb 1 hour _____   Dip UA _____
          DPL ☐ Yes   ☐ No   RBC _____   WBC _____   Amy _____   Bile _____
                              Tox Screen _____
                              PT _____   PTT _____   ETOH _____
Other _____

**LABS**   ABG:  pH _____   PaO$_2$ _____   PaCO$_2$ _____   HCO$_3$ _____   Base _____   Sa __

**INITIAL VS**

PULSE 130    RESP 12    BP _____ 92/

GCS 12    Trauma Score 1 ○

| Trauma Score | | | |
|---|---|---|---|
| Respiratory Rate | Systolic BP | GCS | |
| 10-29     4 | >89     4 | 13-15 | 4 |
| >29     3 | 76-89     3 | 9-12 | 3 |
| 6-9     2 | 50-75     2 | 6-8 | 2 |
| 1-5     1 | 1-49     1 | 4-5 | 1 |
| 0     0 | 0     0 | 3 | 0 |

**PRIMARY SURVEY**

**AIRWAY** ☐ Adequate ☐ Requires intubation    Type _____

**BREATHING** ☐ Spontaneous ☐ Bag Valve Mask ☐ Mechanical Ventilation ☐ Supplemental O2 _____

Breath Sounds  Normal ☑ Right ☐ Left  Decreased ☐ Right ☐ Left  Chest Tube ☐ Yes ☐ No
Initial Output _____

**CIRCULATION**   CPR ☐ Yes ☐ No   IV Access Type _____

**NEURO**  Pupils R 4 mm L 2 mm  Reactive R 9 L 2 = ___  GCS: Eye ___ Verbal ___ Motor ___

**DISABILITY**  Limbs noted to be moving  ☐ RUE  ☐ LUE  ☐ RLE  ☐ LLE _____

**SECONDARY SURVEY**
**HEAD AND NECK**

_____
_____
_____
_____



☐ Midface Stable    ☐ Unstable _____
☐ TMs Normal  ☐ Hemotympanum  ☐ R  ☐ L  ☐ Unable to Evaluate   C-Spine tenderness ☐ Yes  ☐ No
☐ Carotids Normal  ☐ Unequal  ☐ Bruit  ☐ R  ☐ L  Ecchymosis ☐ Yes  ☐ No  LOC ☐ Yes  ☐ No
Other _____
_____

**CHEST** Excursion ☐ Symmetrical ☐ Asymmetrical
Flail Segment  ☐ No  ☐ Yes _____

Open Chest Wound ☐ No    ☐ Yes _____

Compression Tenderness ☐ AP ☐ Lateral ☐ R ☐ L
  Sternal ☐ Crepitus ☐ Yes ☐ No
Auscultation _____
_____

Other _____

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

Lambda, F
4131790

## ORTHOPAEDIC ADMISSION / CONSULTATION

Date: 3/23/07   Ortho Service: F
Chief Complaint: Pain
Age: _____   Date & Time of Injury: 3/23/07

**Mechanism of Injury:**
☐ Blunt   ☐ Penetrating   ☐ Blunt/Penetrating   ☐ On the job injury
☐ Motor vehicle collision _____   ☐ Motor/pedestrian collision _____   ☐ Motorcycle collision _____
☐ Fall _____   ☐ Assault _____   ☐ Sport _____
☐ Bicycle _____   ☐ Machine _____
☑ Gun shot wound   Multiple   ☐ Stab Wound _____
☐ Other _____   Intentional: ☐ Yes ☐ No   Domestic Violence: ☐ Yes ☐ No

Pre-Hospital / Transferring Hospital Information: Multiple GSW by DPD.
Trauma op consult.
Past Medical History: Unknown
Past Surgical History: Unknown
Medications: Unknown
Allergy: Unknown
Social: ☐ Tobacco _____   ☐ Alcohol Use _____
☐ Substance Abuse _____   ☐ IV Drug Abuse _____   ☐ IDP _____

**Physical Examination:**

Head, Eyes, Ears, Nose, Throat: ☐ Normal   Findings:
Chest: ☐ Normal   Findings:
Abdomen: ☐ Normal   Findings:
Genitourinary: ☐ Normal   Findings:
Pelvis: ☐ Normal   Findings:
Back: ☐ Normal   Findings:
Extremities: ☐ Normal   Findings:

