**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

EMERGENCY SERVICES DEPARTMENT

TRAUMA NURSING ASSESSMENT SHEET

MRN: 4131790
**LAMBDA,F**
UN/U
HAR: 602194488
CSN: 310183284

DOB:
Adm:
Age:
Dep:
Pln:

Name: _____ MR#: _____ SS#: _____ AGE: _____ SEX: _____ RACE: _____
ARRIVAL DATE: 31231☐7 TIME: 1930  TIME OF INJURY: 1900  ACTUAL / ESTIMATED   ACTIVATION OF TRAUMA TEAM
☒ INTENTIONAL INJURY  ☐ UNINTENTIONAL INJURY   ☒ LEVEL I ☐ LEVEL II ☐ LEVEL III

**MECHANISM OF INJURY**

**MOTOR VEHICLE TRAUMA**
☐ MVC ☐ MPC ☐ MCC ☐ ATV ☐ BICYCLE ☐ OTHER: _____   ☐ DRIVER  PASSENGER: ☐ FRONT ☐ REAR  EJECTED _____ FT.
☐ TYPE OF VEHICLE: _____   ☐ FATALITIES AT SCENE X _____  SPEED OF CRASH: _____ MPH.
TYPE OF COLLISION: ☐ HEAD-ON ☐ SIDE IMPACT (T-BONE) ☐ REAR-ENDED ☐ ROLL-OVER ☐ OTHER: _____
SAFETY DEVICES: ☐ SEATBELT 2 PT. / 3 PT. ☐ UNRESTRAINED ☐ CHILD SAFETY SEAT ☐ AIRBAG ☐ HELMET ☐ OTHER: _____

**FALL / JUMP TRAUMA**
APPROXIMATE HEIGHT: _____ FT.  LANDED ON SURFACE TYPE: _____
COMMENTS: _____ ☐ POLICE NOTIFIED

**ASSAULT**
☐ ALLEGED CRIMINAL ASSAULT
WEAPON USED: _____ ☐ AGGRAVATED ASSAULT ☐ POLICE NOTIFIED
COMMENTS: _____

**PENETRATING**
☒ GSW ☐ SGW ☐ SW ☐ IMPALEMENT ☐ OTHER: _____
DISTANCE FROM ASSAILANT: unknown  # OF WOUNDS: _____
WEAPON / DESCRIPTION: Multiple   ☒ POLICE NOTIFIED

**THERMAL**
☐ FLAME ☐ CHEMICAL ☐ ELECTRICAL ☐ FROSTBITE ☐ POTENTIAL INHALATION
DESCRIPTION: _____
☐ ENCLOSED SPACE  LENGTH OF EXPOSURE: _____

**OTHER**
DESCRIBE: _____

**TRANSPORT**

**PREHOSPITAL TRANSPORT** ☐ PRIVATE VEHICLE ☐ POLICE ☒ AMBULANCE CO: DFD  AIR / GROUND  UNIT# _____
☐ O₂ _____ ☐ ORAL AIRWAY ☐ ETT# _____ ☐ EOA ☐ BVM ☐ C-COLLAR ☒ BACKBOARD ☐ OTHER _____ ☐ SPLINT _____
☐ CPR-MANUAL/THUMPER ☐ PRESSURE DRESSING ☐ MEDS ☒ IVs INITIATED  TOTAL INTAKE: _____  ESTIMATED BLOOD LOSS: _____ cc
REFERRING FACILITY: _____  Time Admitted: _____  Time Transferred: _____

**PRIMARY SURVEY**

**AIRWAY** ☒ PATENT ☐ PARTIALLY OBSTRUCTED ☐ OBSTRUCTED
☐ SECRETIONS ☐ FOREIGN BODY ☐ OTHER: _____
☐ SPINE PRECAUTIONS MAINTAINED BY: _____

**INTERVENTIONS** ☐ ETT# _____ - ORAL / NASAL ☐ NASAL TRUMPET
☐ ORAL AIRWAY ☐ CRICOTHYROIDOTOMY ☐ TRACHEOSTOMY
TIME: _____ BY: _____, MD BREATH SOUNDS √'d ☐ YES ☐ NO
COMMENTS: _____

**BREATHING** ☒ SPONTANEOUS ☐ LABORED ☐ AGONAL
TRACHEA: ☒ MIDLINE ☐ DEVIATED · R  L
CHEST WALL: ☒ WNL ☐ ABN:
BREATH SOUNDS: RIGHT ☒ WNL ☐ DIMINISHED ☐ ABSENT
LEFT ☐ WNL ☐ DIMINISHED ☐ ABSENT
☐ SUCKING CHEST WOUND ☐ FLAIL · R  L

TIME
☐ BREATHING ASSISTED WITH BAG-VALVE DEVICE
☐ RIGHT THOROCOSTOMY TUBE PLACED  INITIAL OUTPUT: _____
☐ LEFT THOROCOSTOMY TUBE PLACED  INITIAL OUTPUT: _____
☐ NEEDLE THOROCOSTOMY — R  L  ☐ AIR EXPRESSED
☐ OCCLUSIVE DRESSING TO: _____
☐ O₂ ADMINISTERED BY: _____ AT _____ L

**CIRCULATION** COLOR: ☐ WNL ☒ PALE ☐ CYANOTIC ☐ FLUSHED
SKIN: ☐ WNL ☒ COOL ☐ HOT ☐ CLAMMY ☐ DIAPHORETIC
PULSES: ☒ PRESENT ☐ ABSENT ☐ DIMINISHED ☐ THREADY
HEMORRHAGE: ☐ NONE ☒ GROSS: _____ ☐ ESTIMATED BLOOD LOSS _____ cc

TIME
☐ AUTO TRANSFUSION UTILIZED _____ cc
☐ PRESSURE DRESSING TO: _____
☐ IVs ESTABLISHED (SEE INTAKE RECORD)
☐ PERICARDIOCENTESIS ☐ THOROCOTOMY ☐ CPR INITIATED (see CPR record)
☐ LEVEL 1 FLUID WARMER UTILIZED

**DISABILITY** NEURO: ☐ ALERT ☒ RESPONDS TO VERBAL ☐ RESPONDS TO PAIN ONLY ☐ UNRESPONSIVE ☐ + LOSS OF CONSCIOUSNESS X - _____ MN
PUPILS RIGHT: SIZE 4-2 ☒ REACTIVE ☐ SLUGGISH ☐ UNREACTIVE  LEFT: SIZE 4-2 ☒ REACTIVE ☐ SLUGGISH ☐ UNREACTIVE

• = GSW
L / = LACERATION
AMP = AMPUTATION
FX = DEFORMITY
■ = BURN
▨ = ABRASIONS
▨ C = CONTUSION
▨ H = HEMATOMA



2  3  4  5  6  7  8  9   PUPIL SIZE

PS 575 (Front) Revised 12/04/01 (RTB)

**006**

## SECONDARY SURVEY

### HEAD AND FACE

(L) cheek lac 1cm

Head: ☐ NORM ☒ HEMATOMA/SWELLING ☐ DEFORMITY ☐ LACERATION ☐ ABRASION ☐ CONTUSION ☐ + AMNESIA TO EVENT
Describe: (L) eyebrow circular wound , (R) parietal hematoma

☒ NORM ☐ HEMATOMA/SWELLING ☐ DEFORMITY ☐ LACERATION ☐ ABRASION ☐ CONTUSION ☐ RACOON SIGN/BATTLE SIGN
GAZE: ☒ NORMAL ☐ DISCONJUGATE ☐ DIPLOPIA
Describe: _____

Ears: ☒ NORM ☐ HEMATOMA/SWELLING ☐ DEFORMITY ☐ LACERATION ☐ ABRASION ☐ CONTUSION
☐ OTORRHEA ☒ RTM clear
☒ LTM clear Describe: _____

Nose: ☒ NORM ☐ HEMATOMA/SWELLING ☐ DEFORMITY ☐ LACERATION ☐ ABRASION ☐ CONTUSION
☐ RHINORRHEA Describe: _____

Mouth/ Throat: ☐ NORM ☐ HEMATOMA/SWELLING ☐ DEFORMITY ☒ LACERATION ☐ ABRASION
☐ CONTUSION ☐ TEETH MALOCCLUSION ☐ TEETH MISSING
Midface: ☒ Stable ☐ Unstable
Describe: 1cm wound (R) side mouth

### NECK / BACK
☐ NORM ☐ HEMATOMA/SWELLING ☐ DEFORMITY ☐ LACERATION ☐ ABRASION ☐ CONTUSION ☐ PAIN
☐ JVD Carotid: _____ +R _____ +L ☐ C-COLLAR IN PLACE ☐ Y ☒ N ☐ N/A ☐ Crepitus  Bruit: _____ R _____ L
Describe: large amnts blood over neck

### CHEST
☐ NORM ☒ HEMATOMA/SWELLING ☐ DEFORMITY ☐ LACERATION ☐ ABRASION ☐ CONTUSION ☐ RIB TENDERNESS
☐ STERNAL TENDERNESS ☐ SEAT BELT MARKS
Breath Sounds Present: ☐ RLL ☐ RUL ☐ LLL ☐ LUL ☐ Subcutaneous air Location: _____ ☐ Crepitus  Location: _____
Describe: Gunshot wound chest GSW (L) costal margin

### CARDIAC
☐ NSR ☒ OTHER RHYTHM ☐ DISTANT HEART SOUNDS ☐ ABNORMAL HEART SOUNDS
Describe: ST

### ABDOMEN
☒ NORM ☐ HEMATOMA/SWELLING ☐ DEFORMITY ☐ LACERATION ☐ ABRASION ☐ CONTUSION
☐ TENDER ☐ LUQ ☐ RUQ ☐ LLQ ☐ RLQ ☐ RIGID ☐ SEATBELT MARKS ☐ DISTENTION
Bowel Sounds: ☐ Present ☐ Absent ☐ Scars: _____
Describe: (R) flank GSW, abd soft

### LVIS/GU
☐ NORM ☐ HEMATOMA/SWELLING ☐ DEFORMITY ☐ LACERATION ☐ ABRASION ☐ CONTUSION ☐ TENDERNESS
☐ BLOOD AT MEATUS ☒ PELVIS ☒ STABLE ☐ UNSTABLE ☒ RECTAL EXAM DONE ☐ TONE _____ ☒ PROSTATE normal
Genitalia: ☒ Norm ☐ Hematoma/Swelling ☐ Deformity ☐ Laceration ☐ Abrasion ☐ Contusion  good tone
Describe: _____
Uterus: LNMP _____ ☐ Pregnant _____ wks. ☐ FHT _____ G _____ P _____  Comments: _____

### EXTREMITIES
☐ NORM ☐ HEMATOMA/SWELLING ☐ DEFORMITY ☐ LACERATION ☐ ABRASION ☐ CONTUSION  DOMINENT HAND: ☐ R ☐ L
Describe: (R) knee GSW, RUE mult GSW -4, & expanding hematoma
(R) axilla GSW x2, & GSW between (R) axilla & chest/back  1 GSW (L) shoulder
(L) bicep GSW

Motor
Funtion: ☐ NORMAL  Function: ☐ NORMAL
Deficit: ☐ RUE ☐ LUE  Deficit: ☐ RUE ☐ LUE
☐ RLE ☐ LLE  ☐ RLE ☐ LLE

Sensory

| Pulses: | Radial | Carotid | Femoral | Popliteal | Posterior Tibial | Dorsalis Pedis |
|---|---|---|---|---|---|---|
| R + | 2 | 3 | 2 | | | 2 (UTA) |
| L + | 2 | 3 | 2 | | | 2 |

TIME BACKBOARD REMOVED 1934 ☐ NA  ☒ Warm Blankets
☐ Hypothermia Precautions Initiated
LOG ROLL: C-spine precautions
WT: 100 Kg ☐ Obese ☐ Morbidly Obese

CURRENT MEDICATIONS:

ALLERGIES ☐ NKDA
PAST MEDICAL HISTORY: _____ unknown
PAST SURGICAL HISTORY: _____ unknown
IMMUNOCOMPROMISED: ☐ Therapy ☐ Asplenic ☐ IDP

VICTIM OF FAMILY VIOLENCE ☐ Yes ☐ No
TIME OF LAST MEAL _____

☐ SMOKER ☐ IVDA

☐ ETOH unknown
PRIVATE PHYSICIAN: ☐ Y ☐ N
NAME: _____

TETANUS TOXOID ☐ Current ☐ .5 cc IM Site _____
☐ DT  Lot #: _____  Time: _____
Company: _____  Exp. Date: _____
_T
by: _____

### GLASCOW COMA SCORE

| EYE OPENING | SPONTANEOUSLY | 4 | ☒ |
| | TO SPEECH | 3 | |
| | TO PAIN | 2 | ☒ |
| | NONE | 1 | |

| VERBAL | ORIENTED | COOS & BABBLES | 5 | |
| | CONFUSED | IRRITABLE CRY | 4 | ☒ |
| | INAPPROPRIATE | CRIES TO PAIN | 3 | |
| | INCOMPREHENSIBLE | MOANS TO PAIN | 2 | |
| | NONE | NONE | 1 | |

| MOTOR | OBEYS COMMANDS | SPONT MOVEMENTS | 6 | ☒ |
| | LOCALIZES | WITHDRAWS TO TOUCH | 5 | |
| | WITHDRAWS | WITHDRAWS TO PAIN | 4 | |
| | FLEXION | FLEXION | 3 | |
| | EXTENSION | EXTENSION | 2 | |
| | NONE | NONE | 1 | |  12

| A. RESP | B. SYSTOLIC BP | C. CONVERT GCS | REVISED TRAUMA SCORE |
|---|---|---|---|
| 10 - 24  4 | > 90  4 | 13 - 15  4 | A + B + C = 11 |
| 25 - 35  3 | 70 - 89  3 | 9 - 12  3 | |
| > 35  2 | 50 - 69  2 | 6 - 8  2 | |
| < 10  1 | < 50  1 | 4 - 5  1 | |
| 0  0 | 0  0 | | |

MRN : 4131790
LAMBDA, F
UN / U
HAR : 602194488
CSN: 310182284
DOB :
Adm :
Age :
Dep :

| | VITAL SIGNS | | | | | | | | | | INTAKE RECORD | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | GCS RTS | P | R VR | P PS | T/V | 0 2% | T | 0 2% SAT | TIME | I.V. BAG | SITE | GA | Soln. | LTC | AMOUNT GIVEN | TOTAL VOLUME | |
| 1930 | 12 11 | 72/P | 130 | 14 | | 100 | UTA | 100 | PTA | 1 | LFA | 18 | NS | 900 | 100 | 100 | |
| 1940 | 12 11 | 72/P | 110 | 24 | | 100 | | 100 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | TOTALS | | | | | | | | |
| | | | | | | | | | PRBC | | | | | | | | |
| | | | | | | | | | FFP | | | | | | | | |
| | | | | | | | | | PLTS | | | | | | | | |