RUE: palpable hematoma R arm @GSW site.
open wounds along ulnar border and dorsum of forearm c̄ penetration to Fx.
RLE: Ant knee wound p̄ bony fragments seen. p̄ instability
LUE: open wound over 1st metacarpal c̄ fx.
LLE: p̄ injuries

palp rad pulse BUE.
noted to be moving extremities on arrival to ER

005

Name: _____

Radiographs: _L 1st MC comminuted Fx, L ulnar styloid/_
_head Fx R ulnar distal 1/3 Fx_
_____
_____

Scan: _____
_____
_____

**Labs:** Urine Pregnancy Test: ☐ Positive  ☐ Negative  ☐ N/A _____
_____
_____
_____

**DIAGNOSIS:**
1. _Open L 1st MC Fx_
2. _Open R ulna Fx._
3. _____
4. _____

**PLAN OF CARE:**
1. _I+D, splint in OR_
2. _48° IV Abx · nwb BUE_
3. _F/U Ortho P 2 wks p̄ d/c_

Consent signed:   Yes     No - Unable to consent patient.
Time Out: Correct patient, procedure, site verified by participating staff.     Yes       No

**Procedure:**
☐ Fracture Reduction
☐ Incision and drainage
☐ Suture repair

| **PROCEDURE DESCRIPTION** | **TIME:** |
|---|---|
| | |

☐ Skeletal Traction: **Femur:**   Right   Left      **Tibia:**   Right   Left
   Tractions weight 15   20   25   30   35 pounds
☐ Other procedure: _____
☐ Sedation given:   Yes   No          Morphine sulfate ____ mg Intravascularly (IV) or Intramuscularly (IM)
                                      Versed ____ milligram (mg) IV or IM

☐ Local anesthesia              1% 2% Lidocaine ____ cubic centimeter (cc) given for local block
                                Bupivacaine ____ cc give for local block
                                Other: _____ mg/cc give for _____
☐ Fluoroscopy:   Yes   No       Fluoroscopy Time   ☐ less than < 1 minute   ☐ less than < 5 minutes
☐ Splint/Cast: _____
Complications: _____
**Post-procedure assessment:** Neurovascular Exam: _____
Time: _____     Pain Assessment:  1  2  3  4  5  6  7  8  9  10
**Admit:**
☐ Operative Intervention                    ☐ Observation
☐ Physical therapy/Occupational therapy     ☐ Pain management
☐ Wound Management/soft tissue management    ☐ Other: _____
**Discharge from ESD with follow-up:**
☑ Orthopedic clinic:  A  B  Ⓒ  Ⓓ  E  F  Spine          When: _2 wks p̄ d/c._
☐ Other: _____                                When: _____

| _3/24/07_ | _Esmer_ | _Esmer_ | _52765_ |
|---|---|---|---|
| Date | Print Name | Signature | ID# |
| | | | |
| Date | Attending Physician Printed Name | Attending Physician Signature | ID# |

Consult Time: _____          Patient evaluation time: _____          **005**

515 (Back) Revised 01/30/07

# PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

### EMERGENCY DEPARTMENT
### CLINICIAN RECORD
### TRAUMA

MRN: 4131790
LAMBDA,F
UN / U
HAR: 602194488
CSN: 310183284

DOB:
Adm:
Age:
Dep:
Fin:

| Circle = Finding Present | \ = None; Not Present |
|---|---|

Date: 3/23/01  Time: 0410  Room: 29  ☐ EMS Arrival
Historian: ☑ Patient ☑ Paramedic ☐ Other:
Reviewed: ☐ Nursing Assessment ☐ EMS Record ☐ Tetanus UTD

## HPI (4+)
Limited by: (Altered Mental Status) EtOH/Drugs Dementia Language
Chief Complaint: Fall MVC MCC MPC (Assault)

| OCCURRED | WHERE | |
|---|---|---|
| (Just PTA) | Home | School |
| Today at: | Work | (Neighbor) |
| Yesterday at: | Park | Street |
| ___ days PTA | | |