PUPILS 1 HOUR AFTER ADMISSION:
PUPILS RIGHT: SIZE _____ ☐ REACTIVE  ☐ SLUGGISH  ☐ UNREACTIVE   LEFT: SIZE _____  ☐ REACTIVE  ☐ SLUGGISH  ☐ UNREACTIVE

| TIME | PLAN OF CARE / NOTES |
|---|---|
| 1930 | Pt. amnesia EMS & police c̄ multiple GSWs to extremities/ chest/back. 1° & 2° assessments in progress (at 1937) CXR @ BS (at |
| 1939 | KUB done (at 1940) ABs in progress (at 1946) Pt. to OR c̄ multiple physician & Thx ontele (at 1948) Belongings given to police. officer Tena # 8444 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

INITIALS: OT  SIGNATURE: J. Schutt RN  ID#: 2424/
INITIALS: _____  SIGNATURE: _____  ID#: _____
INITIALS: _____  SIGNATURE: _____  ID#: _____
INITIALS: _____  SIGNATURE: _____  ID#: _____

MRN: 4131790
LAMBDA, F
UN / U
HAR: 602194488

DOB:
Adm:
Age:
Dep:
Pln:

## PROCEDURES

| TIME | PROCEDURE | RESULTS | TIME | PROCEDURE | RESULTS | TIME | PROCEDURE | RESULTS |
|---|---|---|---|---|---|---|---|---|
| | C-SPINE | | | EKG - 12 LEAD | | | CENTRAL LINE | |
| | CLEARED | | | SPLINT/TRACTION | | | CHEST TUBE R | |
| | | | | | | | CHEST TUBE L | |
| | CHEST | | 1945 | FOLEY | | | ETT | |
| | CLEARED | | | URINE DIP | | | VENTRIC | |
| | | | | URINE PREGNANCY | | | | |
| | PELVIS | | 1947 | LABS | sent | | AGRAM | |
| | ADDITIONAL X-RAYS | | 1936 1942 | INITAL Hgo | 15.3 14.8 | | IVP/CYSTOGRAM | |
| | | | | REPEAT Hgb | | | D-STICK | |
| | MRI | | | NGT/OGT | | | OTHER | |
| | CT | | | DPL | | | ABD SONO | deferred by Dr. Shaf |

## CONSULT SERVICES

| CONSULTANTS: SERVICE | NAME | TIME CALLED | TIME ARRIVED | SERVICE | NAME | TIME CALLED | TIME ARRIVE |
|---|---|---|---|---|---|---|---|
| TRAUMA FACULTY | Shafi | 1922 | 1930 | EMERGENCY MED | Treichler / Fowler | 1922 | 1930 |
| TRAUMA HO 5 | Herschberger | | 0A | THORACIC | | | |
| TRAUMA HO 3 | Lipschitz | | | PLASTICS | | | |
| TRAUMA HO 2 | Wallace/Cumbie | | | ENT / OMFS | | | |
| TRAUMA HO 1 | Zhan / Lee | | | BURN | | | |
| TR. NURSE CLINICIAN | Guest/Lucio | | | UROLOGY | | | |
| TR. NURSE CLINICIAN | Gradel / Jeter | | | CHAPLAIN | | | |
| ESDRN | Rodriguez | | | SOCIAL SERVICES | | | |
| ORTHOPEDICS | | | | (Circle) CPS  APS  POLICE  VIP | | | |
| NEUROSURGERY | | | | OB/GYN | | | |

## ASSESSMENT SCORE

| | | | Pain Score | |
|---|---|---|---|---|
| | | | Before | After |
| Able to move 4 extremities | = 2 | | | |
| Able to move 2 extremities | = 1 | ACTIVITY | | |
| Able to move 0 extremities | = 0 | | | |
| Able to deep breathe and cough freely | = 2 | | | |
| Dyspnea or limited breathing | = 1 | RESPIRATION | | |
| Apnea | = 0 | | | |
| BP: 20% of baseline level | = 2 | | | |
| BP: 20-50% of baseline level | = 1 | CIRCULATION | | |
| BP: 50% of baseline level | = 0 | | | |
| Fully awake | = 2 | | | |
| Arousable on calling | = 1 | CONSCIOUSNESS | | |
| Not responding | = 0 | | | |
| Pink | = 2 | | | |
| Pale, dusky, blotchy, jaundiced, other | = 1 | COLOR | | |
| Cyanotic | = 0 | | | |

Post Procedure score less than 8 at 1 hour requires further assessment and monitoring.

TOTALS

## OUTPUT RECORD

| TIME | URINE | CHEST TUBES | | NG | OTHER |
|---|---|---|---|---|---|
| | | RT. | LT. | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Valuables: _____

Envelope #: _____

Huc: _____

MEDICATIONS:  *PAIN SCALE*

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No Pain | | Mild Pain | | Moderate Pain | | Severe Pain | | Very Severe | | Worst Possible |

| TIME | MED | DOSE | ROUTE | C/S Y/N | PAIN SCALE Before | PAIN SCALE After | INITIALS | TIME | MED | DOSE | ROUTE | C/S Y/N | PAIN SCALE Before | PAIN SCALE After | INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

INITIALS: _____ SIGNATURE: _____ ID#: 24241

INITIALS: _____ SIGNATURE: _____ ID#: _____

INITIALS: _____ SIGNATURE: _____ ID#: _____

PS 575 (Back) Revised 12/04/01  RTB

MRN: 4131790

LAMBDA,F

UN / U

HAR: 602194488

DOB:

Adm:

Age:

Dep:

# Parkland Health & Hospital System

MR # 000094131590   Sex: Male   DOB: 01/01/1984
Name: **Lambda, F**
Phone:

5201 Harry Hines Blvd.
Dallas, Tx 75235

**Emergency Services Dept.**
214-590-8000
Assessment Sheet

Address: **1250 MOCKINGBIRD #500, DALLAS, TX 75247**
Room #: **Trauma 28**        Account # **000310183284**   Age: **23**

---

Complaint: **Mult GSW**
Arrival Date/Time: **19:29 03/23/2007**
Arrived by: **Ambulance / EMS**
Mobility: **Stretcher**
EM Faculty: **\*Treichler, 40997,MD, Brent**
Accompanied By:

Acuity: **1 - Resuscitation**
Insurance:
Amb/Helicopter:
Referring Facility:
Resident: **Bruggman, MD 52709, Amanda**

---

Complaint Code:
Treatment PTA: **\* None**

Triage Nurse: **Guerrero, RN 24775, Odette**

---

Past Medical Hx:
Tetanus History: **NA**
Social History:
Weights:
LMP Date: **NA**

---

## Medications

| Medication | Dosage | Freq | Prescribing Phys | Started |
|---|---|---|---|---|
| \*See downtime chart | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Allergy

| Allergy | Allergic Reaction |
|---|---|
| \*\*None | |
| | |
| | |
| | |
| | |
| | |
| | |

## Vital Signs

| Inits | Time | Temp | Blood Pressure | Pulse | Resp |
|---|---|---|---|---|---|
| KB | 20:04 | | / Automatic,, | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Pain

| Time | Scale |
|---|---|
| 20:04 | See C |
| | |
| | |
| | |

## Pulse Ox.

| Time | % |
|---|---|
| | |

## Pupils

| Time | L(mm) | R(mm) |
|---|---|---|
| | | |

## Glasgow Coma

| Time | Score |
|---|---|
| | |

---

## Disposition Information

Primary Diagnosis: **Gsw arm, upper, multiple**
Secondary Diagnosis:
Disposition: **Admit As Inpatient**
Report Called By: **James, 4366,, Delores, V**
**Tr Nurses**
Prescriptions:
Discharge Instructions:
Disability Statement:
Follow-up Care:
Discharge Time: **21:17 03/23/2007**

Family Notification
Report Given To: **Operating, Room - Pt went to OR @ 1946--Transporter--**

Appt Date/Time:

---

| Initials | Name | | initials | Name |
|---|---|---|---|---|
| | | | | |

**PARKLAND HEALTH & HOSPITAL SYSTEM**
5201 Harry Hines Blvd, Dallas, TX 75235

Department of Pathology
## Laboratory Walk-in Requisition

| Desired Collect Date | Desired Collect Time | Actual Collect Date | Actual Collect Time |
|---|---|---|---|
| | | 3/23/07 | 2015 |

Print Name: _T. Keith Smith_          Ordering Practitioner    _22615_

Signature: _____

ID#: _149Eo_          Pager/phone: _____7615__

MRN: 4131790
LAMBDA,F
UN / U
HAR: 602194488
CSN: 310183284

DOB:          Adm:
Age:
Dep:
Pln:

| Write Reason number(s) next to Tests Requested | | |
|---|---|---|
| **INPATIENTS -** **Reason(s)** **for Test** | (e.g. chief complaints, signs, symptoms, etc.) | 1. _Bleeding_ 2. _____ 3. _____ |

| Write Reason number(s) next to Tests Requested | | |
|---|---|---|
| **OUTPATIENTS-** **Reason(s) for** **Test** | ICD-9 Code(s) | 1. _____ 2. _____ 3. _____ |

Lab Order Form has both the Practitioner's signature and the diagnosis.   (**Yes**)   (Both are required before tests are ordered.)

| **ALL OF THE ABOVE SPACES MUST BE FILLED IN OR THE TEST(S) WILL NOT BE PERFORMED** | Sample # (Aliquot Label) | Reported To: Date: Time: Clerk: | Received in Lab: (Time Clock Impression) |
|---|---|---|---|

# LAB CENTRAL
# EMERGENCY WALK-IN REQUISITION
## TUBE-IN (Station #10)
Only the following tests are available on this priority sample.
### NO SUBSTITUTIONS OR ADDITIONAL TESTS ALLOWED
### CHECK TESTS(S) REQUESTED

| | | |
|---|---|---|
| ☑ Sodium Lvl  _____ mmol/L | ☐ Hematocrit | |
| ☑ Potassium Lvl  _____ mmol/L | ☐ Hemoglobin | |
| ☑ Chloride Lvl  _____ mmol/L | ☐ Platelet Count | |
| ☑ CO2  _____ mmol/L | ☑ CBC (WBC, RBC, Hgb, Hct, Indices, Plt) | |
| ☑ Glucose Random  _____ mg/dl | ☑ Protime w/ INR    Pt on Coumadin? Y or N | |
| ☑ Calcium, Total  _____ mg/dl | ☑ PTT    Pt on Heparin? Y or N    If yes, LMW or UNF? | |

### SEND SEPARATE DOWNTIME REQUISITION FOR BLOOD GAS.

**YOU MUST DO THE FOLLOWING:**
1. Stamp or write patient demographics, unit #, location, phone #, date and time above.
2. Check test(s) to be done above.
3. Clock in on the front when hand delivered with labeled sample to Lab Central on ground floor.

**LABORATORY WILL:**
1. Perform analysis and give you the results or phone them to the number above.
2. Enter order and results into the LIS/HIS computers for you.

Medical Necessity: Practitioners should only order tests that are medically necessary for the diagnosis or treatment of a patient. Tests for screening purposes may be ordered but may not be reimbursed.
**Documentation:** Each laboratory test ordered must have the medical necessity documented on this form. Record reason # next to test name.
**(R) = Reflex Protocol** (See Pathology Laboratory Reference Handbook for details)

579 Revised 09/07/05

# PARKLAND HEALTH & HOSPITAL SYSTEM
5201 Harry Hines Blvd., Dallas, TX 75235
Department of Pathology

## Laboratory Orders – ER Chart Order Form

| Desired Collect Date | Desired Collect Time | Actual Collect Date | Actual Collect Time |
|---|---|---|---|
| 3/23/07 | 1930 | | |

Ordering Practitioner: (signature)   Print Name

Practitioner Signature: (signature)

ID # S 4022   Pager/Phone#:

Circle testing priority if not routine.
Routine    Med Emergency

**Reason(s) for Test** (e.g. chief complaints, signs, symptoms, etc.)
Write Reason number(s) next to Tests Requested.
1. GSW
2. _____
3. _____

MRN:   HAD:
Last Name: 4131790   DOB: 01/01/1984
LAMBDA,F   Adm: 03/23/07
DOB:   WH / M   Age: 23 yrs
Location: HAR: 602194488   Dep: EDEAST
CSN: 310183284   Pln:
CSN:

Use Screening Lab Chart Form / Requisition (form 6197) to order screening tests on Medicare patients.