CONTEXT: Pt c̄ multiple GSW to face

## LOCATION OF PAIN / INJURIES
| | RIGHT | LEFT |
|---|---|---|
| Head (Face) Mouth | Shldr Hip | Shldr Hip |
| Neck (Chest) Abdomen | (Arm) Thigh | (Arm) Thigh |
| Back Pelvis | Elbow Knee | Elbow Knee |
| | (F-Arm) Ankle | F-Arm Leg |
| | Wrist Foot | Wrist Ankle |
| | Hand | Hand Foot |

## SEVERITY OF PAIN
Mild   Moderate   Severe

Pain Scale: ___ / 10

GCS: 13 / 15

RTS: ___ / 12

## ASSOCIATED SYMPTOMS
Loss of Consciousness/Dazed
Duration:
Remembers:   Impact
            Arrival at Hospital
Seizure
Nausea/Vomiting

## LAST PO INTAKE

## EMS INTERVENTIONS
C-Collar      Back Board
Splint        (O₂)

## PMFSHx (2+)
### PAST MEDICAL/SURGICAL HISTORY  Denies
Medical: CVA  MI  Angina  CHF  A-Fib  HTN
COPD  Asthma  Diabetes  Hypothyroid  HIV  CA
Thyroid Disease  Immunocompromised

G ___ P __ t __ p __ a __ l __   LMP: ___  Character: ___
Surgical: Appy  Cholecystectomy  TAH/BSO  Laparotomy  CABG

Medications/Supplements: Denies  See Medication Reconciliation List

Allergies: NKDA

SOCIAL HISTORY: Smokes  EtOH  Drug Use  IVDA
Living Situation/Job:

FAMILY HISTORY: Denies
DM  CAD  HTN

6492 (Front) Revised 11/17/06 SRC

## ROS (10+)
| | |
|---|---|
| Constitutional: Denies | Recent Illness  Fever ___ °F/C  Chills |
| Eyes: ........ Denies | FB Sensation  Blurry Vision  Loss of Vision |
| ENT: ......... Denies | Epistaxis  Dental Injury  Loss of Hearing |
| CV: .......... Denies | Chest Pain  Palpitations |
| Resp: ........ Denies | SOB  Hemoptysis |
| GI: ........... Denies | Abd Pain  Nausea  Vomiting  BRBPR |
| GU: .......... Denies | Hematuria  Incontinence |
| Musculo: ..... Denies | Arthralgias  Myalgias |
| Skin: ........ Denies | Laceration  Abrasion  Contusion |
| Neuro: ....... Denies | Weakness  Numbness  Headache |
| Psych: ....... Denies | Hallucinations  Suicidal Thoughts  Depression |
| All/Imm: ..... Denies | Immunocompromised |
| Endocrine: ... Denies | Weight Change  Excessive Thirst  Excessive Urination |
| Heme/Onc: .. Denies | Anemia  Abnormal Bleeding  Masses |

Not answering questions

## PHYSICAL EXAM (8+)
Limited by:
Vitals: HR 90  BP 86/  RR 14  Temp ___  Wt. ___ kg
O₂ Sat ___ % on RA / ___  NML / ABN

| | |
|---|---|
| General: | No Acute Distress  (Distress  Mild) Mod / Severe |
| | Well Appearing  Ill appearing  Cachectic |
| Eyes: | (PERRL)  Pupils Unequal  L →  R → |
| | (EOMI)  Deficit: |
| ENT: | (TMs Clear)  TM L / R  Dull / Erythema / Effusion / Rupt |
| | (Nasal Mucosa Nml)  Septal Hematoma / Palpable Defect |
| | (Pharynx Nml)  Laceration / Abrasion / Puncture: |
| Head: | Normal Cephalic/Atraumatic (Injury:) |
| Neck: | Nontender  Tenderness Midline / Lateral: |
| | (Painless ROM)  Stiffness |
| | (Trachea Midline)  Deviated R / L |
| Resp: | (No Resp Distress)  Respiratory Distress / Accessory Muscles |
| | (Breath Sounds Nml)  Decreased  Coarse  R / L |
| | (Chest Wall Nml)  Tenderness  Crepitus  Deformity |
| CV: | (RRR)  Tachycardia / Bradycardia / Irregular |
| | (Nml Heart Sounds)  Murmur  Distant |
| | No JVD  JVD ___ cm |
| | (Pulses nl)  Abn: |
| Abdomen: | (Soft)  Firm / Rigid |
| | Nontender  Tender / Rebound / Guarding |
| | (Nondistended)  Distended |
| Rectal: | (Heme Neg)  Heme Positive |
| | (Prostate Nml)  High Riding  Ballotable |
| GU: | Nml Exam  Abn: |
| Musculo/ | Nml Exam  (Deformity) |
| Back: | No CVAT  CVA Tenderness R / L |
| | Nontender  Tenderness / Spasm |
| | Full ROM  ROM Limited by: |
| | No Edema  Edema |
| | (Pelvis)  (Stable) Unstable |
| Skin: | (Nml Color)  Cyanosis |
| | (Warm and Dry)  Cool / Pale / Moist |
| Neuro: | A&O x  Abn: |
| | Motor Nml  Deficit: Responds to verbal |
| | Sensation Nml  Deficit: |
| | CN 2-12 Intact  Deficit: Does not follow |
| | Reflexes Nml  Abn: |
| | Cerebellar Nml  Abn: |
| | Ambulatory  Abn Gait: (Commands) |
| Psych: | Mood Nml  Manic / Depressed |
| | Affect Nml  Flat / Labile |