+ r

| CHEMISTRY | | | | FLUIDS | |
|---|---|---|---|---|---|
| X Electrolytes w/ Gap | Lipid Panel | LD | **Fluid Type:** _____ | **Cerebrospinal Fluid** | |
| Sodium Lvl | Cholesterol | CK, Total | Body Cell Count w/Diff | CSF Cell Count w/Diff | |
| Potassium Lvl | Triglycerides | CK-MB with Index | pH, FL | Glucose, CSF | |
| Chloride Lvl | HDL Cholesterol | Troponin I, Plasma | Cholesterol, FL | Protein, CSF | |
| CO2 | LDL Chol., Direct | Lactate | Triglycerides. FL | Syphilis VDRL Quant, CSF** | |
| X BUN | Protein, Total | Protein Elp, SER (R) | Creatinine, FL | Cryptococcal Ag** | |
| X Creatinine Lvl | Albumin Lvl | Iron Lvl | Glucose, FL | CSF Culture with Smear | |
| Osmolality (measured) | Bilirubin, Total | TIBC | LD, FL | Intrathecal IgG Syn** | |
| X Glucose Random | Bilirubin, Direct | Folate | Albumin, FL | Oligoclonal Bands** | |
| Glucose Fasting | AST | Vitamin B-12 | Protein, FL | | |
| Hemoglobin A1c | ALT | Ferritin | Amylase, FL | (**requires serum & CSF) | |
| Calcium, Total | Alkaline Phosphatase | Amylase | Lactate, FL | | |
| X Phosphorus Lvl | GGT | Lipase | Shake Test, AMN (R) | | |
| X Magnesium Lvl | Ammonia | | L/S Ratio, AMN | | |
| Uric Acid | BNP | Prealbumin | | **URINE** | |
| **HEMATOLOGY** | **COAGULATION** | **BLOOD GASES** | Time Started: | Time Finished: | |
| WBC | X Protime w/ INR | Blood Gas+Hb Sat, ART | Volume Urine _____ ml. | | |
| Hemoglobin | Pt on Coumadin? Y or N | Blood Gas+HB Sat, VEN | **Random** | **24 hr** | |
| Hematocrit | X PTT | Blood Gas, COA (Cord ART) | X Urinalysis | | |
| Platelet Count | Pt on Heparin? Y or N | Blood Gas, COV (Cord VEN) | Pregnancy Test, UR | | |
| CBC (WBC, RBC, Hgb, | If yes, LMW or UNF? | | Sodium, UR | Sodium, 24H UR | |
| X Hct & Indices, Plt) | D-Dimer, Quantitative | Temp: _____ °C | Potassium, UR | Potassium, 24H UR | |
| X CBC w/Diff | Fibrinogen Lvl | | Chloride, UR | Chloride, 24H UR | |
| Retic Absolute Count | **IMMUNOLOGY** | | Urea Nitrogen, UR | Urea Nitrogen, 24H UR | |
| Sed Rate (ESR) | Rubella IgG Screen | Acute Hep Serology (R) | Creatinine, UR | Creatinine, 24H UR | |
| Sickle Cell Prep (R) | Syphilis RPR Screen (R) | Chronic Hep Serology (R) | Creatinine Clearance Ht. ____ in. Wt. ____ lbs. | | |
| Hgb Electrophoresis (R) | Syphilis Treponemal Ab | Hep B Surface Ag | *requires serum Creatinine Lvl* | | |
| G6PD, Qual. | *HIV-1 and HIV-2 Abs (R) | Hep B Surface Ab | Glucose, UR | Glucose, 24H UR | |
| Betke/Fetal Hgb Det | *Signed consent required* | Hep C Ab | Calcium, UR | Calcium, 24H UR | |
| | HIV-1 RNA Viral Load | Hep A IgM Ab | Phosphorus, UR | Phosphorus, 24H UR | |
| **HORMONES** | HIV-1 Ultrasensitive Viral Load | Anti-Nuclear AB (ANA) (R) | Protein, UR | Protein, 24H UR | |
| TSH | CD4 Helper T-cell | dsDNA Ab (R) | Uric Acid, UR | Uric Acid, 24H UR | |
| Free T4 | CRP | Rheumatoid Factor | Amylase, UR | Amylase, 24H UR | |
| TSH Reflex (R) | **ANTIBIOTICS** | **THERAPEUTIC DRUGS** | Osmolality, UR | | |
| Free T3 Index | Dose Date: | Acetaminophen Lvl | Protein Elp, UR (R) | Protein Elp, 24H UR (R) | |
| PTH, Intact | Dose Time: | Carbamazepine Lvl | X Amphetamine Screen, UR (R) | | |
| hCG, Quantitative | Amikacin Peak | Cyclosporine FPIA | X Barbiturate Screen, UR | | |
| FSH | Amikacin Trough | Digoxin Lvl | X Benzodiazepine Screen, UR | | |
| LH | Amikacin Random | Lidocaine Lvl | X Cannabinoid Screen, UR | | |
| Progesterone Lvl | Gentamicin Peak | Lithium Lvl | X Cocaine-Metabolite, UR (R) | | |
| Prolactin | Gentamicin Trough | PA & NAPA | X Opiate Screen, UR | | |
| Cortisol | Gentamicin Random | Phenobarbital Lvl | X Phencyclidine Screen, UR | | |
| AFP-Tumor Marker | Tobramycin Peak | Phenytoin Lvl | Urine Culture | | |
| CEA | Tobramycin Trough | Primid+Phenobarb. | ☐ Clean Catch ☐ Catheterized ☐ Suprapubic | | |
| Testosterone Lvl | Tobramycin Random | Quinidine Lvl | **TRANSFUSION SERVICES** | | |
| **MISCELLANEOUS** | Vancomycin Trough | Salicylate Lvl | ABORh | Type and Screen OB | |
| Ethanol, BLD (R) | Vancomycin Random | Theophylline Lvl | Antibody Screen | | |
| PSA, Total | | Valproic Acid Lvl | DAT | | |

Other test(s):

T + C 4 Units PRBC

**Medical Necessity:** Practitioners should only order tests that are medically necessary for the diagnosis or treatment of a patient. Tests for screening purposes may be ordered but may not be reimbursed.

**Documentation:** Each laboratory test ordered must have the medical necessity documented on this form. Record reason # next to test name.

(R) = Reflex Protocol. See Pathology Laboratory Reference Handbook for details.

**ER**

4028 Rev. 10/19/05   White Copy = Patient Chart   Yellow Copy = Add-Ons   Pink Copy = Lab Central

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

MRN: 4131790    Adm: 03/23/07
LAMBDA,F
DOB: 01/01/1984   23 yrs   WH/M
TWO N TRAUMA SURG ICU D
HAR: 602194488
CSN: 310183284

STAFF PROGRESS NOTES

| | DO NOT USE | | | | |
|---|---|---|---|---|---|
| U | Q.D. | qd | QOD | MS | Trailing zero (X.0 mg) |
| IU | QD q.d. | Q.O.D. | q.o.d. qod | MSO4 MgSO4 | Lack of leading zero(.X mg) |

| DATE | TIME | |
|---|---|---|
| 3-23-07 | 23:55 | SICU   R3   Accept Note |
| | | 23 y/o WM c̄ multiple GSW to Ⓡ |
| | | hemi thorax, ⒷUE, face - majority |
| | | grazing wounds with open left hand fx |
| | | Taken to OR from ER for exploration. |
| | | Under went ⒷL tube thoracostomys - no blood in |
| | | chest. Had pericardial window - negative. |
| | | Exploratory laparotomy - negative for injury. |
| | | Removal of FB from Ⓡ knee. |
| | | PMHx   unknown |
| | | PSHx   unknown |
| | | SHx   unknown |
| | | HR 104   BP -   RR 10   Sat 100% |
| | | Intubated, Sedated |
| | | CTA Ⓑ   Tachy   ∅ m |
| | | S/NT/ND ⊕BS   splints to ⒷUE |
| | | 2+ palp Ⓑ fem / DP/PT |
| | | Dressing to midline - c/d/i |
| | | multiple small lacs to Ⓡ arm, thorax |
| | | face. |
| | | A/P 23 y/o WM s/p multiple GSW to Ⓡ hemibody |
| | | Still concern for Ⓡ UE arterial injury — |
| | | axillary vs brachial |
| | | Level 2 Angram to eval RUE |
| | | CT Head / Face |
| | | if stable will attempt to extubate in AM |
| | | SOltmann MD |
| | | 52486 |

050

52370 (Front)  Revised 08/26/05

MB#:

## STAFF PROGRESS NOTES

### DO NOT USE

| Q.D. | qd | QOD | MS | Trailing zero (X.0 mg) |
| QD | q.o.d. | MSO4 | Lack of leading zero (.X mg) |
| q.d. | q.o.d. | qod | MgSO4 | |

| DATE | TIME | |
|------|------|---|
| 3/24/07 | 540 | Respiratory Care Note: |
| | | Pt was placed on CPAP trial at 340. RSBI - 24 RR 12 MVE-5.5 VT-476 Pt tolerated a two hour SBT without complications ABG sent results pending. P/F = 458 No CPTS due to intubation <48 hrs |
| | | R. Bonilla RC P. 22512 P.T. JB |
| 3-24-07 | 10:05 | SICU R3 Pt awake → able to give some history PMHx: Denies PSHx: Tonsillectomy SHx: Denies tob; denies etoH Altmann MD 82406 |

52370 (Back)  Revised 08/26/05

PARKLAND HEALTH & HOSPITAL SYSTEM

MRN: 4131790          Adm: 03/23/07
LAMBDA, F
DOB: 01/01/1984    23 yrs   WH/M
ED EAST
HAR: 602194488
CSN: 310183284

## SURGERY
## PROCEDURE NOTES

**Date:** 3/23/07          **Time:**

**Diagnosis:**

1. GSW chest
2. GSW abdomen
3. GSW bil. upper extremity
4. GSW right knee
5.

**Procedure:**

1. Bilateral tube thoracostomy
2. Exploratory laparotomy
3. Pericardial window
4. Exploration wound right knee & removal of FB
5.

**Faculty Surgeon:** (Please Print) SHAH

**Residents/Fellows:**

1. HERSHBERGER, R
2. GILLESPIE, R
3.
4.
5.
6.

**Anesthesia:** GETA

**Estimated Blood Loss:**

**Tourniquet:**

**Complication:** None

**Specimens:** FB to scrub nurse/circulator.

**Condition:** Critical but stable

**Findings:** Exp. lap ⊖, no blood in either chest tube, window ⊖, ® bris pressure 90/Ⓛ 108 → needs angio

**Postoperative Plan:** bullet fragment removed from ® knee soft tissue, joint injected h/ Indigo⊖, open fx ® hand → ortho consult

**Attestation:** I was present for, and supervised all significant portions of this procedure. wha-op to SICU, then CT scar & angio RLE

**Faculty Signature:** [signature]          Dictation #555633    **050**

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

## SURGERY
## PROCEDURE NOTES

MRN: 4131790          Adm: 03/23/07
LAMBDA,F
DOB: 01/01/1984   23 yrs   WH/M
ED EAST
HAR: 602194466
CSN: 310183284

| | |
|---|---|
| **Date:** 3/23/7 | **Time:** |
| **Diagnosis:** open AC  S/P  GSW | |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| **Procedure:** (R) Ulnar /shaft – wrist  IRD  inc bne | |
| 1. | |
| 2. (L)  MC shaft op  IRD inc bne | |
| 3. | |
| 4. splated ulnar shaft | |
| 5. | |
| **Faculty Surgeon:** *(Please Print)*  Perry | |
| **Residents/Fellows:** | |
| 1. GW | |
| 2. CC | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| **Anesthesia:** | |
| **Estimated Blood Loss:** | |
| **Tourniquet:** | |
| **Complication:** | |
| **Specimens:** | |
| **Condition:** | |
| **Findings:** | |
| | |
| **Postoperative Plan:** | |
| | |
| **Attestation:** I was present for, and supervised all significant portions of this procedure. | |
| **Faculty Signature:** | **050** |

2558 Revised 08/16/06  SRC          WHITE COPY - Medical Records          YELLOW COPY - Pharmacy

# PARKLAND HEALTH AND HOSPITAL SYSTEM
## INTENSIVE CARE UNIT PROGRESS NOTE
ALL CLINICAL NOTES MUST BE DATED, TIMED & SIGNED

MR#: _____

Primary Attending: _____ Service: _____

**DO NOT USE**

| U | Q.D. | Q.O.D. | MS | Trailing Zero (X.0 mg) |
|---|------|--------|-----|------------------------|
| IU | QD | QOD | MSO4 | Lack of Leading Zero (.X mg) |
| | q.d. | q.o.d. | MgSO4 | |
| | qd | qod | | |

NAME: LAMBDA,F
FIN: 4131790    Adm: 03/23/07
DOB: 01/01/1984    23 yrs  WH/M
TWO N TRAUMA SURG ICU D
HAR: 602194488
CSN: 310103284

---

## RESIDENT DOCUMENTATION

**HISTORY:**
23 y/o WM s/p multiple GSW to ® hemithorax, open ® hand fx, ?p exlap - negative, RUE agram ⊖.

**LAST 24 HOURS:**
Extubated this AM.
To floor later today.

**APACHE IV:** _____

**MEDICATIONS:**
Antibiotics: Ancef  Day 1 of 2
Day ___ of ___
Day ___ of ___
Other: _____
Infusions: _____

## ATTENDING DOCUMENTATION

**HISTORY:**
Multipl GSW to torso

☑ Attended the patient on rounds, reviewed & amended resident's data, examined patient & coordinated care.
☐ Family contact
☐ 99291 (31-74 minutes): ___ Minutes
☐ 99292 x ___
☐ 99231  ☐ 99232  ☑ 99233
☐ 94656 (ventilator-initial)
☐ 94657 (ventilator-subsequent)
**I was present for and directly supervised or performed (circle):**
Reason: Access, Fever, Monitoring,
(circle)  Resp distress/failure,
Hemothorax, Pneumothorax
☐ Arterial Line  R L Radial Femoral
☐ Bronchoscopy  ☐ with BAL
☐ Cardioversion
☐ Central Line Insert (large bore)
site: R  L  IJ  SCV  FV
☐ Central Line Insert (triple lumen)
site: R  L  IJ  SCV  FV
☐ Chest Tube Insert: R ___ L ___
☐ Defibrillation
☐ Endotracheal Intubation
☐ Pulmonary Arterial Catheter
site: R  L  IJ  SCV
☐ Thoracentesis: R ___ L ___
☐ Tracheostomy (see dictation)
☐ Ultrasound  chest  FAST
☐ Other:(specify)

**LAST 24 HOURS:**
① etoh log
② pericardium
③ arm laceration
④ extubated

**Family History:** _____
**Social History:** _____
**Review of systems:** _____
**IVF:** _____    **TPN/TF:** _____
☐ Unable to obtain
☐ Unable to obtain
☐ Unable to obtain
☐ See H & P
Dated: _____

**Lines:**  **Site:**  **Original Stick:**  **Wire Change:**
☑ A-Line  L DP  3-23-07  _____
☑ Ctrl Line  L IJ  3-23-07  _____
☐ PA Cath  _____  _____  _____
☐ CT  _____  _____  _____
☐ Foley  ☐ ETT/Date  ☐ Tracheostomy

---

| SYSTEM: Physical Exam/Labs/Hemodynamics | DIAGNOSIS | | RATIONALE & PLAN |
|---|---|---|---|
| **NEUROLOGY/MUSCULOSKELETAL/PSYCHIATRIC:** | ☐ CVA - stroke | ☐ Quadriplegia | **For Sedation/Other:** |
| RASS ___ Pupils ___ GCS 13 | ☐ Coma | ☐ Paraplegia | _____ |
| Tertiary survey | ☐ Diabetes insipidus | ☐ Multiple Internal | _____ |
| CPP ___ ICP ___ Pb02 ___ | ☐ SAH | Injuries | ☐ Patient meets ICU restraint protocol criteria |
| | ☐ Head Injury | ☐ Multiple Fractures | |
| | ☐ Seizures | ☐ Delirium | |
| **CARDIOVASCULAR:** | ☐ Arrhythmia | ☐ Hypertension | **For Monitoring, Pressors, Arrhythmias/Other:** |
| P 96-110 BP 149/65 CVP ___ Pulses ___ Edema ___ | ☐ Atrial fibrillation | ☐ Hypervolemia | _____ |
| P CWP ___ CO ___ CI ___ SVR ___ RVEF ___ EDVI ___ | ☐ CHF | ☐ Hypovolemia | _____ |
| TnI ___ CPK ___ B-NP ___ | ☐ MI | ☐ CAD | _____ |
| Do21 ___ VO21 ___ Sv02 ___ OER ___ | ☐ Shock | | |
| **PULMONARY:** | ☐ ARDS | ☐ COPD | **For Ventilator Management/Other:** |
| Lung Sounds: ☑ Normal  ☐ Decreased  ☐ Coarse | ☐ Acute Resp Fail | ☐ Pneumonia | _____ |
| Secretions _____ CT Output: R 30 L 30 | ☐ Resp. Insufficiency | ☐ Atelectasis | _____ |
| CXR report _____ | ☐ Tracheobronchitis | ☐ Pneumothorax- | |
| Ventilator Settings _____ ABG _____ | ☐ Pleural Effusion | Traumatic | |
| Weaning: CPIS ___ RSB ___ VE ___ | | ☐ Pneumothorax- | |
| RR 11  96% on RA | | Barotrauma | |
| **RENAL/ENDOCRINE/GENITOURINARY:** | ☐ Acute renal failure | ☐ Hyperkalemia | **For Fluid/Other:** |
| In 1189 Out 1235 Na 136 K 4.4 Cl 105 | ☐ Hyperglycemia | ☐ Hypokalemia | _____ |
| CO2 24 Glucose 123 BUN 11 Creatinine 0.79 b 6.6 | ☐ Hypoglycemia | ☐ Metab Acidosis | **Renal Electrolytes:** |
| Mg 1.4 Phosphorus 4.0 | ☐ Hypernatremia | ☐ Metab Alkalosis | ☐ Replete |
| **PROPHYLAXIS:** | ☐ Hyponatremia | ☐ Renal Insufficiency | ☐ Follow |
| H2 ___ Other ___ | ☐ Hypomagnesemia | ☐ Diabetes | **For Prophylaxis:** |
| Filter  SCD  SQH  LMWH  IV Heparin  Other | ☐ Hypophosphatemia | ☐ Chronic Renal Failure | _____ |
| Last DVT Screen: _____ | | | |
| **GASTROINTESTINAL:** | ☐ Cholecystitis | ☐ Diarrhea | **For Feeding/Other:** |
| BS ___ Ø  BM ___ Ø  NG-Tube output ___ | ☐ GI Bleed | ☐ Malnutrition-Mild | _____ |
| Drain output _____ | ☐ Pancreatitis | Moderate - Severe | ☐ Enteral _____ |
| Amylase/Lipase ___ SGOT ___ SGPT ___ Bilirubin ___ | ☐ Peritonitis | ☐ Ileus | ☐ Parenteral _____ |
| Prealbumin/date _____ | | | |
| **HEMATOLOGIC:** | ☐ Anemia | ☐ DVT | **For Transfusion/Other:** |
| Hgb 11.1 Hct 31.6 Platelets 190 pT 11.8 | ☐ Acute blood loss | ☐ PE | _____ |
| pTT 25.4 Fibrinogen ___ | ☐ Chronic blood loss | ☐ Coagulopathy | _____ |
| | ☐ Thrombocytopenia | | |
| **INFECTIOUS DISEASE:** | ☐ Bacteremia | ☐ BSI | **For Antibiotics/Other:** Ancef |
| Tmax 36.7 White count 11.4 | ☐ Fever | ☐ SIRS | |
| Positive Cultures w/ date: ☐ BAL ___ | ☐ UTI | ☐ Sepsis | |
| ☐ Urine ___ ☐ Blood ___ | ☐ | ☐ Severe Sepsis | |
| ☐ Line ___ ☐ Other ___ | | ☐ VAP | |