005

MRN: 4131790
DOB:
**LAMBDA,F**
UN / U
Adm:
Age:
HAR: 602194488
Dep:
CSN: 310183284
Pln:

| | |
|---|---|
| A | = Abrasion |
| L | = Laceration |
| T | = Tenderness |
| D | = Deformity |
| C | = Contusion |

## CONSULTANTS

Trauma Activation Level: _____   Time: 1930
☑ Per trauma activation protocol, this patient's care was turned over to the trauma service after the initial stabilization.
Contacted and D/W _____ at _____
Contacted and D/W _____ at _____

**C-SPINE CLEARANCE:**
No Midline Tenderness    No Neuro Deficit    A&O    Not Intoxicated
No Painful Distracting Injury

## ED COURSE

**OTHER IMAGING:**
XR: _____
_____
_____
CT: _____
_____
_____
US: _____
_____
_____
_____

## CLINICAL IMPRESSION / DIAGNOSIS

Multiple gun shot wounds
hypotension

Dispo:  Disch.    Admit    Transfer    Deceased
UTL/AMA Time: _____
**Condition:**  Stable    Unstable    Unchanged    Improved
**Discharge:**  Discharged / Follow-Up / Return Instructions Given
Resident Signature: _Bregman_____   ID: 52709
Resident Printed Name: _____

### LABS

| CBC | CHEM | CHEM | OTHER | URINE |
|---|---|---|---|---|
| Nml Except | Nml Except | Nml Except | Nml Except | Nml Except |
| WBC | Na | Amy | PT | WBC |
| Hgb | K | Lip | INR | RBC |
| Hct | Cl | AST | PTT | Bacteria |
| Plts | HCO3 | ALT | CK | Preg +/- |
| Segs | BUN | Alk Phos | CKMB | Nitrites |
| Bands | Cr | T-Bili | Trop ↓ | LE |
| Lymphs | Gluc | | BNP | |
| Monos | | | | |

## ATTENDING

☑ See EMSTAT for Documentation
☐ I have seen and examined this patient.
☐ I have reviewed the resident's note.
☐ I have personally reviewed the EKG and agree with the resident's interpretation.
☐ I have personally reviewed the x-rays and agree with the resident's interpretation.
☐ See procedure note    Critical Care Min: _____

**EKG:** ☐ Interp. by Faculty   Time: _____
Rate: _____   Rhythm: _____   Axis: _____   Interval: _____
Morphology: _____
Not / Changed From: _____

**History:** _____
_____
_____
_____

**CXR:** Interp. By: ☐ EM Faculty ☐ Rad. Resident ☐ Rad. Faculty ☐ Other
Nml    No Infiltrates    Nml Heart Size    Nml Mediastinum
Not / Changed From: _____

**Exam:** _____
_____
_____

**OTHER IMAGING:**
_____
_____
_____

**Assessment:** _____

**Plan:** _____

Attending Signature: _____   ID: 4547
Attending Printed Name: _____
Date: _____   Time: _____

6492 (Back) Revised 11/17/06 SRC