Resident Signature: Sarah Oltmann   Resident Printed Name: Oltmann
ID #: 52496  Date: 3-24-07  Time: 0124

Attending Signature: _____   Attending Printed Name: _____
ID #: 5146  Date: 3/24/07  Time: _____

050

6430 Revised 07/26/06     Original: to Medical Records     Yellow Copy: to Billing     Pink Copy: to Resident

Abbreviation Page

| | | | | |
|---|---|---|---|---|
| | Arterial Blood Gas | L | Left |
| A-Line | Arterial Line | LMWH | Low Molecular Weight Heparin |
| ARDS | Adult Respiratory Distress Syndrome | Mg | Magnesium |
| BAL | Bronchoalveolar Lavage | MI | Myocardial Infarction |
| BM | Bowel Movement | Na | Sodium |
| B-NP | B(rain) Natruretic Peptide | NG | Nasogastric |
| BP | Blood Pressure | OER | Oxygen Extraction Ratio |
| BS | Bowel Sounds | PA Cath | Pulmonary Artery Catheter |
| BSI | Blood Stream Infection | $PbO_2$ | Brain Oxygenation |
| BUN | Blood Urea Nitrogen | P | Pulse |
| Ca | Calcium | PCWP | Pulmonary Capillary Wedge Pressure |
| CAD | Coronary Artery Disease | PE | Pulmonary Embolus |
| CHF | Congestive Heart Failure | pT | Protime |
| CI | Cardiac Index | pTT | Partial Thromboplastin Time |
| Cl | Chloride | RASS | Ramsay Agitation Sedation Score |
| CO | Cardiac Output | RESP | Respiratory |
| COPD | Chronic Obstruction Pulmonary Disease | R | Right |
| CPIS | Clinical Pulmonary Infection Score | RSB | Rapid Shallow Breathing |
| CPK | Creatine Phosphokinase | RVEF | Right Ventricular Ejection Fraction |
| CPP | Cerebral Perfusion Pressure | SAH | Subarachnoid Hemorrhage |
| CT | Chest Tube | SBT | Spontaneous Breathing Trial |
| Ctrl Line | Central Line | SCD | Sequential Compression Device |
| CXR | Chest X-Ray | SCV | Subclavian Vein |
| CVP | Central Venous Pressure | SGO | Serum Glutamic Oxaloacetic Transaminase |
| $DO_2I$ | Oxygen Delivery Index | SGPT | Serum Glutamic Pyruvic Transaminase |
| | Deep Venous Thrombosis | SIRS | Systemic Inflammatory |
| VI | End Diastolic Volume Index | | Response Syndrome |
| ETT | Endotracheal Tube | SQH | Subcutaneous Heparin |
| FAST | Focused Assessment by Sonography | $SVO_2$ | Mixed Venous Oxygen Saturation |
| | in Trauma | SVR | Systemic Vascular Resistance |
| FV | Femoral Vein | TnI | Troponin I |
| GI | Gastrointestinal | TPN/TF | Total Parenteral Nutrition/Tube Feeds |
| GCS | Glasgow Coma Scale | UTI | Urinary Tract Infection |
| Hct | Hematocrit | VAP | Ventilator Associated Pneumonia |
| Hgb | Hemoglobin | VE | Minute Ventilation |
| ICP | Intracranial Pressure | $VO_2I$ | Oxygen Consumption Index |
| IVF | Intravenous Fluid | W/ | With |
| IJ | Internal Jugular | | |
| K | Potassium | | |

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

HRN: 4131790      Adm: 03/23/07
LAMBDA,F
DOB: 01/01/1984   23 yrs   WH/M
TWO N TRAUMA SURG ICU D
HAR: 602194488
CSN: 310183284

**STAFF PROGRESS NOTES**

| DO NOT USE | | | | | |
|---|---|---|---|---|---|
| U | Q.D. | qd | QOD | MS | Trailing zero (X.0 mg) |
| IU | QD | | q.o.d. | MSO4 | Lack of leading zero(.X mg) |
| | q.d. | | Q.O.D. | qod | MgSO4 |

| DATE | TIME | |
|---|---|---|
| | | TNC admit note - trauma 3 |
| 3/24/07 | 1100 | This 27 y.o. HM arrived by EMS in police custody S/p multiple GSWs while being apprehended by police. On scene V/S: 110p, 18r, 118/86, GCS=9. Pt nasopharyngeal airway placed. Pt made a Level One trauma. OA V/S: 130p, 12r, 92/p, gcs=12. Hct 43.3 |

GSW to face, RUE, L shoulder/bicep, R chest, R flank + R knee noted. Pt taken to OR c̄ trauma for B CTs, ex lap, pericardial window, R knee GSW exploration + removal of foreign body to R knee. I+D of R ulna + L metacarpal were performed by ortho + then splints placed. Pt taken to SICU, intubated + then on to radiology department for aortagram + brachiocephalic a-gram (both neg for inj.). Pt extubated this AM. Currently pt in SICU on RA. Tachycardia continues @ ~100-115. Normotensive. SpO₂ 99%. UOP adequate. CT head/face neg. B chest tubes to water seal. Clear diet ordered. Hct 43.3 (OA) → 35.2 (OR) → 31.6 (SICU this AM). Injuries to be monitored include L distal ulnar shaft fx, L distal 1st metacarpal fx, R distal ulnar shaft fx + mult wounds. Pt to go to floor today. DVT/ GI prophylaxis in place. Pt on county hold. TNC will continue to follow —
Juli MD PRN 22490

## STAFF PROGRESS NOTES

**DO NOT USE**

| U | Q.D. | qd | QOD | MS | Trailing zero (X.0 mg) |
| IU | QD | q.o.d. | q.o.d. | MSO4 | Lack of leading zero (.X mg) |
| | q.d. | Q.O.D. | qod | MgSO4 | |

| DATE | TIME | |
|------|------|---|
| | | |

050

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

STAFF PROGRESS NOTES

MRN: 4131790
LAMBDA, F
DOB: 01/01/1984   23 yrs   WH/M   Adm: 03/23/07
TWO N TRAUMA SURG ICU D
HAR: 602194408
CSN: 310103204

| | DO NOT USE | | | | |
|---|---|---|---|---|---|
| U | Q.D. | qd | QOD | MS | Trailing zero (X.0 mg) |
| IU | QD | | q.o.d. | MSO4 | Lack of leading zero(.X mg) |
| | q.d. | Q.O.D. | qod | MgSO4 | |

| DATE | TIME | |
|---|---|---|
| | | 17 , Trauma post ICU transfer 7~ |
| 3-24-07 | | ∅ Acute c/o pain difficulty breathing comfortably |
| 19 30 | | s/p extubation today |
| | | 37.0   120/70   105   16   99% RA |
| | | NAD                    ⑧ CT ∅ leak |
| | | Tachy / Reg              foley 700 |
| | | CTA ⑧ |
| | | Soft BS⊕ TTP along incision nondist |
| | | nat |
| | | ⑧ LE senz/dry/intact |
| | | midline dressing c/d/c |
| | | 23 ♂ s/p mult GSW to ⑧ hemithorax open |
| | | s/p ⑧ lap |
| | | ① F/U CXR |
| | | ② cont CT on N.S. |
| | | ③ F/U labs |
| | | cont management per 1° team |
| | | Leng 8 MoTP |
| 3-25-07 | | R. T3 |
| | | Pt c̄ issues ON. Pain well controlled |
| | | 37.6 |
| | | 112 |
| | | 18 |
| | | 137/82 |
| | | NAD |
| | | NGB in place Chest tubes in place ⑧ |
| | | abd- mini ttp along incision site |
| | | BLE sens/dry/intact, midline drsg c/D/I |
| | | 23 ♂ s/p mult GSW |
| | | - pull chest tubes today, CXR 1500 |
| | | - DCA |
| | | Shea snow |
| | | | 050 |

## STAFF PROGRESS NOTES

**DO NOT USE**

| U | Q.D. | qd | QOD | MS | Trailing zero (X.0 mg) |
| IU | QD | q.o.d. | MSO4 | Lack of leading zero (.X mg) |
| | q.d. | Q.O.D. | qod | MgSO4 | |

| DATE | TIME | |
|------|------|---|
| 3/25 | 0847 | 22 T III |
| | | L chest tube pulled, hand dressed c vaseline gauze. No apparent complications. pt tolerated well. will f 3pm CXR. |

_[signature]_ Crattell

---

## Trauma Case Management
## Daily Multidisciplinary Review

Team  I  II  (III)  NSG  Ortho   Date: 3/25   Date of Admit: 3/23   Hospital Date: 2

Mechanism Of Injury: GSW   Injuries: _____

Plan Of Care discussed with: _____

rrals made: _____

**Plan Of Care/Priorities:**
Pt seen + chart reviewed. Tachycardia continues ~110 bpm. Normotensive. Afebrile. UOP adequate. pt c/o pain - morphine PCA ordered. (L) CT D/C. (R) CT to H2O seal. 1500 CXR (P). POC. (1) Advance diet as tol? (2) Ortho final rec's? (3) Follow CXR (4) Ambulate - Pt remains in county hold. TNC will follow

**Case Mgmt Activity:**
☒ Deep Vein Thrombosis prophylaxis  ☒ GI prophylaxis   Culture data: _____
☐ Seizure prophylaxis  ☐ Delirium Tremens prophylaxis  Antibiotic: _____  Day #: _____
☐ Bedside RN Interaction  ☐ Family/Other Updated
☒ Financial  Self   Nutrition: Clear  Tube Feeds: ___  Rate: ___ cc/hr Goal: ___ cc/hr

**Nurse**
Clinician: _Julie McDaniel RN_   ID#: 22490

PS 3997 Revised 11/20/02  RTB

---

050

52370 (Back)  Revised 08/26/05

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

STAFF PROGRESS NOTES

ERN:18 54730
LAMBDA,F
DOB: 01/01/1984   23 yrs   WH/M
TWO N TRAUMA SURG ICU D
HAR: 602194488
CSN: 310183284

| | DO NOT USE | | | | | |
|---|---|---|---|---|---|---|
| U<br>IU | Q.D.<br>QD<br>q.d. | qd<br>Q.O.D. | QOD<br>q.o.d.<br>qod | MS<br>MSO4<br>MgSO4 | Trailing zero (X.0 mg)<br>Lack of leading zero (.X mg) | |

| DATE | TIME | |
|---|---|---|
| 3/28/07 | 0730 | R1  T3 |

∅ AE, tol clears, ⊕ flatus

37ᵈ  90-100s  120-130/70-80s   CT 20  ∅ air leak

Abd  sm̄ t,  TTP  diffusely
drsg  soaked

BUE  splints intact

$$\frac{131}{3.8} \bigg| \frac{98}{29} \bigg| \frac{7}{0.7} \bigg< +07 \bigg< \frac{8.1}{2.6 \mid 1.5} \bigg< 7.3 \bigg< \frac{10.3}{29.4} \bigg< 208$$

A/P: 1) Reg diet
2) HUV
3) 0.5L free H₂O restrict
4) D/C ® CT today.

54056

Name: _____  MR#: _____

## STAFF PROGRESS NOTES

### DO NOT USE

| U | Q.D. | qd | QOD | MS | Trailing zero (X.0 mg) |
| IU | QD | q.o.d. | MSO4 | Lack of leading zero (.X mg) |
| q.d. | Q.O.D. | qod | MgSO4 | |

| DATE | TIME |
|------|------|

---

Lambda, F
MR# 4131790

## Trauma Case Management
## Daily Multidisciplinary Review

Team  I  II  (III)  NSG  Ortho  **Date:** 3/26/07  **Date of Admit:** 3/23/07  **Hospital Date:** 3

**Mechanism Of Injury:** GSW  **Injuries:** _____

**Plan Of Care discussed with:** _____

**Referrals made:** _____

**Plan Of Care/Priorities:**

Pt seen & chart reviewed. Pt remains on SN on county hold. VSS.
Pt to l PD. Morphine PCA in place for pain control. Ø c/o pain
currently. (R) CT to H₂O seal. Final CXR & D/C (L) CT yest (P) UOP
adequate. Hct 29.4 (fr 31.1). WBC stable @ 7.3. Afebrile. POc ①
D/C (R) CT ② Reg diet to be started ③ OT eval. — TWC will
follow — JM

**Case Mgmt Activity:**

[X] Deep Vein Thrombosis prophylaxis  [X] GI prophylaxis  **Culture data:** Ø

[ ] Seizure prophylaxis  [ ] Delirium Tremens prophylaxis  **Antibiotic:** _____  **Day #:** _____

[ ] Bedside RN Interaction  [ ] Family/Other Updated

[X] Financial Self  **Nutrition:** Clears  **Tube Feeds:** _____  **Rate:** _____ cc/hr  **Goal:** _____ cc/hr

**Nurse Clinician:** _____ RN  Julie McDaniel RN  **ID#:** 22490

PS 3997 Revised 11/20/02  RTB

050

52370 (Back)  Revised 08/26/05

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

**STAFF PROGRESS NOTES**

```
MRN: 4131790        Adm: 03/23/07
LAMBDA,F
DOB: 01/01/1984   23 yrs   WH/M
TWO N TRAUMA SURG ICU D
HAR: 602194488
CSN: 310183204
```

| DO NOT USE | | | | | |
|---|---|---|---|---|---|
| U | O.D. | qd | QOD | MS | Trailing zero (X.0 mg) |
| IU | QD | | q.o.d. | MSO4 | Lack of leading zero(.X mg) |
| | q.d. | Q.O.D. | qod | MgSO4 | |

| DATE | TIME | |
|---|---|---|

**RESPIRATORY CARE PATIENT DRIVEN PROTOCOL ASSESSMENT**

Patient Name: _____   Location: _____   Date/Time: _____
This patient has been assessed utilizing Respiratory Care Patient Driven Protocols.
According to these protocols, this patient is indicated for:

☐ **Aerosolized Medication Therapy**
   Recommended medication: _____
   Recommended frequency: _____
   Administered via:
   ☐   MDI
   ☐   Hand Held Neb
   ☐   IPPB

☐ **Bronchial Hygiene Therapy**
   ☐   Chest Percussion/Vibration QID
   ☐   Postural Drainage QID
   ☐   Chest Percussion/Vibration and Postural Drainage QID

☐ **Volume Augmentation Therapy**
   ☑   Incentive Spirometry TID
   ☐   Incentive Spirometry at bedside--instruct only
   ☐   IPPB QID
   ☐   IPPB with medication (see recommendations above)

☐ **Pulse Oximetry**
   ☐   Continuous Pulse Oximetry
   ☐   Intermittent Spot Checks Q4

☐ **Oxygen Therapy**
   ☐   Oxygen per protocol (O2 to keep SaO2 ≥ 92%)

Therapist Signature: _____   Employee ID#: _____
**Patient must be reevaluated by the physician at least every 72 hours. Please call the**
**Respiratory Care Department at x28193 with any questions pertaining to these protocols.**

050

52370 (Front)  Revised 08/26/05

## STAFF PROGRESS NOTES

| DO NOT USE | | | | | |
|---|---|---|---|---|---|
| U | O.D. | qd | QOD | MS | Trailing zero (X.0 mg) |
| U | QD | q.d. | q.o.d. | MSO4 | Lack of leading zero (.X mg) |
| | q.d. | Q.O.D. | qod | MgSO4 | |

| DATE | TIME | |
|---|---|---|
| 3/27/07 | 0625 | R.T3 |
| | | Pt's complaint. Dismisson |
| | | T - 37.0    V - 18    @Foley |
| | | P - 84-100   bp 101-135/65-82 |
| | | NAD |
| | | Bandages c/d11 |
| | | abd - nt, nd soft |
| | | 3/27 |
| | | 7.29 \ 16.3 / 208      133 \ 98 \ 9     Ca-8.0 |
| | | / 29.4               3.9 \ 30 \ 0.72    Ph-3.1 |
| | |                             Mg-1.6 |
| | | A/P 1) chest tubes removed, f/u final read on CXR 3/27. |
| | | 2) plan for d/c pending CXR. |
| | |                    Shu onoru |
| | | |
| | | |
| 3/27/07 | 1420 | TNC - T3 : HD #4 |
| | | Pt seen, chart reviewed; pt remains on SN on county |
| | | hold. Febrile 39² @ noon today, no new WKC. (R) CT |
| | | removed this AM, post CXR pending final read. (+) flatus, Ø BM |
| | | per pt. Remains on 0.8L fluid restriction - Na+ 133 ↑ from 131. |
| | | Tolerating reg. diet @N/V. Continued pain to bilet UE's, po |
| | | Lorcet for pain relief.   UA sent 2° to febrile, motrin for |
| | | fever prn. OT following. Plan: pain control, await BM, |
| | | await CXR results, then discharge to county hold. |
| | |              Shone McLaughlin RN - TNC 24971 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**050**

52370 (Back)   Revised 08/26/05

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

STAFF PROGRESS NOTES

MRN: 4131790          Adm: 03/23/07
LAMBDA,F
DOB: 01/01/1984   23 yrs   WH/M
TWO N TRAUMA SURG ICU D
HAR: 602194488
CSN: 310103294

| DO NOT USE | | | | | |
|---|---|---|---|---|---|
| U | Q.D. | qd | QOD | MS | Trailing zero (X.0 mg) |
| IU | QD | q.d. | n.o.d. | MSO4 | Lack of leading zero (.X mg) |
| | q.d. | Q.O.D. | qod | MgSO4 | |

| DATE | TIME | |
|---|---|---|
| | | R3 Surgery |
| 7/27/07 | 19⁴⁰ | Pt seen + examined by me |
| | | Doing well. Tolerating PO. @ Busy. Voiding |
| | | Tolerating pain. c/o mild pain in CT exit site. |
| | | Tm 39·2 earlier this AM resolving |
| | | HR 96  RR 20  BP 167/87  Sat 98% |
| | | A&O x3, NAD |
| | | RRR |
| | | CTAB |
| | | @ BUE splints/drains removed. All wound |
| | | 5 erythema/drainage |
| | | Abdom wound stapled c/d/i, Ø peritonitis |
| | | AM Na 137 from 131 |
| | | w/u = @ LE , @ WBC |
| | | Rpt pCXR = Ø PTX |
| | | Imp: 23 yo s/p GSWi to ® chest, abd. |
| | | ® BUE. Doing well |
| | | Plan: 1) D/C to jail hospital ward |
| | | c Q4° VS |
| | | 2) RTC Thursday 3/29/07 |
| | | 3) Cipro for UTI |
| | | D/W staff Dr. Thal who agrees    M Hager |
| | | 524R |

050

52370 (Front)  Revised 08/26/05

## STAFF PROGRESS NOTES

**DO NOT USE**

| U | O.D. | qd | DOD | MS | Trailing zero (X.0 mg) |
| U | QD | q.o.d. | MSO4 | Lack of leading zero (.X mg) |
| | q.d. | O.O.D. | qod | MgSO4 | |

| DATE | TIME | |
|------|------|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

050

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

STAFF PROGRESS NOTES

MRN: 4131790          Adm: 03/23/07
LAMBDA, F
DOB: 01/01/1984   23 yrs   WH/M
TWO N TRAUMA SURG ICU D
HAR: 602194488
CSH: 310193204

**DO NOT USE**

| U | Q.D. | qd | QOD | MS | Trailing zero (X.0 mg) |
| IU | QD | | q.o.d. | MSO4 | Lack of leading zero (.X mg) |
| | q.d. | Q.O.D. | qod | MgSO4 | |

| DATE | TIME | |
|------|------|--|
| | | R3 Surgery |
| 7/20/07 | 19⁴⁰ | Pt seen & examed by me |

Doing well. Tolerating PO. ⊕BM, Voiding

Tolerating pain. C/o mild pain @ CT ext site.

Tm 39.2 earlier this AM, resolved

HR 96  RR 20  BP 167/57  Sat 98%

A&O x3, NAD

RRR

CTAB

® UE splints/dressing removed. All wound

s̄ erythema/drainage

abdom wound stapled c/d/i, ∅ periton=

AM Na 137  from 131

up c̄ ⊕LE, ⊕WBx

Rpt pCXR = ∅ PTX

Imp: 23 yo s/p GSW to ® chest, abd.

® UE. Doing well.

Plan: 1) D/C to jail hospital ward

c̄ Q40 U

2) RTC Thursday 3/29/07

3) Cipro for UTI

D/W staff Dr. Thal who agrees                     M Haen
                                                        5242

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

PHYSICAL MEDICINE AND REHABILITATION
OCCUPATIONAL THERAPY

HAND/UPPER EXTREMITY EVALUATION FORM

MRN: 4131798
RUIZ,WESLEY LYNN
DOB: 11/20/1979     Adm: 03/23/07
FIVE N TRAUMA    27 yrs   WH/M
HAR: 602194488
CSN: 310183284

| ☒ Inpatient | ☐ Outpatient | ☒ Initial Evaluation | ☐ Periodic Evaluation |
|---|---|---|---|

Date: 3·26·07   Date of Injury: 3-22-07   Date of Surgery: 3·22

Injured Extremity: ☒ Right  ☒ Left    Hand Dominance: ☒ Right  ☐ Left

Diagnosis: (relevant Occupational Therapy order) S/P multiple GSW ⓑ open ulna Fx
RUE GSW 4 ⓡ axilla GSW -2, GSW ⓛ SHLDR, GSW ⓛ Bicep

Relevant Health Risk Factors:

Medications: PMHx: Tonsillectomy + cocaine abuse

| Pain: | 0 | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | No pain | | Mild | | Moderate | | Severe | | Very Severe | | Worst Possible |

Pain Description: "Sore all over"

Pain Related Functional Deficit: Pt use PCA pump currently supine in
bed

☒ See reverse side of form for specific measurements.

Anatomical Limitations: multiple GSW, ⓛ 1st metacarpal Fx ⓑ ulnar
Fx s ⓡ Boxers Fx

Functional Limitations: (Activities of Daily Living/Work/Leisure) Pt not perform any ADLs
at this time

Patient Goals: return to PLOF

Treatment Goals:

☒ Splinting (Protective/Corrective/Functional) ulnar gutter splint ⓡ 2° ulna/5th mcp Fx
ⓛ TH spica splint 2° 1st metacarpal Fx

☒ In 1-2 weeks patient will improve Active Range Of Motion of non affected digits

☐ In ___ weeks patient will improve Passive Range Of Motion

☐ In ___ weeks patient will increase strength

☐ In ___ weeks patient will increase endurance

☐ In ___ weeks patient will decrease edema

☒ In 1-2 weeks patient will decrease pain to increase function with ADLs rated at 3/10

☐ In ___ weeks patient will learn education/home program

☒ Other Pt will complete toilet task at MOD Ⓘ in 1 wk

Treatment Plan: ___ times per week for 1-2 weeks X LOS in hospital for ADLs,
splints, and ROM

Therapist's Signature: _____ OTR    ID #: 26354   Pager #: _____  317B

623 (Front) Revised 03/22/05

Name: NUM-TDLD/St/RF (L)IM MI POIW

Medical Record Number:

## Finger Range of Motion

| | Active/Passive   Right/Left | | | | | Active/Passive   Right/Left | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Index | Middle | Ring | Small | Thumb | Index | Middle | Ring | Small | Thumb |
| Metacarpalphalangeal | minimal movement | | | | | / | / | / | / | / |
| Pr___ Interphalangeal | to non-affected digits 2° | | | | | / | / | / | / | / |
| Di___ erphalangeal | pain and edema | | | | | / | / | / | / | / |
| Distal Palmar Crease | | | | | | | | | | |

## Upper Extremity Evaluation

| Active/Passive | Range of Motion | | Muscle Strength | | Edema: |
|---|---|---|---|---|---|
| | Right | Left | Right | Left | Location: |
| Shoulder Extension/Flexion | NT | NT | NT | NT | |
| Shoulder Abduction/Adduction | / | / | : | : | |
| Should Horizontal Abduction/Adduction | / | | : | : | Description: |
| Shoulder Internal/External Rotation | / | | : | : | |
| Elbow Extension/Flexion | / | | : | : | |
| Forearm Supination/Pronation | / | / | : | : | Measurement: |
| Wrist Extension/Flexion | / | / | / | / | |
| Wrist Radial/Ulnar Deviation | | | : | : | |

| Hand Muscle Strength: | NT | | | Lateral Pinch   Right/Left | NT | | / |
|---|---|---|---|---|---|---|---|
| Grip Strength | | / | | Tripoint Pinch   Right/Left | | | / |
| | Right | | | | Right | | |

Topographical Characteristics:

Sensory Deficits: grossly intact to light touch

Orthotics:   Splint Applied: (B) splints   Purpose:
             Position: see reverse   Wear:

Therapist's Signature:_____   ID #:_____   Pager #:_____

623 (Back) Revised 03/22/05

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

PHYSICAL MEDICINE AND REHABILITATION

OCCUPATIONAL THERAPY
DAILY NOTE

MRN: 4131790          Adm: 03/23/07
RUIZ,WESLEY LYNN
DOB: 11/20/1979    27 yrs   WH/M
FIVE N TRAUMA
HAR: 602194486
CSN: 310183284

☒ INPATIENT   ☐ OUTPATIENT

| DATE (MONTH-DAY-YEAR) | TIME | PHYSICAL TEST PERFORMANCE @ 15 MIN | O.T. INITIAL EVALUATION | O.T. PERIODIC EVALUATION | O.T. ORTHOTIC FIT/TRAINING | O.T. ORTHOTIC CHECKOUT | PARAFFIN BATH PER BODY AREA | VASOPNEUMATIC DEVICE | COGNITIVE SKILLS @ 15 MIN | ELECTRICAL STIMULATION SUPERVISED @ 15 MIN | FUNCTIONAL ACTIVITIES @ 15 MIN | MASSAGE @ 15 MIN | NEUROMUSCULAR REEDUCATION @ 15 MIN | THERAPEUTIC PROCEDURE @ 15 MIN | SELF CARE @ 15 MIN | ULTRASOUND @ 15 MIN | IONTOPHORESIS @ 15 MIN | MANUAL THERAPY TECHNIQUES @ 15 MIN | WHIRLPOOL (FLUIDOTHERAPY) @ 15 MIN | THERAPEUTIC PROCEDURE GROUP | COMMUNITY REINTEGRATION @ 15 MIN | CONTRAST BATHS @ 15 MIN | | | THERAPIST'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-26-07 | 1:45 - 2:45 | (4) | | | | | | | | | | | | | | | | | | | | | | | 8MS |
| 3-27-07 | 1045-1100 total 8 min | | | | 1 | | | | | | | | | | | | | | | | | | | | LH |

3-26-07: Eval completed - see form 317B.

3-27-07: Pt. seen reporting 7/10 pain in U/E's and chest. Pt. splints removed and both c̄ adequate fit. Pt. reports to be ambulating to bathroom for S.C. and cleaning self.  — LH

| INITIALS | THERAPIST'S SIGNATURE | INITIALS | THERAPIST'S SIGNATURE |
|---|---|---|---|
| 8MS | OTR 26384 | LH | Heather Horany OTR OCCS/3203 |

PS 324 (Front) Revised 08/09/02   RTB

319

☐ INPATIENT          ☐ OUTPATIENT

| DATE (MONTH- YEAR) | TIME | PHYSICAL TEST PERFORMANCE @ 15 MIN | O.T. INITIAL EVALUATION | O.T. PERIODIC EVALUATION | O.T. ORTHOTIC FIT/TRAINING | O.T. ORTHOTIC CHECKOUT | PARAFFIN BATH PER BODY AREA | VASOPNEUMATIC DEVICE | COGNITIVE SKILLS @ 15 MIN | ELECTRICAL STIMULATION SUPERVISED @ 15 MIN | FUNCTIONAL ACTIVITIES @ 15 MIN | MASSAGE @ 15 MIN | NEUROMUSCULAR REEDUCATION @ 15 MIN | THERAPEUTIC PROCEDURE @ 15 MIN | SELF CARE @ 15 MIN | ULTRASOUND @ 15 MIN | IONTOPHORESIS @ 15 MIN | MANUAL THERAPY TECHNIQUES @ 15 MIN | WHIRLPOOL (FLUIDOTHERAPY) @ 15 MIN | THERAPEUTIC PROCEDURE GROUP | COMMUNITY REINTEGRATION @ 15 MIN | CONTRAST BATHS @ 15 MIN | | | | THERAPIST'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INITIALS | THERAPIST'S SIGNATURE | INITIALS | THERAPIST'S SIGNATURE |
|---|---|---|---|
| | | | |
| | | | |

PS 324 (Back) Revised 08/09/02   RTB



**MR#: 4131790**
**Patient: RUIZ, WESLEY LYNN**
DOB: 11/20/1979          Age: 27 years    Sex: Male
HAR: 602194488          CSN: 310183284
Admit: 03/23/2007        Discharge: 03/27/2007
Location: 5N TRA
Practitioner: Purdue, Gary F.

**Parkland**
*Health & Hospital System*
*Department of Pathology*
*5201 Harry Hines Blvd.* • *Dallas, Texas 75235*

---

## Transfusion Services

### ABORh Type

| | |
|---|---|
| Collected Date | 03/23/2007 |
| Collected Time | 19:39:00 |

| | |
|---|---|
| Procedure | |
| ABORh Manual | A Pos |

### Antibody Screen

| | |
|---|---|
| Collected Date | 03/23/2007 |
| Collected Time | 19:39:00 |

| | |
|---|---|
| Procedure | |
| Ab Screen Manual. | Negative ABSC |

---

## Hematology

### Cell Count/Differential

| | Procedure Units Ref Range | WBC x10(9)/L 3.90 - 10.70 | RBC x10(12)/L 4.27 - 5.99 | Hemoglobin g/dL 13.2 - 16.9 | Hematocrit % 39.6 - 50.2 | MCV femtoliters 76.2 - 98.6 | MCH pg 24.6 - 33.4 |
|---|---|---|---|---|---|---|---|
| 03/26/2007 | 00:36:00 | 7.29 | 3.31 L | 10.3 L | 29.4 L | 88.8 | 31.1 |
| 03/24/2007 | 00:25:00 | 9.55 | 3.47 L | 10.8 L | 31.1 L | 89.6 | 31.1 |
| 03/23/2007 | 23:40:00 | 11.46 H | 3.50 L | 11.1 L | 31.6 L | 90.3 | 31.7 |
| 03/23/2007 | 20:15:00 | 21.71 H | 3.93 L | 12.3 L | 35.2 L | 89.6 | 31.3 |
| 03/23/2007 | 19:39:00 | 22.53 H | 4.84 | 15.2 | 43.3 | 89.5 | 31.4 |

| | Procedure Units Ref Range | MCHC g/dL 31.6 - 35.4 | RDW-CV % 11.5 - 15.0 | Platelet x10(9)/L 174 - 404 | MPV femtoliters 9.4 - 12.9 | Cells Counted | Neutro Abs x10(9)/L 1.80 - 7.70 |
|---|---|---|---|---|---|---|---|
| 03/26/2007 | 00:36:00 | 35.0 | 12.5 | 208 | 9.6 | | |
| 03/24/2007 | 00:25:00 | 34.7 | 12.5 | 199 | 9.6 | | 7.22 |
| 03/23/2007 | 23:40:00 | 35.1 | 12.6 | 190 | 9.7 | | |
| 03/23/2007 | 20:15:00 | 34.9 | 12.5 | 204 | 9.5 | | 17.63 H |
| 03/23/2007 | 19:39:00 | 35.1 | 12.6 | 263 | 9.8 | 100 | |

---

Legend: H = High  L = Low  ! = Critical                     Printed: 3/27/2007  22:01:29
* = See end of section for additional information    3111501          Page 1 of 6

**Inpatient Permanent Laboratory Report**
DO NOT REMOVE FROM CHART

Form 50366 (Rev. 3/01)

681



**Parkland**
*Health & Hospital System*

*Department of Pathology*
*5201 Harry Hines Blvd.  •  Dallas, Texas 75235*

MR#: 4131790
Patient: RUIZ, WESLEY LYNN
DOB: 11/20/1979                        Age: 27 years        Sex: Male
HAR: 602194488                        CSN: 310183284
Admit: 03/23/2007                      Discharge: 03/27/2007
Location: 5N TRA
Practitioner: Purdue, Gary F.

---

## Hematology

### Cell Count/Differential

|  | Procedure Units | Lymphs Abs x10(9)/L | Monos Abs x10(9)/L | Eos Abs x10(9)/L | Basos Abs x10(9)/L | Neutro Pct % | Lymphs Pct % |
|---|---|---|---|---|---|---|---|
|  | Ref Range | 1.00 - 4.80 | 0.00 - 1.07 | 0.00 - 0.54 | 0.00 - 0.21 | 36 - 72 | 20 - 51 |
| 03/24/2007 | 00:25:00 | 0.88 L | 1.40 H | 0.04 | 0.01 | | |
| 03/23/2007 | 20:15:00 | 1.48 | 2.52 H | 0.05 | 0.03 | | |
| 03/23/2007 | 19:39:00 | | | | | 73 H | 15 L |

|  | Procedure Units | Monos Pct % | Myelocytes Pct % | RBC morphology |
|---|---|---|---|---|
|  | Ref Range | 4 - 11 | | |
| 03/23/2007 | 19:39:00 | 11 | 1 | No Abnormality |

---

## Coagulation

### Coagulation-Routine

| Collected Date | 03/23/2007 | 03/23/2007 | 03/23/2007 | | |
|---|---|---|---|---|---|
| Collected Time | 23:40:00 | 20:15:00 | 19:39:00 | | |
| Procedure | | | | Units | Ref Range |
| Protime | 11.8 | 11.3 | 10.6 | sec | 9.2 - 12.8 |
| INR * | 1.2 | 1.1 | 1.1 | | 0.9 - 1.3 |
| PTT,New * | 25.4 | 25.0 | 22.6 L | sec | 23.5 - 33.5 |

03/23/2007 19:39:00 INR:
The INR is intended for patients on long-term, stable, oral anticoagulation therapy.  INR values should approximate 2.0-3.0 in most cases and 2.5-3.5 for higher intensity of anticoagulation.

03/23/2007 19:39:00 PTT,New:
For monitoring unfractionated heparin therapy with PTT, therapeutic range is 50-80 seconds.

---



**Parkland**
*Health & Hospital System*

*Department of Pathology*
*5201 Harry Hines Blvd.* ○ *Dallas, Texas 75235*

MR#: 4131790
Patient: RUIZ, WESLEY LYNN
DOB: 11/20/1979                Age: 27 years        Sex: Male
HAR: 602194488                CSN: 310183284
Admit: 03/23/2007              Discharge: 03/27/2007
Location: 5N TRA
Practitioner: Purdue, Gary F.

---

## General Blood Chemistry

| | Procedure Units Ref Range | Sodium mmol/L 135 - 145 | Potassium mmol/L 3.6 - 5.0 | Chloride mmol/L 98 - 109 | CO2 mmol/L 22 - 31 | Anion Gap mmol/L 6 - 16 | Glucose Random mg/dL 65 - 200 |
|---|---|---|---|---|---|---|---|
| 03/27/2007 | 00:45:00 | 133 L | 3.9 | 98 | 30 | 5 L | 110 |
| 03/26/2007 | 00:36:00 | 131 L | 3.8 | 98 | 29 | 4 L | 107 |
| 03/24/2007 | 03:25:00 | 136 | 4.4 | 105 | 24 | 7 | 128 |
| 03/24/2007 | 00:25:00 | 131 L | 4.2 | 99 | 25 | 7 | 103 |
| 03/23/2007 | 23:40:00 | 136 | 5.4 H | 106 | 24 | 6 | 127 |
| 03/23/2007 | 20:15:00 | 139 | 3.9 | 107 | 24 | | 119 |
| 03/23/2007 | 19:39:00 | 138 | 4.2 | 106 | 22 | 10 | 155 |

| | Procedure Units Ref Range | Creatinine mg/dL 0.60 - 1.20 | BUN mg/dL 7 - 21 | Calcium, Total mg/dL 8.4 - 10.2 | Phosphorus mg/dL 2.4 - 4.5 | Magnesium mEq/L 1.4 - 1.8 | pH, BLD * |
|---|---|---|---|---|---|---|---|
| 03/27/2007 | 00:45:00 | 0.72 | 9 | 8.0 L | 3.1 | 1.6 | |
| 03/26/2007 | 00:36:00 | 0.72 | 7 | 8.1 L | 2.6 | 1.5 | |
| 03/24/2007 | 03:25:00 | 0.79 | 11 | 6.6 L | 4.0 | 1.6 | |
| 03/24/2007 | 00:25:00 | 0.74 | 7 | 7.7 L | 2.7 | 1.6 | |
| 03/23/2007 | 23:40:00 | 0.78 | 11 | 6.2 L | 2.2 L | 1.5 | |
| 03/23/2007 | 20:15:00 | | | | | | 7.44 |
| 03/23/2007 | 20:15:00 | | | 7.4 L* | | | |
| 03/23/2007 | 19:39:00 | 1.05 | 14 | 9.1 | 2.9 | 1.5 | |

03/23/2007 20:15:00 pH, BLD:
Reference Range:
pH, Arterial   0 - 2 yrs      7.30 - 7.40
               2 yrs - 150 yrs   7.34 - 7.44

pH, Venous   0 - 150 yrs   7.31 - 7.41

03/23/2007 20:15:00 Calcium, Total:
Critical Value called to dr stoos  ID# md  on 3/23/2007 21:07 . Repeated back to the caller? y.

| | Procedure Units Ref Range | Calcium, Ion mg/dL 4.6 - 5.4 | Sodium, BLDA mmol/L 137 - 145 | Potassium, BLDA mmol/L 3.6 - 5.0 | Chloride, BLDA mmol/L 101 - 111 |
|---|---|---|---|---|---|
| 03/23/2007 | 22:00:00 | | 137 | 5.0 | 105 |
| 03/23/2007 | 20:15:00 | 4.3 L | 139 | 4.0 | 107 |

---

Legend: H = High  L = Low  ! = Critical
* = See end of section for additional information    3111501

Printed: 3/27/2007  22:01:29
Pages: 3 of 6

Inpatient Permanent Laboratory Report
DO NOT REMOVE FROM CHART

Form 50366 (Rev. 3/01)

681



**Parkland**
*Health & Hospital System*

*Department of Pathology*
*5201 Harry Hines Blvd. • Dallas, Texas 75235*

MR#: 4131790
**Patient: RUIZ, WESLEY LYNN**
DOB: 11/20/1979          Age: 27 years      Sex: Male
HAR: 602194488          CSN: 310183284
Admit: 03/23/2007        Discharge: 03/27/2007
Location: 5N TRA
Practitioner: Purdue, Gary F.

---

## General Blood Chemistry

| | Procedure | Glucose, BLDA |
|---|---|---|
| | Units | mg/dL |
| | Ref Range | 65 - 110 |
| 03/23/2007 | 22:00:00 | **115 H** |
| 03/23/2007 | 20:15:00 | **113 H** |

---

## Blood Gas

| | Procedure | pH, ART | pCO2, ART mmHg | pO2, ART mmHg | HCO3, ART mmol/L | O2 Sat, ART % |
|---|---|---|---|---|---|---|
| | Units | | mmHg | mmHg | mmol/L | % |
| | Ref Range | 7.34 - 7.44 | 35 - 45 | 75 - 100 | 22 - 26 | 95 - 98 |
| 03/24/2007 | 05:44:00 | 7.38 | **46 H** | **223 H** | **27 H** | **100 H** |
| 03/23/2007 | 23:40:00 | 7.39 | 40 | **458 H** | 24 | **100 H** |
| 03/23/2007 | 22:00:00 | 7.41 * | 36 | **246 H** | 23 | **100 H** |
| 03/23/2007 | 20:15:00 | 7.44 | **33 L** | **255 H** | 22 | **100 H** |

03/23/2007 22:00:00 pH, ART:
Corrected from 7.41 on 03/23/2007 22:26:52 by Jacob, Mini Mathew

| | Procedure | FO2 Hb, ART % | O2 Content, ART mL/dL | Base Exc, ART mmol/L | Hemoglobin, BG g/dL |
|---|---|---|---|---|---|
| | Units | % | mL/dL | mmol/L | g/dL |
| | Ref Range | 94 - 99 | 18 - 22 | -2.4 - 2.3 | 13.2 - 16.2 |
| 03/24/2007 | 05:44:00 | 96 | **16 L** | 1.7 | **11.2 L** |
| 03/23/2007 | 23:40:00 | 97 | **17 L** | -0.6 | **11.2 L** |
| 03/23/2007 | 22:00:00 | 97 | **16 L** | -1.1 | **11.6 L** |
| 03/23/2007 | 20:15:00 | 96 | **17 L** | -1.2 | **12.2 L** |

| | Procedure | Pt Temp |
|---|---|---|
| | Units | |
| | Ref Range | |
| 03/24/2007 | 05:44:00 | Corrected to 37 degC |
| 03/23/2007 | 23:40:00 | 35.9 |
| 03/23/2007 | 22:00:00 | 35.1 |
| 03/23/2007 | 20:15:00 | 35.5 |
| 03/23/2007 | 20:15:00 | 35.5 |

---

Legend: H = High   L = Low   ! = Critical
* = See end of section for additional information      3111501

Printed: 3/27/2007  22:01:29
Pages: 4 of 6

Inpatient Permanent Laboratory Report
DO NOT REMOVE FROM CHART

Form 50366 (Rev. 3/01)

**681**



**Parkland**
*Health & Hospital System*

*Department of Pathology*
*5201 Harry Hines Blvd.* • *Dallas, Texas 75235*

**MR#: 4131790**
**Patient: RUIZ, WESLEY LYNN**
DOB: 11/20/1979
HAR: 602194488
Admit: 03/23/2007
Location: 5N TRA
Practitioner: Purdue, Gary F.

Age: 27 years    Sex: Male
CSN: 310183284
Discharge: 03/27/2007

---

## Urinalysis

Collected Date    03/27/2007
Collected Time    13:36:00

| Procedure | | Units | Ref Range |
|---|---|---|---|
| Color | DK YELLOW | | |
| Clarity | Cloudy | | |
| Spec Gr | 1.022 | | 1.002 - 1.030 |
| pH | **8.0** | | 5.0-7.0 |
| Protein | Trace | | Neg-Trace |
| Glucose | Negative | | Negative |
| Ketones | Negative | | Negative |
| Bilirubin | Negative | | Negative |
| Blood | Negative | | Negative |
| Nitrite | Negative | | Negative |
| Urobilinogen | 1.0 | EHR Units/dL | 0.2-1.0 |
| Leukocytes | **Small** | | Negative |
| RBC, UA | 0-2 /HPF | | 0-3 |
| WBC, UA | **6-10 /HPF** | | 0-5 |
| Squam Epithel | 0-2 /HPF | | 0 - 4 |
| Bacteria | None | | |

---

## Special Chemistry

| | Procedure | Lactate | Lactate, BLDA |
|---|---|---|---|
| | Units | mmol/L | mmol/L |
| | Ref Range | 0.7 - 2.1 | 0.0 - 1.3 |
| 03/23/2007 | 23:40:00 | 2.1 | |
| 03/23/2007 | 20:15:00 | | **2.2  H** |

---

## Cancelled Orders

| Collected Date | Collected Time | Procedure | Cancel Reason |
|---|---|---|---|
| 03/23/2007 | 19:39:00 | ABORh | Order modified in lab |
| 03/23/2007 | 19:39:00 | Antibody Screen | Order modified in lab |
| 03/23/2007 | 19:39:00 | Differential Automated | System Cancel |

---

Legend: H = High  L = Low  ! = Critical
* = See end of section for additional information    3111501

Printed: 3/27/2007  22:01:29
Pages: 5 of 6

Inpatient Permanent Laboratory Report
DO NOT REMOVE FROM CHART

Form 50366 (Rev. 3/01)

**681**



**Parkland**
*Health & Hospital System*

*Department of Pathology*
*5201 Harry Hines Blvd.* • *Dallas, Texas 75235*

MR#: 4131790
**Patient: RUIZ, WESLEY LYNN**
DOB: 11/20/1979          Age: 27 years        Sex: Male
HAR: 602194488           CSN: 310183284
Admit: 03/23/2007        Discharge: 03/27/2007
Location: 5N TRA
Practitioner: Purdue, Gary F.

## Cancelled Orders

| Collected Date | Collected Time | Procedure | Cancel Reason |
|---|---|---|---|
| 03/23/2007 | 22:00:00 | Blood Gas Hemoglobin Saturation, Arterial | Duplicate Order |
| 03/23/2007 | 22:00:00 | Chloride, Blood Arterial | Duplicate Order |
| 03/23/2007 | 22:00:00 | Glucose, Blood Arterial | Duplicate Order |
| 03/23/2007 | 22:00:00 | Potassium, Blood Arterial | Duplicate Order |
| 03/23/2007 | 22:00:00 | Sodium, Blood Arterial | Duplicate Order |
| 03/24/2007 | 03:25:00 | Chloride Level | Duplicate Order |
| 03/27/2007 | 23:30:00 | Hematocrit | DISCHARGE |
| 03/27/2007 | 23:30:00 | Hemoglobin | DISCHARGE |

Legend: H = High  L = Low  ! = Critical                              Printed: 3/27/2007   22:01:29
* = See end of section for additional information     3111501        Pages: 6 of 6
Inpatient Permanent Laboratory Report
DO NOT REMOVE FROM CHART

Form 50366 (Rev. 3/01)                                                                    681

620

## *Parkland Health & Hospital System*

| | |
|---|---|
| Department of Radiology | Pt. Name: RUIZ, WESLEY LY |
| UT Southwestern Radiologists | MRN: 000004131790 |
| | DOB: 11/20/1979 |

Patient Type:        Inpatient
Patient Location:    SICU-Room 200d
Requesting Location: 2N SICU D
Ordering Physician:  Shahid Shafi MD
Attending Physician: Shahid Shafi MD          ICD-9: 862.9
Admitting Physician: Gary F. Purdue MD

Exam(s):
SP Arteriogram-Extremity Unilateral          3/24/2007 00:49 P: 22044149
SP Aortgm-Thoracic-Body                      3/24/2007 00:49 P: 22044151
SP Brachiocephalic 2nd order                 3/24/2007 00:49 P: 22044117

Reason For Exam:    wm y/o multiple gsw to rue, rt thorax w/decreased brachial pressure and 2 hematomas.  Please evaluate for vascular injury.

---

### ***Final Report***

Procedure: Aortic arch and the right upper extremity arteriogram.

Clinical History: 23 years old male with gunshot wound.

Procedure: After obtaining informed consent, Patient was placed supine on the fluoroscopy table. Patient's right groin was prepped and draped in sterile fashion. 1% lidocaine was used for local anesthesia. Access into the right common femoral artery was obtained with a micropuncture set. A 5 French sheath was placed.  A 5 French pigtail catheter was advanced  over 0 .035 inch guidewire under fluoroscopy guidance to the ascending aorta. The aortic arch arteriogram was performed in LAO and RAO projections. Then the pigtail catheter was changed to a 5 French H1 catheter. The catheter was selected positioned to the distal right subclavian artery. The right upper extremity arteriogram was performed. The catheter and sheath was removed. Hemostasis was achieved by manual compression. Patient tolerated procedure well without immediate complications.

Findings: The aortic arch and it's major branches are normal without anatomical variation or pseudoaneurysm or active contrast extravasation. Multiple bullet fragments were noted in the right shoulder and upper extremity. The  right subclavian artery, axillary artery, brachial artery are all patent without aneurysm or active contrast extravasation. The radial artery, interosseous artery and ulnar artery are all patent with a patent palmar arch.

Impression:
No angiographic evidence of artery injuries of the aortic arch and right upper extremity.

I personally present and conclusions above report.

Report Dictated by: Ruizong Li MD, Resident
Electronically Signed by: Jorge E. Lopera MD

Date transcribed: 3/24/2007 02:56:24
Transcribed By: pow

620

# *Parkland Health & Hospital System*

Pt. Name: RUIZ, WESLEY LY

Department of Radiology
UT Southwestern Radiologists

MRN:     **000004131790**
DOB:     11/20/1979

Patient Type:          Emergency
Patient Location:      ED EAST
Requesting Location:   ER East
Ordering Physician:    Shahid Shafi MD          ICD-9:
Attending Physician:   Shahid Shafi MD
Admitting Physician:   Gary F. Purdue MD

Exam(s):
Chest Single VIew OR          3/23/2007 19:57 P:  22043959

Reason For Exam:    CHEST TUBE PLACEMENT

---

## ***Final Report***

Portable chest 3/23/07 2138 hours is made available on 3/30/07 after numerous subsequent chest x-rays have been reported.

Bilateral chest tubes are present with question of tiny residual apical pneumothorax. Bilateral chest tubes are present. Small area of pulmonary infiltrate right lower perihilar region. Heart size normal. Endotracheal tube ends 6 cm above carina. The catheter overlies the expected location of the left jugular system. Please see reports of subsequent chest x-ray which have already been reported.

Electronically Signed by: Robert H. Epstein MD

Date transcribed: 3/30/2007 14:43:20
Transcribed By: lfreem

620

## Parkland Health & Hospital System

Department of Radiology
UT Southwestern Radiologists

Pt. Name: **RUIZ, WESLEY LY**

MRN: **000004131790**
DOB: 11/20/1979

Patient Type:        Inpatient
Patient Location:    5N Room-502
Requesting Location: 5N GENERAL SURGERY
Ordering Physician:  Lucy Brooks Wallace MD
Attending Physician: Shahid Shafi MD
Admitting Physician: Gary F. Purdue MD

ICD-9:  959.9

Exam(s):
Chest-1 View DX

3/24/2007 23:00 P:  22044672

Reason For Exam:    ,multi gsw to chest, eval for pneumothroax

---

### ***Final Report***

Clinical History : Gunshot wound to chest

Findings:

Comparison : 3/24/2007 at 1758 hours, 3/23/2007.

Single semi upright AP view of the chest was obtained.

Cardiac size is within normal limits and stable. Bilateral chest tubes have been placed, unchanged. No residual pneumothorax is seen bilaterally. No effusion identified.

Multiple radiopaque metallic densities are seen overlying the right axillary soft tissues, compatible with gunshot wound injury.

Impression :

1. No acute interval change. No visible evidence of pneumothorax seen.

I personally reviewed the study and the report above and concur.

Report Dictated by: Wendy Tammy Chuang MD, Resident
Electronically Signed by: George C. Curry MD

Date transcribed: 3/25/2007 08:48:35
Transcribed By: pow

620

# *Parkland Health & Hospital System*

Department of Radiology
UT Southwestern Radiologists

Pt. Name: **RUIZ, WESLEY LY**

MRN:   **000004131790**
DOB:   11/20/1979

Patient Type:         Inpatient
Patient Location:    5N Room-502
Requesting Location: 5N GENERAL SURGERY
Ordering Physician:  Stacy L. Lee MD                ICD-9: 518.0
Attending Physician: Shahid Shafi MD
Admitting Physician: Gary F. Purdue MD

Exam(s):
Chest-1 View DX                        3/27/2007 10:21 P: 22047195

Reason For Exam:     ,ptx

---

### ***Final Report***

---

Chest AP portable semi upright on 3/27/2007. Completion time 1044 hours. Comparison 3/26/2007 and 3/25/2007.  Small pneumothorax noted on the previous film is no longer seen. Subsegmental atelectasis at left base unchanged. There has been further clearing of the right lung. Cardiomediastinal structures stable. Buckshot pellet over left chest. Multiple gunshot fragments in right chest wall and right shoulder.

Impression:

No pneumothorax is identified.

Electronically Signed by: Michael W. Laughlin MD

Date transcribed: 3/27/2007 14:05:26
Transcribed By: lfreem

Case 3:12-cv-05112-N   Document 31-6   Filed 04/17/15   Page 39 of 114   PageID 3005

**PARKLAND HEALTH & HOSPITAL SYSTEM**
Dallas, Texas

**PATIENT DEMOGRAPHIC UPDATE FORM**

Lambda, F
MR# 4131790

**90D**
MEDICAL RECORD NUMBER:

Refer to the Patient Demographic Updates Administrative Procedure for Form Instructions

| INITIAL DEMOGRAPHIC INFORMATION | | UPDATED DEMOGRAPHIC INFORMATION | |
|---|---|---|---|
| LAST NAME: | Lambda | LAST NAME: | Ruiz |
| FIRST NAME: | F | FIRST NAME: | Wesley |
| MIDDLE NAME: | | MIDDLE NAME: | Lynn |
| Suffix: (Jr, Sr, II) | | Suffix: (Jr, Sr, II) | |
| Date of Birth: (Month/Day/Year) | 1/1/84 | Date of Birth: (Month/Day/Year) | 11/20/79 |
| Gender: | Male   Female | Gender: | (Male)  Female |
| Race (Non-Key): | | Race (Non-Key): | Hispanic |
| Social Security Number: | | Social Security Number: | |
| Marital Status: | | Marital Status: | |
| State of Birth: | | State of Birth: | |
| Maiden Name: | | Maiden Name: | |
| Mother's Maiden Name: | | Mother's Maiden Name: | |
| Street Number & Name: | | Street Number & Name: | |
| Apartment Number: | | Apartment Number: | |
| City: | | City: | |
| State: | | State: | |
| Zip Code: | | Zip Code: | |
| Home Phone: | | Home Phone: | |
| Supporting Documentation? | Yes   No   Type: | | |

| EMPLOYEE CONTACT DATA | | | |
|---|---|---|---|
| EMPLOYEE'S NAME | EMPLOYEE ID# | FACILITY, DEPARTMENT AND AREA NAME | |
| Julie McDaniel | 22490 | Trauma | |
| EMPLOYEE'S DIRECT EXTENSION AND PAGER | | DATE FORM COMPLETED | |
| 8268 | A60 | 3/24/07 | |

657 Revised 12/28/04 SRC

620

# Parkland Health & Hospital System

Department of Radiology
UT Southwestern Radiologists

Pt. Name: **RUIZ, WESLEY LY**

MRN:       **000004131790**
DOB:       11/20/1979

Patient Type:          Inpatient
Patient Location:      5N Room-502
Requesting Location: 5N GENERAL SURGERY
Ordering Physician:    Constance Q. Zhou MD
Attending Physician:   Shahid Shafi MD
Admitting Physician:   Gary F. Purdue MD

ICD-9:  512.8

Exam(s):
Chest-1 View DX

3/26/2007 15:31 P:  22045548

Reason For Exam:      ,chest tube

---

### ***Final Report***

Chest AP portable upright on 3/26/2007 at 1605 hours. Comparison: 3/25/2007 and 3/24/2007.

Since previous study, right chest tube has been removed. Possible small right apical pneumothorax seen projecting over right second posterior intercostal space. Housestaff notified on 3/27/2007 at approximately 0930 hours. Improved aeration with clearing of some opacity from the right lower lung zone. Subsegmental atelectasis at left base which is otherwise clear. Cardiomediastinal structures stable. BB shot overlies the left chest.

Impression:

Removal of right chest tube. Possible small right apical pneumothorax.

Electronically Signed by: Michael W. Laughlin MD

Date transcribed: 3/27/2007 09:19:14
Transcribed By: rcurno

620

*Parkland Health & Hospital System*    Pt. Name: RUIZ, WESLEY LY

Department of Radiology                 MRN:    **000004131790**
UT Southwestern Radiologists            DOB:    11/20/1979

Patient Type:        Inpatient
Patient Location:    5N Room-502
Requesting Location: 5N GENERAL SURGERY
Ordering Physician:  Stacy L. Lee MD            ICD-9: 861.21
Attending Physician: Shahid Shafi MD                   959.11
Admitting Physician: Gary F. Purdue MD                 V58.82

Exam(s):
Chest-1 View DX                        3/25/2007 15:31 P:  22044965

Reason For Exam:     ,after chest tube removal

---

### ***Final Report***

Single view the chest 3/25/2007.
Comparison: 3/24/2007.

History: Status-post chest tube removal.

Findings: Upright frontal view of the chest demonstrates interval extraction of a left-sided chest tube. There is a minimal amount of subcutaneous emphysema; there is no evidence pneumothorax.

The cardiac silhouette is normal.   There's no evidence for focal consolidation.

On the right, there is a chest tube placed with its distal tip at the level of the hilum.  There is increased radiodensity within the inferolateral right chest: question pulmonary contusion. There are bullet fragments in the right axilla and a buckshot pellet overlying the lower left lung.

Impression:
1. Interval removal of a left-sided chest tube; there is no evidence for pneumothorax.
2. Right-sided chest tube, stable in positioning in the interval.
3. Findings suggestive of pulmonary contusion to the lower right chest.
4. Bilateral findings consistent with gunshot wounds.

Electronically Signed by: Gregory A. Millnamow MD

Date transcribed: 3/26/2007 11:32:27
Transcribed By: pow

---

620

# *Parkland* Health & Hospital System

Department of Radiology
UT Southwestern Radiologists

Pt. Name: LAMBDA, F

MRN:        000004131790
DOB:        1/1/1984

Patient Type:        Emergency
Patient Location:    ~~ED EAST~~
Requesting Location: ER East
Ordering Physician:  John F. Marcucci MD
Attending Physician: Shahid Shafi MD
Admitting Physician: Gary F. Purdue MD

ICD-9:

Exam(s):
Abdomen, KUB ER

3/23/2007 19:57 P:  22043955

Reason For Exam:    ,trauma 28,multiple gsw

---

## ***Final Report***

KUB

History: Gunshot wound

Reference:
No priors

Findings:

Streaky lucency seen over the right lower quadrant likely represent subcutaneous air. No evidence of free air on this supine film.
No significant radiographic abnormalities of the bowel gas pattern or visualized soft tissues. Punctate metallic foreign bodies seen
consistent with bullet fragments.

Impression:

1. Subcutaneous emphysema seen over the right lower quadrant.
2. Punctate opacities consistent with bullet fragments.

Staff addendum: No definite free air is identified, however this technique/projection is not sensitive for this purpose. A decubitus
view, CT, or upright view of the chest would be more helpful to discern the streaky lucency seen projecting over the right abdomen.
This could represent air within bowel gas, although this is uncertain.  Subcutaneous emphysema cannot be discerned on this
study.

I personally reviewed the study and the report above and concur.

Report Dictated by: Heather Gallmann Strittmatter MD, Resident
Electronically Signed by: Amy Lantis DeFatta MD

Date transcribed: 3/23/2007 20:28:26
Transcribed By: pow

620

# *Parkland Health & Hospital System*

Pt. Name: **LAMBDA, F**

Department of Radiology
UT Southwestern Radiologists

MRN:    **000004131790**
DOB:    1/1/1984

Patient Type:    Emergency
Patient Location:    ED EAST
Requesting Location: ER East
Ordering Physician:  John F. Marcucci MD      ICD-9:
Attending Physician:  Shahid Shafi MD
Admitting Physician:  Gary F. Purdue MD

Exam(s):
Hand, Left 2 Views ER           3/23/2007 19:57 P:  22043999
Wrist, Left 2 Views ER          3/23/2007 19:57 P:  22044014

Reason For Exam:    POSS FX

---

## ***Final Report***

Two views of the left wrist and 2 views of the left hand without prior images for comparison demonstrate multiple metallic fragments scattered throughout the hand and distal forearm. Comminuted fracture of the distal ulnar shaft contains a large, approximately 1 cm in maximal diameter, metallic fragments. The distal fracture fragment remains in near anatomic alignment. An ulnar styloid fractures also present, of uncertain age. Also noted is a nondisplaced comminuted fracture of the distal shaft of the first metacarpal. Extension into the articular capsule is not completely evaluated on this exam. However, extension appears likely based on these images. Dedicated imaging of the thumb is recommended for further evaluation of this fracture when clinically appropriate. Diffuse swelling of the soft tissues of the hand is identified. Otherwise, no other fractures are seen.

Impression:
Innumerable bullet fragments throughout the hand and distal forearm

Large bullet fragment lodged within the distal ulnar shaft results in a minimally displaced comminuted fracture

Nondisplaced fracture of the distal first metacarpal. Extension into the joint capsule is very likely though not completely evaluated on this exam

I personally reviewed the study and the report above and concur.


Report Dictated by: Ethan Oren Cohen MD, Resident
Electronically Signed by: Amy Lantis DeFatta MD

Date transcribed: 3/23/2007 23:18:29
Transcribed By: pow

620

# Parkland Health & Hospital System

Department of Radiology
UT Southwestern Radiologists

Pt. Name: **LAMBDA, F**
MRN:      **000004131790**
DOB:      1/1/1984

Patient Type:        Emergency
Patient Location:    ED EAST
Requesting Location: ER East
Ordering Physician:  Stacy L. Lee MD
Attending Physician: Fernando L. Benitez MD
Admitting Physician: Gary F. Purdue MD

ICD-9:

Exam(s):
Pelvis ER

3/23/2007 19:53 P: 22043951

Reason For Exam:    ,east trauma 28,multiple gsw

---

## ***Final Report***

AP Pelvis

Clinical indications:
Trauma

Technique:
AP supine view of the pelvis was obtained.

Findings:
No significant radiographic abnormalities are seen of the pelvic ring, visualized portions of the lower lumbar spine and proximal femurs, joint spaces and visualized soft tissues. Scattered punctate opacities consistent with bullet fragments.

Impression: No significant radiographic abnormalities of the pelvis seen.

I personally reviewed the study and the report above and concur.

Report Dictated by: Heather Gallmann Strittmatter MD, Resident
Electronically Signed by: Amy Lantis DeFatta MD

Date transcribed: 3/23/2007 20:30:26
Transcribed By: pow

620

## *Parkland Health & Hospital System*

Department of Radiology
UT Southwestern Radiologists

Pt. Name: **LAMBDA, F**

MRN:      **000004131790**
DOB:      1/1/1984

Patient Type:          Emergency
Patient Location:      ED EAST
Requesting Location: ER East
Ordering Physician:   John F. Marcucci MD
Attending Physician:  Shahid Shafi MD
Admitting Physician:  Gary F. Purdue MD

ICD-9:

Exam(s):
Knee, Right 2 Views ER

3/23/2007 19:57 P:  22044002

Reason For Exam:    POSS FX

---

### ***Final Report***

Exam: 2 views of the right knee obtained on 3/23/2007. There are no prior films available for comparison.

Findings: Calcific density is seen in the posterior medial aspect of the knee just superior to the medial femoral condyle. This may represent foreign body. Clinical correlation is recommended. No fractures or dislocations are seen. No joint effusions are identified.

Impression:
Foreign body in the posterior medial aspect of the knee as described above. Clinical correlation is recommended. No fractures or dislocations are identified.

Staff addendum: Irregular calcification is noted along the posterior medial aspect of the knee. This finding may represent sequela from prior trauma. No subcutaneous emphysema is identified to suggest that this represents an acute foreign body. The calcification is not associated with the femur. It does not appear vascular in origin. A CT could be of further benefit, as clinically warranted.

I personally reviewed the study and the report above and concur.

Report Dictated by: Brian Paul Giles MD, Resident
Electronically Signed by: Amy Lantis DeFatta MD

Date transcribed: 3/23/2007 23:31:31
Transcribed By: pow

620

# Parkland Health & Hospital System

Pt. Name: **LAMBDA, F**

Department of Radiology
UT Southwestern Radiologists

MRN:      **000004131790**
DOB:      1/1/1984

Patient Type:           Emergency
Patient Location:       ED EAST
Requesting Location:    ER East
Ordering Physician:     Shahid Shafi MD
Attending Physician:    Shahid Shafi MD
Admitting Physician:    Gary F. Purdue MD

ICD-9:

Exam(s):
Wrist, Right 2 Views ER                    3/23/2007 19:57 P: 22044016
Humerus, 2 Views, Right OR                 3/23/2007 19:57 P: 22043960
Forearm, Right ER                          3/23/2007 19:57 P: 22044017

Reason For Exam:    A-GRAM

---

## ***Final Report***

Two views of the right wrist, 2 views of the right forearm, and 2 views of the right humerus demonstrate innumerable small metallic fragments throughout the dorsal soft tissues of the forearm, deep soft tissues of the distal forearm, anterior and dorsal soft tissues of the upper arm, soft tissues within the axilla, and lateral soft tissues of the shoulder. Subcutaneous emphysema is associated with all these fragments. Many of these fragments likely estimated to down to bone. Comminuted fracture of the distal ulnar shaft with relatively maintained alignment of the largest distal fracture fragment. As well, metallic fragments intermixed with bone fragments are indicative of bullet track through the distal ulnar bone.

Impression:
Innumerable bullet fragments, as described above

Distal ulnar fracture, as noted above

I personally reviewed the study and the report above and concur.

Report Dictated by: Ethan Oren Cohen MD, Resident
Electronically Signed by: Amy Lantis DeFatta MD

Date transcribed: 3/23/2007 23:06:28
Transcribed By: pow

620

# *Parkland Health & Hospital System*

Pt. Name: **LAMBDA, F**

Department of Radiology
UT Southwestern Radiologists

MRN: **000004131790**
DOB: 1/1/1984

Patient Type: Emergency
Patient Location: ED EAST
Requesting Location: ER East
Ordering Physician: Stacy L. Lee MD
Attending Physician: Fernando L. Benitez MD
Admitting Physician: Gary F. Purdue MD

ICD-9:

Exam(s):
Chest, Single View ER

3/23/2007 19:53 P: 22043950

Reason For Exam:     ,east trauma 28,multiple gsw

---

## ***Final Report***

Single portable view of the chest

Findings:

Cardiomediastinal structures are unremarkable. The lungs are clear. No pneumothorax is seen. No acute fractures are seen. Multiple metallic bullet fragments seen over right chest wall tissues, left shoulder, and left lower lung.

Impression:

Multiple bullet fragments noted without  evidence of acute thoracic trauma.

I personally reviewed the study and the report above and concur.

Report Dictated by: Heather Gallmann Strittmatter MD, Resident
Electronically Signed by: Amy Lantis DeFatta MD

Date transcribed: 3/23/2007 20:24:23
Transcribed By: pow

620

# Parkland Health & Hospital System

Pt. Name: **LAMBDA, F**

Department of Radiology
UT Southwestern Radiologists

MRN:        **000004131790**
DOB:        1/1/1984

Patient Type:          Inpatient
Patient Location:      SICU-Room 200d
Requesting Location: 2N SICU D
Ordering Physician:    Daniel Joseph Hayes MD          ICD-9:
Attending Physician:   Shahid Shafi MD
Admitting Physician:   Gary F. Purdue MD

Exam(s):
Chest-1 View DX                          3/24/2007 18:34 P: 22044617

Reason For Exam:      ,eval chest tubes

---

### ***Final Report***

Portable film dated 3/24 at 2311 hours compared with film obtained about 5 hours prior. Bilateral chest tubes remain, no evidence of pneumothorax. Note is taken that the right paratracheal area area which appeared somewhat prominent on the previous film now appears quite normal. Actually, some of this abnormality related to patient positioning and rotation. No new infiltrate. Evidence of prior gunshot wound.

Impression: Allowing for technique, no significant change.

Electronically Signed by: George C. Curry MD

Date transcribed: 3/25/2007 09:20:20
Transcribed By: pow

---

1

2

3

4

5

6

7

8

9

10

11  STATE'S EXHIBIT NO. 32-A

12  PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD 800-631-6989
STATE'S EXHIBIT

1
2
3
4
5
6
7
8
9
10
11         STATE'S EXHIBIT NO. 33
12              PHOTOGRAPH
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE
EXHIBIT
33



1
2
3
4
5
6
7
8
9
10
11          STATE'S EXHIBIT NO.  34
12               PHOTOGRAPH
13
14
15
16
17
18
19
20
21
22
23
24
25



PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 35

12                         PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 36

12                         PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25

Belinda G. Baraka, Official Court Reporter
214-653-5803

POLICE LINE DO NOT CROSS
STATE'S EXHIBIT

1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 37

12              PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
3



42



1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 38

12                        PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





1

2

3

4

5

6

7

8

9

10

11            STATE'S EXHIBIT NO. 39

12                 PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11              STATE'S EXHIBIT NO. 40

12                   PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25

45



1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 41

12              PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25

Belinda G. Baraka, Official Court Reporter
214-653-5803



1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 42

12               PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*





1

2

3

4

5

6

7

8

9

10

11            STATE'S EXHIBIT NO. 43

12                PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 44

12                         PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S EXHIBIT NO. 45

PHOTOGRAPH

Belinda G. Baraka, Official Court Reporter
214-653-5803

REVISED 503-C31-6969

STATE'S
EXHIBIT
45

1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 46

12               PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





STATE'S EXHIBIT NO. 47

PHOTOGRAPH

1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 48

12                PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11              STATE'S EXHIBIT NO. 49

12                  PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*





1

2

3

4

5

6

7

8

9

10

11     STATE'S EXHIBIT NO. 50

12      PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
So

1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 51

12              PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S EXHIBIT NO. 52

PHOTOGRAPH

Belinda G. Baraka, Official Court Reporter
214-653-5803



STATE'S
EXHIBIT
5 2



1

2.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S EXHIBIT NO. 53

PHOTOGRAPH



STATE'S
EXHIBIT

53



1
2
3
4
5
6
7
8
9
10
11          STATE'S EXHIBIT NO. 54
12              PHOTOGRAPH
13
14
15
16
17
18
19
20
21
22
23
24
25



Flying Cross
DISTINGUISHED SERVICE
STATE'S EXHIBIT

1
2
3
4
5
6
7
8
9
10
11                    STATE'S EXHIBIT NO.  55
12                         PHOTOGRAPH
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT

_55_



1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 56

12                         PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*

STATE'S
EXHIBIT
56

The header says Case 3:12-cv-05112-N Document 31-6 Filed 04/17/15 Page 99 of 114 PageID 3065, and page number 61.



1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 57

12                PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE
EXHIBIT
57



1

2

3

4

5

6

7

8

9

10

11            STATE'S EXHIBIT NO. 58

12                    PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*



STATE'S
EXHIBIT
58

PENGAD 800-631-6989



1

2

3

4

5

6

7

8

9

10

11              STATE'S EXHIBIT NO. 59

12                   PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*

STATE'S
EXHIBIT
55

PENGAD 800-631-6989



1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 60

12                        PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25

Belinda G. Baraka, Official Court Reporter
214-653-5803



65

1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 61

12                         PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25

PENGAD 800-631-6989
STATE'S EXHIBIT

1

2

3

4

5

6

7

8

9

10

11                         STATE'S EXHIBIT NO. 62

12                             PHOTOGRAPH

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10             STATE'S EXHIBIT NO. 63

11                ASSAULT PISTOL

12              (NONREPRODUCIBLE)

13

14

15

16

17

18

19

20

21

22

23

24

25

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*

1

2

3

4

5

6

7

8

9

10          STATE'S EXHIBIT NO. 64

11             CARTRIDGE CASING

12              (NONREPRODUCIBLE)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                STATE'S EXHIBIT NO. 66

11                      BULLETS

12                  (NONREPRODUCIBLE)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   THE STATE of TEXAS   )

 2   COUNTY of DALLAS     )

 3

 4        I, BELINDA G. BARAKA, Official Court Reporter in

 5   and for the 194th Judicial District Court  of Dallas

 6   County, State of Texas, do hereby certify that the

 7   exhibits included herein constitute true and complete

 8   duplicates of the original exhibits, excluding physical

 9   evidence, offered into evidence during the proceedings

10   in the above-entitled and -numbered cause(s), as set out

11   herein.

12        I further certify that the total cost for the

13   preparation of this Reporter's Record is included in the

14   original volume.

15             WITNESS MY OFFICIAL HAND this the 25th day of

16   May              , A.D., 2009.

17

18                           BELINDA G. BARAKA, CSR #5028
19                           Official Court Reporter
                             194th Judicial District Court
20                           133 N. Industrial Blvd.
                             Dallas County,  Texas  75207
21

22

23

24

25   Certification Expires:  12-31-09
```

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*