

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S EXHIBIT NO. 159

PHOTOGRAPH

Belinda G. Baraka, Official Court Reporter
214-653-5803



1

2

3

4

5

6

7

8

9

10

11                STATE'S EXHIBIT NO. 160

12                   CURRICULUM VITAE

13

14

15

16

17

18

19

20

21

22

23

24

25

# A.P. MERILLAT
## State of Texas – Special Prosecution Unit

## CURRENT EMPLOYMENT
State of Texas, Special Prosecution Unit
340 Highway 75N., Suite A
Huntsville, Texas 77320

## CURRENT JOB DESCRIPTION: SENIOR CRIMINAL INVESTIGATOR
Responsibilities include:
* Investigation of felonies and major crimes involving the Texas Department of Criminal Justice
* Providing special investigative assistance to local district attorneys
* Expert witness testimony (fingerprints, deadly weapons, bloodstain pattern interpretation, gangs, prison violence, child sex crimes)
* Crime scene work
* Evidence control
* Drafting search warrants, court orders and subpoenas
* Grand jury and trial preparation
* Statewide Capital Murder prosecution assistance

## EDUCATION
Graduate - Brunswick High School, Brunswick, Georgia - 1973
Sam Houston State University, Huntsville, Texas, 2 years

## MILITARY SERVICE
United States Air Force, 1973-1974, Honorable Discharge
Texas Air National Guard, 1974-1979, Honorable Discharge

## CAREER-RELATED SPECIAL TRAINING – 1,829 training hours as of February 2006
Advanced Homicide Investigations
Serial Murder/Rape Investigation
Bloodstain Pattern Interpretation
Child Sex Crimes Investigation/Prosecution
Child Abuse Investigation
Gang Crime Investigation/Prosecution
Narcotics Investigations
Fingerprint Identification/Classification
   * Complete description of training is attached

## CERTIFICATES/LICENSES
- Graduate, Houston Police Academy, January 7, 1977
- Certified/licensed Texas Peace Officer, Texas Commission on Law Enforcement Officers Standards and Education
- Master Peace Officer certification



STATE'S
EXHIBIT
160

PENGAD 800-631-6989

## EMPLOYMENT HISTORY

**1977 - 1986**: Houston Police Department
Patrol Officer, Patrol Supervisor, Detective
**1986 - 1989**: Huntsville, Texas Police Department
Patrol Officer, Patrol Supervisor, Detective Sergeant
**1989 - present**: State of Texas Special Prosecution Unit
Senior Criminal Investigator

## ASSOCIATIONS

Texas District and County Attorneys Association
International Association for Identification
International Homicide Investigators Association
Homicide Investigators of Texas
Member, Editorial Board, Texas District and County Attorneys Association

## AWARDS/RECOGNITIONS

CHIEF OF POLICE LIFE-SAVING AWARD, HOUSTON, TEXAS 1984
CHIEF OF POLICE COMMENDATION, HUNTSVILLE, TEXAS 1989
NEW CENTURY WRITERS AWARD, 2000
OSCAR SHERRELL DISTINGUISHED SERVICE AWARD, TX DIST AND COUNTY ATTORNEYS ASSOC. 2001

## PUBLICATION CREDITS

*The Texas Prosecutor* - (Regular columnist) authored articles on all areas of criminal investigations, prison violence, capital murder, 1994 - 2003
*Houston Chronicle* - Authored feature article on violence in Texas prisons, 1994
Conroe, Texas *Courier* - Guest columnist, 1996 - 1997
Brunswick, Georgia *Brunswick News* – Guest columnist, 2005
*Texas Bar Journal* – Expert witness issue, feature article, Future dangerousness of Capital Defendants, September 2006
*Crime Scene Investigation* – Basic investigator's course curriculum for Texas A&M University Engineering Extension System, 2007

Authored books on death penalty case preparation and criminal investigations:
*Future Danger?The Final Word in Capital Murder Prosecutions*, **1ˢᵗ Edition**, 1996, **2ⁿᵈ Edition**, 2001, **3ʳᵈ Edition** 2004, Texas District and County Attorneys Association

*Investigator's Desk Reference*, **1ˢᵗ Edition**, 2000, **2ⁿᵈ Edition**, 2003, **3ʳᵈ Edition**, 2006, Texas District and County Attorneys Association

## LECTURES/SEMINARS

- Lecturer - Capital Murder Investigation, Police and the Media – Sam Houston State University, 1994
- Lecturer - Violence in the Texas Prison System, Texas District and County Attorneys Association seminar, Huntsville, Texas, 1999
- Lecturer - Homicide Investigations, Forensics, Sam Houston State University, 2000
- Lecturer - Capital case punishment phase preparation, TDCAA conference, So. Padre Island, Tx, 2002
- Lecturer - Homicide Investigations, Graduate class, Sam Houston State University, 2002
- Lecturer - Capital Murder case preparation, TDCAA Annual Investigators School, Arlington, Texas, 2003
- Lecturer – Punishment evidence preparations, TDCAA Trial Skills Seminar, Austin, Tx, 2003

- Lecturer – Tx Prison and the Issue of Future Danger, TDCAA Capital Murder Seminar, Kerrville, Tx 2006
- Lecturer – Texas Prison Gangs, TDCAA Investigators School, San Antonio, Tx 2007
- Guest appearance – *City Under Siege,* Fox Television - Prison Violence, 1998
- Guest appearance – *I-Team Investigates,* KENS-TV, – Prison Violence, 2005
- Appearance – *CBS Sunday Morning.* Capital Murder & Future Dangerousness, 2006
- Consultant to local Texas police departments/District Attorneys offices in major assault, homicide and child sex crimes
- Adjunct Instructor, Texas A&M University Engineering Extension Service (TEEX)

## TRIAL TESTIMONY
- Testified as expert in over 100 jury and bench trials, 1989 - 2007
- Qualified as expert in fingerprint comparison in district courts throughout Texas and in the state of Florida, 1989 to present
- Qualified as expert in bloodstain pattern interpretation in district court in Walker County
- Qualified as expert in child sex crimes in district courts in Harris, Walker, Houston, and Dawson counties (Texas)
- Qualified as expert in deadly weapons in district courts throughout Texas
- Qualified as expert in prison violence in district courts in Harris, Dallas, Polk, Walker, Grimes, Madison, Jefferson, Montgomery, Collin, Navarro, Midland, Cameron, Cherokee, Anderson, Gregg, Houston, Denton, Potter, Travis, Bell and Bexar counties

## CAREER-RELATED TRAINING
Houston Police Academy 1976-1977 Houston, Tx

Houston Police In-service 1977 (Crime scene invest., child abuse, death invest.)
Houston, Tx

Houston Police Dept.  1978      (Child sex crimes, fingerprints, assault invest.)
Houston, Tx

Houston Police Dept.  1983 (Homicide invest., evidence collection/preserv.)
Houston, Tx

Houston Police Dept.  1984 (Child abuse/sex crime invest., narcotics, death invest.)
Houston, Tx

Sam Houston State Univ. 1987 (Investigations)
Huntsville, Tx

Huntsville Police Dept. 1987 (Traffic enforcement)
Huntsville, Tx

Sam Houston State Univ. 1988 (Serial murder/rape invest.)
Huntsville, Tx

College Station Police Dept. 1988 (Fingerprints)
College Station, Tx

Sam Houston State Univ. 1988 (Narc. interdiction)
Huntsville, Tx

Hocking Technical College 1989 (Homicide invest., fingerprints, crime scene)
Columbus, Ohio

Texas Homicide Symposium 1989  (Homicide, terrorism, gangs, arson, bloodstains)
Richardson, Tx

Texas Homicide Symposium 1990 (Homicide, rape, child sex exploitation, gangs)
Richardson, Tx

Nat'l Law Enforcement Institute 1989 (Gangs)
Dallas, Tx

U.S. Dept. Of Justice 1990 (Adv. homicide invest., fingerprints, bloodstains)
Kansas City, Mo

Nat'l Law Enforcement Institute 1991 (Bloodstain interpretation)
Rohnert Pk, Ca

Nat'l Law Enforcement Institute 1992 (Gangs, homicide)
Dallas, Tx

Tx Dist & Co Att'y Assoc. 1990 (Investigations)
Austin, Tx

Tx Dist & Co Att'y Assoc. 1991 (Investigations)
Austin, Tx

Tx Dist & Co Att'y Assoc. 1993 (Investigations)
Austin, Tx

Tx Dist & Co Att'y Assoc. 1994 (Investigations)
Austin, Tx

Tx Dist & Co Att'y Assoc. 1995 (Investigations)
Austin, Tx

Tx Dist & Co Att'y Assoc. 1996 (Investigations)
Austin, Tx

Tx Dist & Co Att'y Assoc. 1997 (Investigations)
Austin, Tx

Tx Dist & Co Att'y Assoc. 1999 (Investigations)
Odessa, Tx

Tx Dist & Co Att'y Assoc. 1989 (Crim. Law update)
El Paso, Tx

Tx Dist & Co Att'y Assoc. 1990 (Crim. Law update)
So. Padre Island, Tx

Tx Dist & Co Att'y Assoc. 1991 (Crim. Law update)
Corpus Christi, Tx

Tx Dist & Co Att'y Assoc. 1992 (Crim. Law update)
Galveston, Tx

Tx Dist & Co Att'y Assoc. 1993 (Crim. Law update)
So. Padre Island, Tx

Tx Dist & Co Att'y Assoc. 1994 (Crim. Law update)
Fort Worth, Tx

Tx Dist & Co Att'y Assoc. 1996 (Crim. Law update)
Corpus Christi, Tx

Tx Dist & Co Att'y Assoc. 1997 (Crim. Law update)
Arlington, Tx

Tx Dist & Co Att'y Assoc. 1998 (Crim. Law update)
So. Padre Island, Tx

Tx Dist & Co Att'y Assoc. 1999 (Crim. Law update)
Corpus Christi, Tx

Tx Homicide Symposium 1992 (Homicide, disaster invest., sex crimes)
Richardson, Tx

Tx Homicide Symposium 1993 (Homicide, bloodstains, gangs)
Richardson, Tx

Tx Homicide Symosium  1995 (Homicide, serial crimes, arson)
Richardson, Tx

Tx Homicide Symposium 1996 (Homicide, ritualistic crimes, gangs)
Richardson, Tx

Tx Homicide Symposium 1997 (Homicide)
Richardson, Tx

Tx Homicide Symposium 1998 (Homicide, gangs, bloodstains)
Richardson, Tx

Tx Homicide Symposium 1999 (Homicide, child injury/death, bombs/explosives)
Richardson, Tx

Tx Homicide Symposium 2001 (Homicide, equivocal deaths, bloodstain interpretation)
Richardson, Tx

Tx Dist & Co Attorneys Assoc 2000 (Investigations)
San Antonio, Tx

Tx Dist & Co Attorneys Assoc 2001 (Investigations)
Kerrville, Tx

Tx Dist & Co Attorneys Assoc 2002 (Investigations)
Corpus Christi, Tx

Tx Homicide Symposium 2002 (Homicide, capital murder)
Richardson, Tx

Criminal Investigators seminar, TDCAA, 2002 (confessions, capital murder, Internet
investigations, computer crimes) So. Padre Island, Tx

Tx Dist & Co Attorneys Assoc 2003 (Investigations)
Arlington, Tx

Tx Dist & Co Attorneys Assoc 2003 (Investigations)
Corpus Christi, Tx

Tx Dist & Co Attorneys Assoc 2004 (Investigations)
Austin, Tx

Tx Dist & Co Attorneys Assoc 2005 (Investigations)
San Antonio, Tx

Tx Dist & Co Attorneys Assoc 2006 (White collar crimes, identity theft, computer crimes,
Internet crimes & investigations) Arlington, Tx

Tx Dist & Co Attorneys Association 2006 (Mandated TCLEOSE training) So. Padre Island,
Tx

Tx Dist & Co Attorneys Association 2007 (Investigations, Crisis Intervention) San Antonio,
Tx

## HP LaserJet *3050*

# Fax Call Report



DALLAS DA OFFICE

Jan-25-2008  12:54PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 2368 | 1/25/2008 | 12:52:56PM | Receive | | 1:19 | 7 | OK |

01/25/2008  12:47                     SPECIAL PROSECUTIONU              PAGE  01/07



SPECIAL PROSECUTION UNIT
340 Hwy 75N. Suite A
Huntsville, Texas  77320
(936) 291-2355
Fax (936) 291-0845

0

### FAX COVER SHEET

DATE: _____ 1/25/08 _____

TO: _____ Julia Whittier _____

FAX #: _____

FROM: _____ AP Merillat _____

Number of Pages Transmitted, Including This Cover: _ 7 _

COMMENTS: _Julia — I need to update my_
_handout re: Suggested questions for direct examination._
_I'll send that along soon_
                                    AP

#### CONFIDENTIALITY STATEMENT
The information contained in this facsimile message is Privileged and Confidential information only for the
use of the individual or entity named below. If you are not the intended recipient, or the employee or agent
responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure,
dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this
transmission in error, please immediately notify this office for directions as to the disposition of this
information.

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10              STATE'S EXHIBIT NO. 161
11                     HANDGUN
12                 (NONREPRODUCIBLE)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1

2

3

4

5

6

7

8

9

10                    STATE'S EXHIBIT NO. 168

11                              CD

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Belinda G. Baraka, Official Court Reporter*
*214-653-5803*



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11                    STATE'S EXHIBIT NO. 169
12                            CD
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Belinda G. Baraka, Official Court Reporter
214-653-5803



1

2

3

4

5

6

7

8

9

10

11            STATE'S EXHIBIT NO. 174

12                 TRANSCRIPT

13

14

15

16

17

18

19

20

21

22

23

24

25

Belinda G. Baraka, Official Court Reporter
214-653-5803

STATE'S
EXHIBIT
*174*

NO.:  F07-50318

| STATE OF TEXAS | § | IN THE 194TH JUDICIAL |
| | | |
| VS. | § | DISTRICT COURT OF |
| | | |
| WESLEY LYNN RUIZ | § | DALLAS COUNTY, TEXAS |

## DISCOVERY

During the punishment phase the State intends to offer the following statements made by the defendant:

1.  06/07/08.  "Were they nice to you when you went back to your cell? They don't want nothing."  2:13

2.  06/03/08.  "You know...what I don't really feel bad I was a ho ass nigga anyway."  7:27

    "I ain't letting this shit get to me but I'm telling you what's gonna happen.  It don't faze me a bit."  8:39

3.  ~~05/15/08.~~  *5-16-08*  "Hey, man.  Do you know Manny Fresh?"  "Yea, I know that ho ass bitch."  "Did you rob that fool?"  "Hell yeah I did."  6:51

4.  05/30/08.  "Did it look bad on the news when I was chucking up the deuce?"  4:01

    "Other than them catching me throwing up the deuce to y'all, I guess it's going all right."  5:46

5.  05/06/08.  "You know what it has in the newspaper today?  Them laws that I got into it with, they going to Washington D.C. on May 12 to get awarded for heroism...trying to kill me.  They should be charged with Attempted Murder...knowing they a bunch of dick suckers."  7:29

6.  05/08/08.  "You ain't knocking Erica out...you ever knocked her out?"  "Yeah."  ~~12:19~~ *12:14*

7.  06/06/08.  "What they say on the news...fuck them and their sentencing phase."  3:50

    "That's, that ho ass Judge."  10:54

8.  05/07/08.  "They gonna transfer me to Washington so I can get my award."  1:07

"The cops are gonna go to Washington and get honored as hero's on the 12th of this month.  The cops are gonna look like heroes at my trial for trying to kill me." 11:57

9.     06/05/08.  "Fuck them people…fuck them people.  That jury's full of shit.  Fuck them too." 8:38

*4*     "Yea, I'm gonna get on the stand.  I'm a tell em I ain't here to beg for my life…I don't want to live in this bitch ass world if I can't defend myself…I ain't begging for my life." 8:48

"I don't give a fuck, both of them about the same… bitch, you think I wanna spend rest of my life in prison without parole?  Fuck that." 11:31.

*Kevin M. Brooks*
Kevin M. Brooks
Assistant District Attorney
Dallas County, Texas
Bar Card No.: 03070735

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was (personally served), (mailed), (faxed) to **Paul Brauchle** the Defendant's attorney of record at the following address/fax number: **214-739-3234** on **June 27** , 2008.

*Kevin M. Brooks*
Kevin M. Brooks
Assistant District Attorney



1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 175

12       MURDERERS/CAPITAL MURDERERS

13

14

15

16

17

18

19

20

21

22

23

24

25

Belinda G. Baraka, Official Court Reporter
214-653-5803

# TEXAS SPECIAL PROSECUTION UNIT

## MURDER AND CAPITAL MURDER DEFENDANTS AND NEW CHARGES AFTER FREEWORLD CONVICTIONS

### A.P. Merillat, Senior Criminal Investigator, S.P.U.

**\*Bold indicates capital murderer serving life**
- These defendants are from Huntsville office files, **not inclusive** of satellite offices

| Prison inmates with freeworld murder convictons | New charges after arriving at prison |
|---|---|
| 1 Troy Lee Alexander 1153783 – | PWPI (x2) |
| 2 **Rogelio Cannady 586218 –** | Cap Murder |
| 3 Arnulfo Cortez 313102 – | Murder |
| 4 **Freddie Deleon 372514 –** | Murder |
| 5 **Arthur Medina 393575 –** | PWPI |
| 6 **Noe Beltran 463341 –** | Cap Murder |
| 7 **Robert Pruett –** | Cap Murder |
| 8 Noe Flores 316539 – | Murder |
| 9 Raul Garcia 409318 – | Att Cap Murder |
| 10 Ezekiel Hall 350192 – | Cap Murder |
| 11 Joseph Lopez 523075 – | Murder |
| 12 Byron Maddox 267302 – | Murder |
| 13 Marvin Richardson 583943 – | Murder |
| 14 Lorenza Hodges 600727 – | Murder |
| 15 Elliott Watson 633249 – | Murder |
| 16 Oscar Campos 638233 – | Murder |
| 17 **Ricky Meadows 349068 –** | **Murder** |
| 18 **John Quinones 319790 –** | **Att Murder & Murder** |
| 19 Arturo Ramos 339001 – | Att Murder & Arson |
| 20 Randolph Tate 369083 – | Murder |
| 21 **Harvey Villarreal 351769 –** | **Murder** |
| 22 ***David Gibbs 000825 –** | Murder       *on death row |
| 23 Keith Thomas 542090 – | Murder |
| 24 **David Huffman 341983 –** | **Murder** |
| 25 **James Black 547521 –** | **Murder** |
| 26 ***Jermarr Arnold –** | Murder        *on death row |
| 27 Reynaldo Tijerina 731815 – | Murder |
| 28 Eric Acosta 735827 – | Murder |
| 29 **Alfred Shuette 590789 –** | **Murder** |
| 30 **William Speer 668485 –** | Cap Murder |
| 31 Jesse Barnes 715723 – | Cap Murder |
| 32 Shane Jaggars – | Cap Murder |
| 33 Clark (Frazier Homicide) – | Murder |
| 34 Terry McFarland 400076 – | Murder |
| 35 Luis Ramirez 713151 – | Murder |
| 36 **Carey Money 764705 –** | Cap Murder |

STATE'S EXHIBIT
175
PENGAD 800-631-6989

| | |
|---|---|
| 37 Greeley (Pratt homicide) – | Murder |
| 38 Chaney (Pratt homicide) – | Murder |
| 39 James Porter 712863 – | Cap Murder   (Bowie Co. D.A. tried case) |
| 40 Ennis Coleman 766078 – | Cap Murder |
| 41 Angel Zuniga 776961 – | Murder |
| 42 Chris Hubbard – | Murder |
| 43 Michael Rodriguez 698074 – | **Cap Murder** |
| 44 Edward Payne 633468 – | **Escape** |
| 45 Efren Ibanez 647132 – | Escape (x2) |
| 46 Justin Cruz 230808 – | Att Escape |
| 47 Eddie Robison 282402 – | **PCSPI** |
| 48 Arnold Johnson 855702 – | Assault CO & Att Escape |
| 49 Reynaldo Perez d.o.o. 7-1-99 – | **Agg Assault CO** |
| 50 John Roland 675440 – | **Escape** |
| 51 Harold Laird 659512 – | **Escape** |
| 52 Abdelkrim Bellachheb – | Agg Assault & PWPI |
| 53 Shannon Johnson      – | Escape |
| 54 *Willie Poindexter 999111 – | Escape      *death row |
| 55 *Cedric Ransom 999050 – | Escape         *death row |
| 56 *Domingo Cantu 000924 – | Agg Assault/ CO      *death row |
| 57 *Jose Briseno 999043 – | PCSPI         *death row |
| 58 *Brian Davis 999036 – | PCSPI      *death row |
| 59 *Carlos Granados 999307 – | Agg Assault w/DW   *death row |
| 60 *Michael Gonzales 999174 – | Att Cap Murder      *death row |
| 61 *Joseph Nichols 00709 – | PWPI   *death row |
| 62 Robert Campbell | **Murder** |
| 63 Dalton Collins      – | Attempted Cap Murder |
| 64 Daniel Bean      – | **Murder** |
| 65 Ruben Plata 326608 – | **Attempted Murder** |
| 66 Victor Cantu      – | **Chunking** |
| 67 William Evans (CM, +3 detn's for murder)    – | AACO |
| 68 Roger Matthews #90561 (CM)   - | AADW |
| 69 Jose Alonzo #620636 (CM)   - | Murder |
| 70 Jimmy Mead (CM) | Agg Assault |
| 71 Jose Escareno (CM) - | Escape |
| 72 Chase Severs (CM)  - | Escape |
| 73 Clifford Jones (CM) - | Escape, Agg Assault PS w/DW |
| 74 Howard Guidry (CM) - | Agg Kidnap |
| 75 Ponchai Wilkerson (CM)   - *D.R. | Escape, Agg Kidnap |
| 76 Terence Crosby  - | Escape |
| 77 Jimmy Keith  - | Escape |
| 78 Carl Dean James | Escape |
| 79 Timothy Franklin #662089 - | **PCSPI** |
| 80 Trinidad Orozco #494451 - | **PWPI** |
| 81 Patrick Pearson #330468 - | **Chunking** |
| 82 Demarcus Wright  - | **EOCA** |
| 83 James Livingston (x-DR, now Cap Life) | AADW |
| 84 Rodney Davis #379788 | AACO W/DW |

Murder and capital murder defendants with new S.P.U. charges, cases disposed in **2006, part of 2005**:

85 **Sammy Butler #851700** -  APS
86 **Elzie Moore #**        -  **PSCF**
87 Earl Ogle #419408       -  PWPI
88 Rodney Brown #713876    -  PCSPI & Assault CO, EOCA
89 Victoriano Martinez #813414 -  AADA
90 Steve Ausmus #601257    -  PWPI
91 Bell #393555            -  PSCF
92 **Ronnie Bland #793115** –  **Sexual Assault**
93 Broner #899657          -  PSCF
94 **Harry Christian #221503** -  **PWPI**
95 **Kenneth Clem #547316** -  **PWPI**
96 Kevin Curry #624265     -  PCSPI
97 **Steven Curry #698778** -  **PWPI**
98 Enrique DeLaru #494409  -  Sexual Assault
99 Dion Dennis # 1070565   -  PWPI
100 Ambrose DeSouze #879754 -  Agg Assault
101 James Donoho II #640551 -  Agg Assault
102 **Bile Farah #926838**  -  **AADW**
103 Iva Gable #763423       -  AADW
104 **Lyon Garcia #831468**  -  **Chunking**
105 James Gilly #1096220    -  Sexual Assault
106 Emigidio Gonzales #747347 -  PWPI
107 Steven Garcia #585706   -  APS
108 Harry Green #1012810    -  Sexual Assault
109 Howard Haerd #797700    -  PWPI
110 **Evodio Herebia #774853** -  **AADW**
111 Aaron Hernandez #486583 -  Bribery
112 Reginald Hicks #660170  -  Sexual Assault
113 Kirk Hogue #872556      -  PSCF
114 Salvador Jimenez #870962 -  Retaliation
115 Castorian Kirby #474478 -  Sexual Assault, PWPI, AACO
116 **Luis Lagaite #762508**  -  **Sexual Assault**
117 Raymond Lincoln #663213 -  Sexual Assault
118 **Roberto Lopez #1131382** -  **PWPI, ADW**
119 Billly Lyon #750528     -  PSCF
120 Kevin McCardell #851971 -  Chunking
121 **Pablo Melendez (d.r.)** -  **AAPS**
122 **Cameron Miller #844433** -  **PWPI, PCSPI**
123 Hector Morales #564941  -  Agg Assault
124 Manuel Ortiz Jr. #648056 -  PSCF
125 Brian Parker #538338    -  Agg Assault
126 Mario Ramirez #706708   -  PSCF
127 John Reconnu #1091477   -  PWPI
128 Theran Reese #636190    -  PSCF
129 Todd Robertson #741559  -  ACO
130 Jose Romero #647001     -  PWPI, AADW
131 **Anibal Rousseau (d.r.)** -  **PCSPI**

132 **Felix Salazar #603711** -                    **Sexual Assault**
153 **Jorge Salinas (d.r.)** -                      AAPS
154 **Jeremy Schmidt #1052743** -                   **AADW**
155 **Terrence Shead #1274940** -                   **Sexual Assault**
156 **Jason Smith #690724** -                       **Sexual Assault**
137 Johnny Ray Smith #1110496 -                     Agg Assault
138 **Lamene Smith #1009983** -                     **AADW, PWPI**
135 Tommy Stewart #332499 -                         APS
140 Michael Torres #754403 -                        PSCF
141 Armando Valdez #560249 -                        PSCF, PWPI (x2)
142 James Victorian #597535 -                       PCSPI
143 Louis Waters #1081039 -                         PSCF
144 Darin Wilkerson #794698 -                       PWPI
145 Jose Zamora #583205 -                           PSCF (x2)
146 Eddie Cabello #441345 -                         PWPI
147 **Raymond Fowler #728824** -                    **Poss C P**

Murder and capital murder defendants with new S.P.U. charges, cases disposed in **2005, part of 2004:**

148 **Charles Hughes #753833** –                    **Sexual Assault**
149 Artemio Torres #1048856 -                       Proh Item CF/cell phone
150 Kevin Bell #829597 –                            PSCF
151 Tomas Trevino III #511872 -                     PSCF
152 Bobby Fair #892583 -                            PSCF
153 Larry Casey #240043 -                           Sol Capital Murder
154 Cornell Rice #628195 -                          Sexual Assault
155 Juan Segura #840924 -                           Agg Assault
156 Wyse McMullen #1000810 -                         **Escape, PWPI**
157 Kenneth Maggard #536922 -                       PWPI, Assault
158 Paul Marks #311627 -                            Agg Assault SBI
159 Byron Mayfield #297319 -                         Sexual Assault
160 Louis Medieros #619281 -                         PWPI
161 Roger Midence #665849 -                          ACO, APS
162 Mark Miner #938685 -                             Agg Assault SBI
163 Stephen Hatcher #274662 -                        APS
164 Tommy Cramer #624941 -                           PSCF
165 **Charles Duncan #651202** -                     **Sexual Assault**
166 Shawn Barclay #899733 -                          PWPI, PSCF
167 Marlon Hodge #1146450 -                          Sexual Assault, APS
168 Melouise Johnson (F) #553070 -                   AADW
169 James Lawson #309912 -                           Sexual Assault
170 Juan Hernandez #683721 -                         APS
171 Danny Villarreal #620103 -                       APS

Murder and capital murder defendants with new S.P.U. charges, cases disposed in **2003:**

172 Brodney Chase #722037 -                                                          PWPI
173 Timiron Chunn #921101 -          (CM, lesser incl of M)                          PWPI
174 Kenneth Bell #539021 -           (CM p/g lsr incl of M)                          Agg Assault
175 James Black #547421 -                                                            Kidnapping

| | |
|---|---|
| 176 Clinton Brooks #687760 - | Chunking |
| 177 Rodney Brown #713876 - | PCSPI |
| 178 Ernest Calton #644283 - | Sexual Assault |
| 179 Enrique DeLara #494409 - | Sexual Assault |
| 180 Ervin Dickey #747461 - | Chunking |
| 181 Nigel Edwards #879863 - | AAPS (x2) |
| 182 Patrick Greenleaf #679426 - | Agg Assault & Sexual Assault |
| 183 **Amador Piña #870462 -** | **Agg Assault W/DW, PWPI** |
| 184 Michael Thompson #419581 - | Agg Assault Public Srvnt |
| 185 Ricky Newman #521372 - | Agg Assault W/DW |
| 186 Hector Soliz #512756 - | PSCF |
| 187 Brian Smith #628984 - | PWPI |
| 188 Richard Smith #723761 - | Chunking |
| 189 **Augustin Salazar #699646 -** | **Cap Murder** |
| 190 **Daniel DelGado #637650 -** | **Cap Murder (Co-D w/ Salazar)** |
| 191 David Segura #623052 - | APS (x4) |
| 192 Willie Shaw #1008722 - | Agg Assault |
| 193 **Terrance Rembert #1021837 -** | **PWPI** |
| 194 Wilbert Hamilton #562447 - | Agg Assault |
| 195 **Anthony Torres #1013326 -** | **<u>Escape</u>** |
| 196 Michael West #585320 - | APS |
| 197 Jose Medrano #752099 - | PWPI |
| 198 **Roy Harris #630898 -** | **Assault CO & EOCA** |
| 199 **Roy Harris #630898 -** | **PWPI** |
| 200 **Jason Lafnette #864949 -** | **Assault CO & EOCA** |
| 201 Kenneth Key #813870 - | Assault CO & EOCA |
| 202 Bobby Ramsey #725909 - | Assault CO & EOCA |
| 203 **Carlos Vaughn #822548 -** | **Assault CO & EOCA** |
| 204 Glenderrick Taylor #903336 - | Sexual Assault |
| 205 Simon Rodriguez #614789 - | Sexual Assault |
| 206 Larry Turner #421080 - | Sexual Assault |
| 207 Matian Perkins #741315 - | Agg Assault  & Agg Assault w/DW |
| 208 Anthony Mendez #1042298 - | PWPI |
| 209 Eric Ramos #751528 - | AADW |
| 210 Joe Moreno #831586 - | PSCF |
| 211 Sammy Leos #410726 - | APS |
| 212 **Abel Lopez, Jr. #771089 -** | **Agg Assault w/DW** |
| 213 John Mendez #1042298 (p/g from Cap Murder) | PWPI |
| 214 Dale Jordan #234319 - | Agg Assault |
| 215 **John C. Hernandez #849664 -** | **PCSPI** |
| 216 Mike Grey #867264 - | ACO |
| 217 Ronnie Dee Hall #660797 - | AACO |
| 218 Danny Haney #774806 (3 murder convictions) - | Agg Assault |
| 219 Michael Garcia #736651 - | PWPI |
| 220 Michael Ford #557415 (Cap Murder, p/g to 75) - | Escape |
| 221 Steven Carlos #386795 - | AADW |
| 222 William Clark #385978 - | PCSPI |
| 223 Jesse Calloway #596563 - | Escape |
| 224 Felix Arana # - | Assault CO |
| 225 Billy Blystone #705781 - | Escape |

*Notes:*

*Where "\*death row" is indicated, the new crime happened while defendant was on death row. (**Partial** list of death row cases)*

*Bold indicates Capital Murder convictions*

Grand Jury – Madison County August 2006

Cases presented with Murderers as new defendants:

Thomas Bland (S.P.U. dropped, due to no field test) --  PSCF (Marijuana)
Sergei Daigre  -- Assault on Public Servant (Jumped on and beat female Lt.)
Michael Peek (shot his mother in the face, Hunt County) – PSCF (2 joints in shoe)
Jose Bouvier – PWPI (2-7" long shanks and 1-3" dart) **In Ad Seg cell**

1
2
3
4
5
6
7
8
9
10
11
12            STATE'S EXHIBIT NO. 176
13                   LETTERS
14
15
16
17
18
19
20
21
22
23
24
25



USA 41



Jessica Cantu

Jessica Cantu
2516 Pepper Wood
Farmers Branch, Tx 75234

Wesley Ruiz #01022486
Tank 3H5C13
500 Commerce
Dallas, TX 75202



STATE'S
EXHIBIT
176

PENGAD 800-631-6989

01294

JESSICA, (My Angel)                    5-10-07

Whats up wit it My baby girl? Not Much here just chillen up in My single cell. Baby these ~~PEOPLE~~ got a Nigga on lock down 4/real ALSO WHAT TOOK YA So LONG to write? I almost LOST HOPE Baby girl? But THEN all OF A sudden boom. MY girl SENT ME A LETTER. AND damn it girl you put a SMILE ON MY FACE. FROM EAR TO EAR. I SEE MY BABY girl got MY TURTLE. THAT THAT is CLEAN TOO? AlREADY BABY girl? What do you ~~##~~ MEAN do I really love you. Baby girl I DONT JUST GET DOWN AND PUT TRUST AND HELP OUT ANY ONE. I DID ALL OF THIS FOR YOU AND I AlREAdY KNOW THAT YOUR DOWN FOR ME girl. SHIT I REMEMBER THAT DAY THAT you CAME AND PICKED ME UP WHENEVER I NEEDED you TOO. YOU DID A lOT OF FAVORS FOR ME TOO BABY. I AM SlAD THAT I COULD HELP YOU OUT TOO I TOLD YOU I WAS REAL TOO BUT YOU always THOUGHT I WAS FAKE TOO? BUT hopefuly

01295

I GOT YOUR TRUST ONE WAY
OR ANOTHER SO ARE MY LITTLE
GIRLS DOING AIRIGHT I HOPE SO.
AND MY MOTHER IN LAW? IS
YOUR BRO DOING AIRIGHT? WHAT
ABOUT MY BROTHER ROMEO? DAMN
IT GIRL WORDS CANT EXPLAIN HOW
MUCH I MISS YOU. AND THAT AINT
NO GAME EITHER. THATS REAL TALK
AND I DO PRAY EVERY NITE. THANK
YOU FOR CARING ABOUT ME GIRL.
I NEED IT. THESE ~~PEOPLE~~ IN HERE
TRYINS TO GIVE A NISSA THE DEATH
PENALTY. FOR REAL BABY GIRL. THEY
GOT ME ALL SESED UP. NO T.V.
SHIT I BARLEY GOT MAIL YESTURDAY.
I CANT EVEN CALL NO ONE BESIDES
MY MOM + POPS AND THEY DAIL THE
NUMBER. LIKE I AM SOME LITTLE
KID. I AINT GOING TO BREAK. I AINT
NO HOE. NEVER WILL BE. I AM
100% REAL. AND GOING TO STAY
THAT WAY. 41 LIFE. (What you think
baby you think these ~~people~~ PEOPLE
going to kill me or what? ~~████████████~~
Shit I still walk around
WITH MY HEAD UP HIGH AND
MY CHEST OUT.) FOR REAL BABY

01236

GIRL ALL I HAVE IS MY PRIDE
AND THEY CANT HAVE THAT
SHIT I AM A SOILDER GIRL ~~XXXX~~
~~XXXXXXXXXXXXXXXXXXXXXXXXXXX~~
~~XXXXXX~~ I DONT KNOW WHY I
AM STILL HERE I AM STILL PULLING
LEAD OUT OF MY BACK AND ARMS
I BARELY GOT MY CAST'S OFF
OF MONDAY BOTH OF MY ARMS
WERE BROKEN. THEY TRIED TO KILL
ME MY NIGGA. SORRY I MEAN BABY.
EVERYDAY THESE ~~XXXXX~~ GUARDS
TALK THEY SHIT TO ME. I DONT
SWEAT IT THOUGH. SHOULD I DIE
MY NIG FUCK IT AT LEAST I KNOW
I DIDNT GO OUT LIKE NO HOE. I
MISS MY FAMILY. MY POP'S AND
KIDS AND MY BROTHERS, MOM AND
YOU KNOW. THEY All BEHIND ME.
I AM SORRY FOR All THE PAIN I
PUT THEM THROUGH THAT DAY
WAS CRAZY MY NIGGA. I DONT REALLY
KNOW WHAT HAPPENED. I KNOW JOEY
IS A HOE AND IF I SEE THAT NIGGA
I WILL SMASH HIS BITCH ASS. THAT
NIGGA IS ONE HATIN ASS FAKE ASS
BROKE ASS NIGGA 4/SURE. BUT I AINT
TRIPPIN I TRIED TO HELP A FRIEND
OUT. I GUESS THATS WHAT I GET. 0

WELL YA LIVE AND LEARN. I AM JUST CHILLIN LOST IN THAT WORLD. I GUESS I NEED TO STOP BECAUSE THERE AINT MUCH I CAN DO ABOUT IT. BUT I TELL YA ONE THING THAT NIGGA AINT NO LIL SLO. THAT NAME HAS BEEN TAKEN FROM HIM BY ME. AND THAT IS FOR SURE. REAL ~~DS~~ RECONIZE REAL AINT THAT RIGHT BABY GIRL. I MISS YOU MOMMA'S DO YOU MISS ME TOO! ALSO YEAH I NEED SOME MONEY ON MY BOOKS IF YA DONT MIND. I AM SITTING HERE LOOKIN AT YOUR SEXY ASS LEGS. TRYING TO LOOK UP YOUR SHORTS AND SEE THAT PUSSY AND ASS AND I CAN SEE THOSE NAILS. I PICTURE THAT HAND AROUND MY DICK. I MISS YOU JESSICA. YOU BE THINKIN ABOUT ME GIRL? DONT BE LIEIN. I MISS YOU TALKIN SHIT TO ME. AND KISSINS ON ME TOO. WHAT PEOPLE BE SAYING ABOUT ME? DAMN I WANT TO FUCK YOU. YOU GOTA NIGGA ALL WORKED UP. HEY YOU STILL GOT MY PICTURE? WHEN DOES MY BOY ROMEO GET OUT? TELL HIM I LOVE THAT NIGGA. STAY OUT THIS BITCH. I NEED HIM OUT THERE

0126

4 REAL. SO WHAT CHA DOING
AT WORK. I AM GLAD THAT YOU
HAVE A JOB. I AM BEHIND YOU
100%. KEEP YA HEAD UP GIRL YOU
A REAL WOMAN. I LIKE TO THINK I
HELPED MAKE YOU THAT WAY 😊 I
DONT KNOW WHAT THEY GONNA
DO WITH ME, BUT I WILL BE
RIDING ~~████████~~ UNTIL
I DO. DONT FORGET ABOUT ME
GIRL. I ALWAYS LOVE YOU. NOW
THAT I HAVE YOUR ADDRESS I
WILL WRITE YOU ALL THE TIME.
HEY, WHATS UP WIT MY NIGGA LIL
CHRIS. WHERE'S HE AT. STILL IN
HERE OR WHAT. ALL I ASK BABY
GIRL IS DONT EVER LET A NIGGA
TREAT YOU WRONG AND DONT EVER
LET A NIGGA PUT HIS HANDS ON
YOU. YOU BETTER THAN THAT (I WILL
STOMP A NIGGA'S BITCH ASS FOR
TOUCHIN YOU. I AM STILL LOOKIN
FOR CHAPPA'S BITCH ASS. ~~████~~
~~██████████████████████~~
~~██████████████████████~~
~~██████████~~ BELIVE ME GIRL I CAN
HOLD MY OWN) DAMN THIS LETTER IS
FUCKIN LONG RIGHT? I HAVE BEEN
WANTING TO TALK TO YOU. I FINALLY

HAPPY Mother's

DAY

Momma's

GOT A CHANCE. I MISS YOU
BOO & HOPEFULLY ONE DAY I CAN
HOLD YOU ASIAN.

LOVE

P.S.
My Love for
you will Never
end. We will
always be friends
and lovers to
the day I die or
you cut me off keep
in touch!!

Wesley RIP

STOR

P.S You KNOW
them
cops ripped that
roseary off of me
when they pulled me
out that car!

Wesley ♡'s
JESSICA
4/REAL

Smile for me baby!
No tears O.K.

Dont forget to
your little angels I said
Hi !!!



I love
You my AS!
Damn Bitch!



Dated 5-10-07

Wesley Ruiz #07033486
Tank 3HSC13
500 Commerce
Dallas, TX 75202

Emily Joaquin
3552 Bahama Dr #115
Dallas, Tx 75211

01303

MAILD 5/21

01304





2007

These guys love you to pieces.

They are so good together



Emily, ( My Angel )                    5·10·07

What it do cutie? Not much
here just chillin. Well today these
~~guards~~ guards gave me my mail.
Finally and what do you know
I got 2 letters and a picture
from my dearest friend / lover!
And let me start off by saying
that I did have a dream about
you punk. If I wanted to spit
some game believe me it would
be better than that HAHAHA. But
I SEE WHAT KIND OF GAME THESE FOOLS
BE THROWIN AT YOU SEXY HEY BABY
4/REAL BABY YOU LOOK BEAUTIFUL IN THAT
PICTURE THAT YOU SENT ME. BUT YOU ALWAYS
DO. I BET ON THE REAL WE WOULD MAKE
SOME BEAUTIFUL KIDS MY NIGGA! FOR
REAL FROM ME 2 YOU WHENEVER I
SAW THAT PICTURE IT TOOK MY BREATH
AWAY. YOU ARE SEXY BABY. GOD GIVIN
BEAUTY. THATS THE EMILY I SAW THAT
NIGHT IN THE WEST. AND THATS REAL
TALK. Anyways about you and your
Boyfriend he sounds nice. Maybe
ONE DAY HE WILL DO SOMETHING THAT
KEEPS YOU MORE EXCITED INSTEAD
OF BORING. BUT HE BETTER NOT LAY A

013·3

FINGER ON YOU THATS Y/SURE. NAW
YOU WILL PROBABLY KICK HIS ASS RIGHT.
MY LITTLE RIDE OR DIE GIRL 4 LIFE.
I MISS YOU EMILY. I APPRECIATE EVERY
MINUTE OF YOUR TIME THAT I GET.
EVERY LETTER I GET PUTS A SMILE
ON MY FACE AND THAT WARM
FEELIN' IN MY HEART. SO HOW'S YOUR
FAMILY? O YEAH I SWEAR IF THESE
PEOPLE KILL ME YOU BETTER NOT DO
A DAMN THING TO YOURSELF. I WILL
KICK YOUR ASS 4 REAL. AND I WOULD
NEVER HURT YOU. BUT YOU SEEM SO
HAPPY. I WOULD NEVER WANT TO MESS
THAT UP. KEEP UP THE GOOD WORK
I AM PROUD OF YOU BOO 4 REAL.
ONLY ME AND YOU KNOW WHAT WE
HAVE BEEN THRU. BUT YOU ARE
JUST AS STRONG AS ME. AND DONT
EVER FORGET THAT. I REMEMBER THAT
MORNING YOU CALLED ME. YOU
WERE CRYING I BELIVE. WE TALKED
FOR LIKE AN HOUR DIDNT WE. I THINK
I WAS IRONING MY CLOTHES I CANT
REMEMBER EXACTLY. BUT BABY FOR REAL
ME AND YOU SHEAD ALOT OF TEARS
TOGETHER. I REMEMBER ALOT OF THEM
IN EACH OTHERS ARM. OR CRUSIN WITH
EACH OTHER. I ALWAYS RESPECTED YOUR

01310

WISHES AND LISTENED TO YOUR PROBLEMS.
I DONT MEAN TO BRING UP OLD SHIT BUT
BELIEVE IT OR NOT WHEN BEEN THOUGH
ALOT TOGETHER. AND I AM GLAD
THAT I CAN BE THERE 4 YOU MY
LOVE. BUT YOU DONT OWE ME NUTTIN
THATS WHAT FRIENDS AND LOVERS ARE
FOR. I KNOW I AM STUCK RIGHT NOW
BUT I AM HERE 4 YOU STILL. I
CANT LET THESE ~~PEOPLE~~ GET ME DOWN
BECAUSE MY PRIDE IS ALL I GOT
4 REAL. BELIVE ME THEY TRY EVERYDAY
I DONT KNOW HOW I DO IT EITHER
I JUST WRITE + READ AND READ
THE BIBLE. THESE PEOPLE HATE ME
GIRL. I AINT TRIPPIN. ON THE COOL
WHAT DO YOU THINK. I DONT KNOW
BETWEEN ME AND YOU SOMETIMES I
FEEL LIKE THEY ARE GOING TO KILL
ME. BUT THEN ASIAN WHY DID GOD
SAVE ME ON THE REAL OF WOULD
OF RATHER DIED RIGHT THERE IN THA
WEST. FUCK THESE ~~GUYS~~ I HATE THIS
PLACE. BUT I GUESS I HAVE NO CHOICE.
BUT I WILL NEVER BE ABLE TO REPAY
YOU FOR THE HOPE YOU HAVE GIVEN
ME. HEY EMILY AM I A UGLY GUY. I MEAN
LOOKS WISE, I ALWAYS WANTED TO ASK
YOU THAT. BECAUSE I DONT SEE WHAT

YOU SEE IN ME. SHIT I AM GETTING FAT IN HERE BUT I AM STARTING TO WORK OUT AGAIN. HEY DID I TELL YOU I GOT MY CASTS OFF ON MONDAY? YEP I GOT MY ARMS BACK. AND ALL OF MY STICHES AND STAPLES ARE GONE. I HEALD UP PRETTY QUICK. (I AM A SOILDER GIRL 4 real. ~~[scribbled out]~~ ) HEY TODAY MY SIS-N-LAW BROUGHT MY BROTHERS DAUGHTER UP HERE. SHE'S SO BEAUTIFUL. THEY SAID SHE HAS BEEN CRYING TO SEE ME. SHE WAS TELLING ME ABOUT HER SCHOOL AND HER LITTLE LIFE. DAMN I MISS HER. SHE SAYS SHE PLAYS WITH MY BOYS EVERYDAY. SHE SAYS THEY SAY THEY LOVE ME!! HEY BABY I AM GONNA SEND YOU A PICTURE OF MY BOYS SO YOU CAN SEE THEM. AND ONE OF ME AND MY MOM AND MY BROTHERS ARE IN IT. Do ME A FAVOR, MAKE A COPY FOR YOU AND SEND THEM back. I WANT YOU to have a picture OF MY boys they getting big AND ONE of MY ugly self. I MISS

you sexy. I am going to put you
on my list this month coming
up O.K.

LOVE

WESLEY RUIZ



What's up with
this butternuts

Shit

Hey remember you told me
your boyfriend was better
than me was that true?
BE HONEST C//REAL

HEY,
BABY WES IS
THE ONE IN THE RED
HE JUST TURNED 6. ERIC
IS J. MY LITTLE NIGGAS.
THEY ARE MY LIFE. MY MOM
SENT ME THIS PICTURE. THEY
LOOK LIKE ME? U LIKE. HOPE AND
U LIKE. MAKE COPY AND
SEND BACK. LOVE YA!

013110



USA 41

Date 15-10-07

Richard Ruiz

Wesley Ruiz #07023486
TANK 3HSC13
500 COMMERCE
DALLAS, TX 75202

Richard Ruiz
1824 Garden Oaks
Irving, TX 75061

01315

MAILD 5/21

01316

Rich                                    5-10-67

What it do little bro?

NOT Much here just STRAIGHT CHILLIN IN My SINGLE MAN CELL NO T.V. NO FUCKIN BODY to argue WITH 👀 WELL yesterday I FINALLY GOT THE LETTER YOU MAILED TO ME. YOU REALLY SEEM HURT. AND I UNDERSTAND your FEELINGS. BRO I CANT EXPRESS My SELF ENOUGH. I AM SORRY PLEASE FORGIVE ME BRO I WAS just going THOUGH ALOT OF SHIT. I LOVE you My NISSA. AND I WOULD GIVE My LIFE FOR YOU. I WOULD NEVER HURT YOU. NEVER.

I RECIEVED SOME PICTURES TODAY I SEE YA ALL FLOSED OUT. ALREADY My NISSA. I LOVE IT. STAY ON TOP I ALWAYS LOOKED UP TO you TOO! BELIEVE IT OR NOT. DO IT THE RIGHT WAY BRO. DONT FUCK UP LIKE ME. THESE ~~XXXXX~~ PRODABLY going to FUCKIN KILL ME. ALL I CAN SAY ABOUT THAT IS I WISH I WOULD OF DIED IN THE WEST. BUT I GUESS I GOT SOMETHING I GOT TO DO BECAUSE THE GOOD LORD STILL HAS ME HERE. IM TELLING

*[left margin, vertical text]* TELL THEM I LOVE THEM LIL. I SAID AND A KISS AND A HUG. TELL THEM I LOVE THEM

YOU BRO THEY ~~were~~ WERE SHOOTING ME LIKE A BUNCH OF TIMES I JUST SAID FUCK YALL. ~~IT REALLY~~ IT REALLY DIDNT HURT. I WAS JUST LIKE FUCK IT, IT WAS MY TIME TO GO. ANYWAYS THE OTHER DAY I SAW THIS NISSA HE WAS A TRUSTEE. HE LOOKED IN MY CELL AND THEN LOOKED ASIAN. HE SAID HOW'S RICHARD. I SAID MY LIL BRO? HE SAID SYEA. I SAID HE'S GOOD. HE SAID HE WAS YOUR HOMEBOY. I DIDNT GET HIS NAME. HE HAD A TAT ON THE BACK OF HIS NECK. SHIT THE OTHER DAY I WENT TO THE LAW LIBARY ON THE 6TH FLOOR OF WEST TOWER. TRYING TO FIGHT THIS CASE. ANYWAYS I WAS BEING WALKED BY ALL OF THESE GUARDS ALL SHACKLED ~~DOA~~ DOWN FEET + HANDS AND ALL THE INMATE'S SAW ME BRO THEY WENT WILD. STARTED SAYING WHATS UP SLO. THEY WERE BANGIN ON THE GLASS. THE GUARDS STARTED GETTING MAD. THEY WERE LIKE THATS A REAL ASS NISSA. IT WAS CRAZY BRO. ~~scribbled out~~ I WOULD RATHER BE HOME THOUGH KICKIN IT

01318

WIT YALL. MY NISSA YALL HOLD
IT DOWN OUT THERE AND WATCH
OUT FOR THEM HATERS. I DON'T
WANT TO SEE YOU IN HERE. PLEASE
BRO. DON'T GIVE THESE ▓▓▓ THE
PLEASURE. FLY RITE. THAT WAY
YOU CAN LAUSH AT THEM. I LOVE
YOU LITTLE BRO FOR REAL. BET
THAT. CANT NUTTIN EVERY CHANSE
THAT. WE GOT THAT RUN LOVE,
THESE ▓▓▓ WILL NEVER UNDER-
STAND. RIGHT MY NISSA & SHIT
IT'S LIKE 3:15 A.M. I RIDE ALL
NIGHT AND SLEEP ALL DAY. BECAUSE
AT NIGHT IT'S QUITE AND I CAN
READ AND WRITE. SAY BRO
PLEASE READ THIS LETTER CAREFULLY.
STAY OUT OF THIS PLACE. PLEASE
DO THAT FOR ME. I NEED YOU
OUT THERE. TELL EVERYONE I SAID
WHAT IT DO. HEY SAY SENT
ME A PICTURE OF ME, YOU,
JAY + MOM. DAMN MY NISSA
WE SOME REAL ASS NIGGA'S
I WOULD HATE TO FUCK WIT
US. FOR REAL. I LOVE YOU
BRO WORD'S CAN'T EXPLAIN.
WHEN YOU THINK OF ME JUST
SMILE MY NISSA. ALL I DO

IS STAY LOST IN THAT WORLD
MEMORIZE THERE WORTH A
MILLION WORDS. ALL I HAVE
ARE MEMORIZE. BUT THEY CANT
TAKE THAT OR MY PRIDE.
THATS ALL I HAVE LEFT BELIVE
ME BRO I AM GONNA RIDE
THIS OUT. I AINT GOING OUT
WITHOUT A FISHT. THEY WONDER
WHY I SMILE ALL THE TIME.
I THINK ABOUT YALL AND ALL
OF OUR GOOD TIMES. ILL BE
HERE CHILLIN IN MY CELL. I LOVE
YA BRO.

07/11                    LOVE

RUIZ          WESLEY RUIZ

BRO ONLY SMILES
NO TEARS. I NEED
YOU TO BE STRONG
I NEED YOU BRO. I
IDOLIZE YOU MY NISSA
THATS REAL TALK. 100% REAL

TELL LIL JEREMY I SAID WHATS UP
ALSO TELL I SPEAK I SAID WHATS UP
LOVE YALL MY NISSA

0132u



USA 41

Bernice
Marquez

BERNICE Marquez
P.O. Box 171223
Arlington, TV 76003-1223
dated 5-11-07

Wesley Ruiz #01022484
Tank 3MSC13
500 Commerce
Dallas, Tx 75202

MAILD 5/21

01328

BERNICE,                              5·11·07

          Whats the damn deal
My love? So you back in town.
ALREADY ITS ABOUT TIME I MISSED
YOUR SEXY ASS & HEY WHILE YOU
WERE GONE I GOT LIKE 3 LETTERS
FROM your SEXY ASS WITH SOME
PICTURES. DAMN BABY I JOT TO GET
OUT OF HERE SOMEBODY GOING TO
STEAL MY BOO. YOU look Breath-
taking. I swear girl. you are
So beautiful. IN and out. I wish
I could come over and beat
it up HA HA! Now y/real I
Miss your beautiful ass. I got
your picture's on my wall's. That
way I always be smiking
back at you. I love you girl.
FROM ME TO you. My Angel B.
What MORE CAN I ask for. These
PICTURE'S ARE WORTH A MILLION
WORDS. AND I CAN HERE you
TALKING TO ME. WHENEVER I
READ YOUR LETTERS OVER AND
OVER MAKING SURE I READ IT RIGHT.
I LOOK AT YOUR PICTURE'S AND I
HERR YOUR VOICE. I MISS you
girl.

01323

~~XXXXXXXXXXXXXX~~ THEY GOT MY FREEDOM. BUT I STILL SMILE. BECAUSE OF YOU. FOR REAL "B" you always make me smile. OK ABOUT THE VISITATION I KNOW your PROBABLY PISSED. I APOLOSIZE THIS LITTLE BITCH THAT WAS SUPPOSED TO BE MY HOME GIRL HAS GOT ALL OF MY SHIT AND I COULDN'T CHANSE THE LIST. I THINK THAT BITCH GOT ME FOR ALL MY SHIT. I GUESS THAT'S WHAT I GET. I TRIED TO HELP HER OUT. BUT SHE WANTED TO BE MY GIRL. I TOLD HER SHE WAS TO YOUNG. ~~She~~ ONLY 20. O'WELL. MAYBE MY BROTHERS WILL FIND HER AND GET MY SHIT BACK. ANYWAY'S I Apologize for you wasting your TIME. BUT THE FIRST OF THE MONTH you WILL BE ON THE LIST. I AM SORRY BOO. PLEASE FORGIVE ME. I HAD TO GIVE IT A TRY THAOUGH. I AlSO FIGURED THAT THEY WOULD LET YOU UP ANY-WAY'S ~~XXXXXXXXXXXXXX~~ ~~XXXXXXXXXXXXXX~~. U FORGIVE ME GIRL! PLEASE! AM I STILL YOUR BABY? I MISS you girl COME AND SEE ME. I HAD GOT

MY HAIRCUT 4 YOU BUT IT'S ALREADY
GROWIN BACK. ALSO THEY TOOK
MY CAST'S OFF. SO HOW'S WORK.
I SEE IN YOUR LETTER, THEY
GIVEN MY GIRL A HARD TIME.
IT'S BECAUSE YOU SO GOOD AT
YOUR JOB BOO. MY BABY A REAL
WOMAN. ALREADY. KEEP IT UP BABY
DID I EVER TELL YOU THAT I MISS
YOU? DAMN WHY DIDN'T I CHANGE
MY LIST. DUMB ASS NIGGA! SO
HOW WAS YOUR VISIT TO EL PASO?
DID YOU HAVE FUN WITH YOUR
FAMILY? DID YOU TELL THEM
I SAID HI. HOW'S YOUR LITTLE
GIRL? U STILL TALK TO BRANDON?
IF SO TELL HIM I SAID WHAT'S UP.
SO YOU LIKED MY LITTLE BOY'S?
THEY ARE LITTLE ME'S. THEY LOVE
ME TO DEATH. AS I ALSO
LOVE THEM. ON THE REAL I CRY
EVERY TIME I SEE THEM. I KNOW
THEY NEED ME. MY DESCIONS
I MADE TO GET ME HERE WERE
SELFISH I KNOW. I HATE MYSELF
FOR WHAT I PUT THEM THROUGH.
BUT EVERYNITE I PRAY AND I
KNOW THE GOOD LORD HEARS
ME, TO WATCH OVER AND HELP

01325

THEM. BUT IT STILL HURTS ME.
SO BELIVE ME I ~~KE~~ KNOW I CAN'T
GIVE UP. BECAUSE THEY NEED ME
AND THEY HAVENT GAVE UP ON ME.
THOSE'S LITTLE BOY'S ARE MY LIFE.
AND MY MOM SHE'S BEEN LIKE THAT
EVERY SINCE I ~~GOT LOC~~ GOT LOCKED UP.
SHE'S MAD AT THE WORLD. ~~OR~~
~~[scribbled out]~~
~~[scribbled out]~~ SHE'S PRETTY TOUGH. BUT SHE
MISSES ME TOO & BERNICE BABY THE
FIRST TIME THAT YOU SAW ME. WHAT
CAUGHT YOU ATTENTION. WHY DO YOU
CUT FOR ME SO MUCH I LOOK IN
THE MIRROR I SEE A UGLY FUCK.
YOU SO BEAUTIFUL DARLING MY WORD'S
CAN'T EXPLAIN THE BEAUTY THAT
YOU HAVE INSIDE AND OUT. WHAT
DO YOU THINK "R" DO YOU REALLY
FEEL I HAVE A CHANCE. ~~[scribbled out]~~

~~[scribbled out section]~~

I WILL BE REAL TILL THE END.
A SOILDER 4 LIFE. AND I WILL
RIDE TO THE END.) WELL BABY

I KNOW YOUR PROBABLY TIRED OF HEARING MY SHIT. BABY DON'T FORGET ME GIRL. I MISS U SO MUCH. I WANT TO SEE YOUR BUTT. STARE YOU DOWN AND TURN YOU AROUND. I MISS YOU BABY. HOPE I PUT A SMILE ON YOUR FACE. I BET YOUR PRIVETE SPOT IS WET AND WARM I WISH I WAS IN IT. I BETTER STOP KNOW BEFOR I GET ALL WORKED UP AND MAD. I MISS YOU B.

WHAT COLOR PANTIES DO YOU HAVE ON ? ☺ ☺

LOVE

HAPPY MOTHER'S DAY BABY

SIC

WESLEY R c/2

I LOVE THE PICTURES YOU SEND ME. LOVE YOU B

01327



USA 41



Frances
Ruiz

WESLEY RUIZ #07022486
TANK 3 4 5 C 1 3
500 COMMERCE
DALLAS, TX 75202

FRANCES RUIZ
7827 FERGUSON #104
DALLAS, TX 75228

01328

MAILD 5/2/

01320

FRANCES,

WHATS THE DAMN DEAL MY LOVE?
NOT MUCH JUST CHILLIN THINKING ABOUT YOU! DAMN!
BABY IT SEEMS AS IF IT TAKES SO LONG FOR
YOU TO COME AND VISIT ME. WHY IS THAT?
I MISS YOU DEARLY MY LOVE. WORDS CAN NOT
EXPLAIN! SHIT MY MOM CAME TO VISIT ME
TODAY SHE HAD MY BOYS WITH HER. DAMN
I MISS THEM BOYS. EVERY TIME THEY SEE ME
THEY ALWAYS LIKE DADDY WHEN ARE
YOU COMING HOME. DAMN THAT SHIT HURTS
ME. ALSO MY MOM TOLD ME THAT YOU
BOUGHT HER SOME ROSE'S FOR ME
THANK YOU BABY. I REALLY APPRECIATE
THAT. MAYBE ONE DAY I CAN REPAY
YOU FOR ALL OF THESE FAVORS MY
LOVE. I BE FEELING SO HELPLESS WHICH
I REALLY AM. ~~[scribbled out]~~

01330

DAMN BABY GIRL YOU KNOW MY HAND-
WRITING LOOKS LIKE SHIT. SO WHATS
EVERYONE IN THE BIG D UP TO
CUTIE? TELL ALL MY NIGGA'S I SAID

What it do. O YEAH GUESS WHAT.
I FINALLY GOT MAIL. YEP 'YEP'
I GOT ALL OF YOUR PICTURE'S.
DAMN BABY you LOOK GOOD. I GOT
THEM HANGING ON @ MY WALL
RIGHT BY MY BED. AND THE ONE
OF YOU IN THE SWIM SUIT. DAMN
IT GIRL. LET ME BEAT THAT SHIT
UP. PLEASE & PLEASE! HEY DO YOU
MISS ME BABY? HOW MUCH? ~~XXXX~~
~~XXXXXXXXXXXXXXXXXXXXXXXXX~~
~~XXXXX~~ ON ANOTHER TIP BABY
YOUR or SHOULD I SAY OUR
LITTLE GIRL'S ARE SO ADORABLE. SO
WHAT DID THEY SAY ABOUT ME. THEY
LOOKED LIKE THEY WERE READY
TO BEAT ME + YOU UP FOR HAVING
THEM UP HERE SO LONG. BUT ON
THE REAL THEY ARE ADORABLE. AND
BABY I MISS YOU & BUT ON ~~TO~~ THE
REAL YOU NEED TO STOP CRYING
BECAUSE I DONT LIKE TO CAUSE
YOU ANY TEAR'S. I DONT WANT TO
HURT YOU. I DONT WANT TO MAKE
YOU CRY. I NEVER WANT TO HURT
MY BABY. 4 REAL. NEVER. OK SEXY
I HAVE SOME QUESTIONS FOR YOU & WHY
DO YOU CUT FOR ME SO MUCH. BABY
WHAT DO YOU SEE IN ME? DAMN IT SEXY

01331

I AM THE LUCKIEST NIGGA IN THIS BITCH!
BECAUSE I HAVE YOU BY MY SIDE. 4 REAL
BOO & U HELP ME GET THROUGH EVERY
DAY. I CAN ONLY SAY THAT MY HEART
BELONGS TO YOU IN EVERY WAY. JUST
PLEASE DONT BREAK IT. TS ALL I
ASK. KEEP IT REAL. ~~████████████~~
~~████████████████████~~
~~████████████████████~~
~~████████████████████~~
~~████████████████████~~
~~████████████████████~~
~~████████████~~ BABY I HOPE
YOUR O.K. PLEASE STAY STRONG.
YOU GIVE ME HOPE. I NEVER THOUGHT
I WOULD FEEL THIS WAY AGAIN. YOU
GOT MY LOVE GIRL. I MISS YOU BOO!
I NEED TO SET MY HEAD STRAIGHT
AND QUIT LETING THESE PEOPLE GET
TO MY HEAD. SO HOW IS WORK BABY!
I AM SO PROUD OF MY GIRL. I NEED
TO GET BACK TO YOU AND HOLD YOU SO
TIGHT. I SWEAR ONE DAY EVERYTHING
WILL BE RIGHT. TO ANSWER YOUR
QUESTION HELL YEAH I WANT TO MARRY
YOU. MY GIRL 4 REAL. I LOVE THAT
ABOUT YOU.
LOVE YO BOY 💋   LOVE
                WISLEY RUIZ

01332



USA 41

Erica
Starr

WESLEY RUIZ #07022486
C/O TANK 3MSC13
500 COMMERCE
DALLAS, TX 75202

ERICA STARR
7827 FERGUSON #104
DALLAS, TX 75228

Dated 5-14-07

01333

MAILD 5/21

01334

PRINCESS,                                    5·14·07

HEY BABY ! ONCE AGAIN
PAPER MEETS PEN. I MISS YOU GIRL
ONLY GOD KNOWS HOW MUCH. I HOPE
YOU ARE DOING WELL. I WISH I COULD
HEAR FROM YOU. I KNOW YOU MAD
BUT I STILL WANT YOU! HOPEFULLY
ONE DAY SOON I CAN SEE YOU AGAIN.
~~████████████████████████~~
~~████████████████████~~ I CANT CALL.
BUT BELIEVE ME I WANT TO DAMN GIRL
~~██████████████████████████~~
~~██████~~ THEY ALWAYS TALKIN SHIT.
I AM TIRED OF BEING ~~████ ████~~
~~████████████████████████~~
~~██████~~ I WANT TO GO HOME ONE
DAY. BABY BELIEVE IT OR NOT I CRY
FOR YOU. YOU KNOW HOW SENSITIVE
I REALLY AM. NOBODY ELSE KNOWS
ME LIKE THAT. I HOLD IT IN. OR
CRY AT NIGHT. BECAUSE IT'S A WEEK-
NESS. DO YOU STILL MISS ME. I MISS
YOU. WHAT THE FUCK ~~████████~~
~~██████████████████████~~
NO ONE TO TALK TO. NO ONE TO
HOLD. I GUESS THATS WHAT I
GET. ALL COLD AND ALONE. WHATEVER
YOU DO WITH YOUR LIFE I AM

BEHIND YOU. I ONLY WISH YOU THE BEST
IN LIFE. I PRAY FOR YOU EVERY
NIGHT I PUT THAT ON OUR LOVE.
DONT GIVE UP ON ME GIRL. AND EVEN
IF YOU DO I DONT BLAME YOU!
IF WORST COMES TO WORST I WILL
NEVER FORGET YOU. AND IF THEY DO
TAKE MY LIFE I WILL WAIT FOR
YOU I KNOW THATS FUCKED UP
TO SAY BUT ITS POSSIBLE. THAT'S
WHAT THEY REALLY WANT TO DO
WITH ME. AND YOU KNOW HOW
THIS SYSTEM BE. IT'S LIKE 2:00 A.M
I GOT TEAR'S ROLLING DOWN MY
FACE. DAMN IT GIRL I HATE THIS
PLACE. I JUST SIT IN THIS LITTLE
ROOM 24 Hrs A DAY I AM GETTING
FAT. HEY I GOT A PICTURE OF YOU.
AT YOUR NEW HOUSE. YOU LOOK
GOOD. SO WHATS UP IN YOUR LIFE?
DAMN IT GIRL THEY SAY KEEP
YO HEAD UP. I SWEAR IT GETS
HARDER EVERYDAY. SEEMS LIKE MY
HEAD GETS HEAVIER BY THE MINUTE.

DAMN I LOVE YOU GIRL. JUST LIKE
WE WERE 21 AGAIN. I SWEAR I
CANT GET YOU OUT OF MY MIND. I
WORREY ABOUT YOU ALL THE TIME.

01336

AND ITS FUNNY BECAUSE IN HERE
I AM POWERLESS. (BUT I FEEL LICE
I HAVE CONTROL OF SOMETHING
OUT THERE. BABY INVESTED SOME
MONEY INTO SOMETHING WHEN I WAS
OUT THERE. AND IF EVERYTHING GOES
AS PLANNED I WILL HAVE SOME BREAD
4 YOU. ~~THAT M~~ Maybe a good
chunk ~~████████████~~
~~●~~) Just promise me you wont
blow it. Start a life. A real one.
Don't let me down. O.K. Boo!
I should know something in a
bout a month or 2. Just keep
the faith. Don't worry about me.
Worry about you!

Love

your

Husband

Wesley Ruiz Sr.

WESLEY ♡'s
ERICA
EVERLASTING
LOVE

P.S. BETWEEN ME AND YOU. THESE FOLKS DON'T MEAN YOU SH*T
BABY YOU GOT LOVE. 10
SHIT TO ME TO ME 100% REAL TALK.
MY HEART. THAT'S REALITY.

01337





01308



1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 184

12                    LIST OF KNOWN USERS

13

14

15

16

17

18

19

20

21

22

23

24

25

Belinda G. Baraka, Official Court Reporter
214-653-5803

List of Known Agency and Private Forensic Document Examiner VSC Users:

1. FBI – Diana Harrison, QD Unit Chief
2. Immigration and Customs Enforcement
   Port and Borders in US and all over the world
3. ATF Lab
4. USPIS – Postal Inspection Service Dulles, Robert Muehlberger
5. Arizona DPS-Howard Birnbaum
6. Indiana State Police – Diane Tolliver
7. Georgia Bureau of Investigation
8. US Army Crime Lab – Ft. Gillem, Joe Parker
9. Utah – George Throckmorton
10. Affiliated Forensics Lab – Arizona – Bill Flynn
11. Janet Masson – Houston
12. Jim Daniels – Houston
13. Dennis Mooney – ~~Houston~~ Tyler Tx.
14. New Mexico State Police – Tom VanValkenburg
15. Florida – Amanda Wright – State Crime Lab
16. Florida – Linda Hart – Private
17. CA DOJ  - Mel Cavanaugh and Barbara Torres
18. Rile and Hicks, LA California
19. NY State Police / NYC PD – Greg McNally
20. NY FBI Office John Sardone
21. Illinois State Police
22. Washington State Patrol – Tim Nishimura
23. Jan Kelly – Las Vegas Metopolitan PD
24. Lisan Hanson – MN Bureau of Criminal Apprenhension
25. US Dept of Homeland Security – Melanie Vennemann 202-406-6940
26. Todd Welch – Michigan State Lab
27. Texas Lottery Commission
28. St. Augustine Tx. 2003 crash of Columbia space Shuttle – Sharon Brown FDE



STATE'S
EXHIBIT
184
PENGAD-Bayonne,N.J.



# American Society of Crime Laboratory Directors
# Laboratory Accreditation Board

*declares to all Advocates of Truth, Justice and the Law that the*
*management and technical operations of the*

## Texas Department of Public Safety
## Headquarters Laboratory

5805 N. Lamar Blvd.
Austin, Texas

*have been found through assessment to meet the requirements of*
ISO/IEC 17025:2005
*"General Requirements for the Competence of Testing and Calibration Laboratories"*
*the ASCLD/LAB-International Supplemental Requirements: 2006*

*and all other requirements of the*

## ASCLD/LAB-*International*

*program, and is granted this*

# Certificate of Accreditation

*in the field of*
**Forensic Science Testing**
*for the categories of testing listed on the corresponding*
*Scope of Accreditation*

Frank C. Doleci, ASCLD/LAB Chair

Ralph M. Keaton, Executive Director

John K. Neuner, Program Manager

*Certificate Number*

**ALI-051-T**

*granted this*
**2nd day of December, 2007**
*which expires on the*
**1st day of December, 2012**

STATE'S
EXHIBIT
187
PENGAD-Bayonne,N.J.

1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 188

12          SCOPE OF ACCREDITATION

13

14

15

16

17

18

19

20

21

22

23

24

25



American Society of Crime Laboratory Directors / Laboratory Accreditation Board

**ASCLD/LAB-*International* Program**

# SCOPE of ACCREDITATION

Corresponds to
Certificate Number

**ALI-051-T**

## Name and Address of Accredited Laboratory

Texas Department of Public Safety
Headquarters Laboratory
5805 N. Lamar Blvd.
Austin, Texas 78752

## Laboratory Contact Information

Brady Mills, Assistant Lab Director
Phone:   512-424-2105
Fax:       512-424-2869
E-Mail:   Brady.Mills@txdps.state.tx.us

The management and technical operations of this laboratory were assessed and found to conform with **ISO/IEC 17025:2005**, the **ASCLD/LAB-*International* Supplemental Requirements** (2006), and all other requirements of the ASCLD/LAB-*International* program.  The laboratory was found to be competent and was accredited in the following area(s):

## Field of Accreditation

Forensic Science Testing

## Discipline(s)

1.0  Controlled Substances
2.0  Toxicology
3.0  Biology
4.0  Trace Evidence
5.0  Firearms and Toolmarks
6.0  Latent Prints
7.0  Questioned Documents
9.0  Digital and Multimedia
        Evidence
10.0  Other

## Categories of Testing:

| | | | |
|---|---|---|---|
| 1.1 | General Controlled Substance Analysis | 4.11 | Lamp Filament |
| 2.1 | General Toxicology | 4.12 | Soils |
| 2.2 | Blood/Urine Alcohol | 4.15 | General Chemical and Physical Comparisons |
| 2.3 | Blood/Urine Drug | 5.1 | Firearms |
| 3.1 | DNA - Nuclear | 5.2 | Toolmarks |
| 3.3 | Serology (Body Fluid Identification) | 5.3 | Gunshot Distance Determination |
| | | 5.5 | NIBIN Database |
| 3.4 | CODIS Database | 6.1 | Latent Print Processing |
| 3.7 | Hair (Screening Only) | 6.2 | Latent Print Comparisons |
| 4.1 | Paint | 6.3 | AFIS Database |
| 4.2 | Physical Comparisons | 7.1 | General Document Examination |
| 4.3 | Fibers and Textiles | 9.1 | Computer Forensics |
| 4.4 | Gunshot Residue | 9.2 | Video Analysis |
| 4.6 | Glass | 9.3 | Audio Analysis |
| 4.7 | Hair | 9.4 | Image Analysis |
| 4.9 | Analysis of Unknowns | 10.1 | Impression Evidence (footwear/tires) |
| | | 10.2 | Serial Number Restoration |

NOTE - In this laboratory, testing category 10.1 is considered a part of the Trace Evidence discipline and 10.2 is considered a part of the Firearms and Toolmarks discipline.   Testing category 4.2 is performed in both the Trace Evidence Section and the Questioned Documents Section.

**Customers Served:**  The Texas DPS Headquarters Laboratory is a state government laboratory and, depending on the testing requested, provides forensic science testing services to the Austin area or the entire state of Texas.   By special request, services may be provided to customers outside the state of Texas.

## Accreditation Dates

**Date Issued:** December 2, 2007
**Date Expires:** December 1, 2012
**Date Last Updated:** No Updates

John K. Neuner, Program Manager
ASCLD/LAB-*International*

STATE'S
EXHIBIT
188
PENGAD-Bayonne,N.J.



1

2

3

4

5

6

7

8

9

10

11            STATE'S EXHIBIT NO. 189

12                 INCIDENT REPORT

13

14

15

16

17

18

19

20

21

22

23

24

25

LOCATION OF INCIDENT 3MSC13                BOOK-IN NUMBER  07022486

.ATES NA RUIZ WESLEY LYNN                        R W S M DOB 11 20 1979

I.D. NUMBER 0000000      QUARTERS WEST3MSC13    DATE  06 07 07  TIME  09 40 P

VIOLATION              COMMENTS      WATCH 3

S A R 03  MJ    MR

SUPERVISOR SGT. MYERS #5852          RPT OF DTO/FW/SRT PRDA #6524

NARRATIVE ON 06 07 07 AT APPROXIMATELY 8 50 WHILE SEARCHING INMATE

RUIZ, WESLEY #07022486 I FOUND AN OBJECT INSIDE THE WAISTBAND OF ONE OF HIS

BOXERS. THE BOXERS WERE CONFISCATED. THE OBJECT WAS CUT OUT AND IDENTIFIED

AS A TWO DOLLAR BILL. THE BILL HAD WRITING ON IT. THE BILL SAID "TO  MY BABY

SLO. MAY GOD BE WITH YA. GIVINA YA LUCK LOVE YA ANGEL "B" BERNICE MARQUEZ"

AFTER CALLING WEST TOWER IT WAS FOUND BERNICE MARQUEZ VISITED RUIZ ON THE DAY

THE BILL WAS FOUND. DUE TO RUIZ BEING SEARCHED BEFOR HIS VISIT IT WAS

DETERMINED MARQUEZ MUST HAVE GIVEN RUIZ THE BILL WHILE IN VISITATION, BY

SLIDING IT THROUGH THE PORT IN THE BOOTH. A RECOMMENDATION TO HAVE BERNICE

MARQUEZ BANNED FROM VISITING RUIZ WAS SENT TO THE WEST TOWER CAPTAIN. THE

BILL WAS PLACED IN RUIZ'S PROPERTY.

   PRESS PA1 FOR MORE DATA                NEXT


PENGAD 800-631-6989  STATE'S EXHIBIT 189

Case 3:12-cv-05112-N  Document 31-10  Filed 04/17/15   Page 77 of 95   PageID 3496

A SUPPLEMENT   CONTINUATION   REPORT # N0703244

BOOK-IN NUMBER   07022486

ATES NM RUIZ WESLEY LYNN                           R W S M DOB 11 20 1979

PAGE  02 OF 02                         WATCH 3 DATE   03 11 08   TIME   07 03 P

SUPERVISOR SGT. MYARS #5852            RPT OF DTO/FW/SRT PRDA #6524

SUPPLEMENT FOR REPORT #N0703244. ON 06-07-07 AT APPROXIMATELY 8 50 WHILE

STRIP SEARCHING INMATE RUIZ, WESLEY, I FOUND A TWO DOLLOR BILL INSIDE THE

WAISTBAND OF RUIZ'S BOXERS. THE BOXERS HAD A SMALL CUT ON THE SIDE WHERE THE

BILL WAS FOLDED AND PLACED INSIDE. AFTER FINDING THE BILL I RETURNED TO

VISITATION BOOTH #1. AFTER AN INVESTAGTION I FOUND A SMALL HOLE BESIDE THE

LOCK ON THE PORT IN THE WINDOW, WHERE THE BILL COULD HAVE BEEN FORCED FROM THE

VISITOR SIDE TO THE INMATE SIDE. THE PORT WAS LOCKED AT THE TIME RUIZ WAS

PLACED INTO THE BOOTH AND REMAINED LOCKED DURING THE VISIT. A CPOY OF MY

ORIGINAL REPORT IS ATTACHED.

  PRESS PA1 FOR MORE DATA                NEXT



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S EXHIBIT NO. 190

LETTER

Belinda G. Baraka, Official Court Reporter
214-653-5803

STATE'S
EXHIBIT
19C
PENCAD-Bayonne,N.J.



MAYBE

DAY

ON

WHERE

NO

HERE

L-362274

Lights=Flood, Longpass=OFF, Bandpass= 797, Mag=3.6, Integration= 1/60
[/03/2008 Lights=Flood, Longpass=OFF, Bandpass= 797, Mag=3.6, Integration= 1/60
ss=0, Contrast=89, Imaged width =102.2mm

ø5.1f



SORRY

HA

HA

L-362274

Lights=Flood, Longpass=OFF, Bandpass= 797, Mag=3.6, Integration= 1/60
=39, Imaged width =102.2mm

1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 191

12                  LETTER

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S EXHIBIT
PENGAD-Bayonne, N.J.



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11                    STATE'S EXHIBIT NO. 192

12                            LETTER

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DPS Forensic Document Section

hu 13/03/2008 09:17:56

3/03/2008 09:16:25

L-37274

SOMETIMES GIRL COOL MY LOOSEING THINK THEY THINK REAL THEY THE KEEP ALL JUST ME ONE DAY FUCKING COOL LIKE FEET ASS HARD SHH GUARDS

2008 Lights=Flood, Longpass=OFF, Bandpass= 741, Mag=3.6, Integration= 1/60
Contrast=83, Imaged width = 102.2mm

/2008 Lights=Flood, Longpass=OFF, Bandpass= 741, Mag=3.6, Integration= 1/60
, Imaged width =102.2mm

STATE EXHIBIT
PENGAD-Bayonne, N.J.

1

2

3

4

5

6

7

8

9

10

11          STATE'S EXHIBIT NO. 193

12                LETTER

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE
EXHIB
193

FENCAD-Bayonne,N.J

u 13/03/2008 09:55:46

Thu 13/03/2008 09:56:59

/2008 Lights=Flood, Longpass=OFF, Bandpass= 792, Mag=3,4, Integration= 1/30

3/2008 Lights=Flood, Longpass=OFF, Bandpass= 792, Mag=3,4, Integration= 1/30
=6, Contrast=49, Imaged width = 108.2mm

1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 194

12                            LETTER

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S EXHIBIT 164

PENGAD-Bayonne, N.J.

'03/2008 10:03:13

L-362274
DPS Forensic Document
Section

3/03/2008 10:01:38

66 L L. 24-25

L-362274
DPS Forensic Document
Section

1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 195

12                           LETTER

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD-Bayonne,N.J.
STATE'S EXHIBIT

L-362274

DPS Forensic Document Section

13/03/2008 Lights=Flood, Longpass=OFF, Bandpass= 789, Mag=3.6, Integration= 1/60
ness=0, Contrast=47, Imaged width = 102.2mm

2008 Lights=Flood, Longpass=OFF, Bandpass= 789, Mag=3.6, Integration= 1/60
Contrast=47, Imaged width = 102.2mm

Ø 5.6 c



1

2

3

4

5

6

7

8

9

10

11                     STATE'S EXHIBIT NO. 196

12                          LETTER

13

14

15

16

17

18

19

20

21

22

23

24

25



13/03/2008 10:14:33

3/2008 Lights=Flood, Longpass=OFF, Bandpass= 789, Mag=3.6, Integration= 1/60
0, Contrast=47, Imaged width =102.2mm

03/2008 Lights=Flood, Longpass=OFF, Bandpass= 789, Mag=3.6, Integration= 1/30
=0, Contrast=47, Imaged width =102.2mm

STATE'S EXHIBIT 196

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10

11                    STATE'S EXHIBIT NO. 198

12                           REPORT

13

14

15

16

17

18

19

20

21

22

23

24

25




# TEXAS DEPARTMENT OF PUBLIC SAFETY

CRIME LABORATORY SERVICE MSC 0460
PO BOX 4143
AUSTIN, TEXAS 78765-4143
Voice 512-424-2105   Fax 512-424-2869

**THOMAS A. DAVIS, JR.**
DIRECTOR

**DAVID McEATHRON**
ASST. DIRECTOR

March 17, 2008

### Supplemental Questioned Document Report

**COMMISSION**
ALLAN B. POLUNSKY, CHAIR
C. TOM CLOWE, JR.
ELIZABETH ANDERSON
CARIN MARCY BARTH

JULIUS WHITTIER
DALLAS CO DISTRICT ATTORNEYS OFFICE
133 N INDUSTRIAL BLVD
DALLAS, TEXAS 75207

*FILE COPY*

| Laboratory Case Number | Agency Case Number | Offense Date |
|---|---|---|
| L-362274 | F0750318 | 03/23/07 |

**Suspect(s)**
RUIZ, WESLEY LYNN DOB: 11-20-79

**Victim(s)**
NIX, MARK

**Offense:** Homicide
**County of Offense:** Dallas (057)

**Evidence Submitted**
**Evidence Received (**June 20, 2007 by FedEx, tracking # 7925 0670 4187)

Questioned letters, Exhibit No. and questioned lines of obliteration as follows:

Q5.1 f Lines 23-26
Q5.4c (back), lines 20-26
Q5.5b, lines 19-25
Q5.5b, lines 19-25
Q5.5d, lines 7-13
Q5.6b, lines 24-25
Q5.6c, line 25
Q5.6d, lines 9-10



STATE'S
EXHIBIT
198

**Requested Analysis**
Determine writing below obliterations

**Results of Analysis and Interpretation**
Obliterated writing on the questioned letters appears to read as follows:

Exh. Q5.1 f Lines 23-26: "Maybe I will catch him in here on__ day. I feel sorry for him. No where to run. Ha ha!"

Q5.4c (back), lines 20-26: "I have been getting aggervated lately. I'm tired of being nice to those hoe ass guards. I can be mean too. These hoes have no idea. I guarantee you they can't hold me for real. I am real."

*ACCREDITED BY THE AMERICAN SOCIETY OF CRIME LABORATORY DIRECTORS – LAB ACCREDITATION BOARD*
COURTESY – SERVICE · PROTECTION

Q5.5b, lines 19-25: "Damn girl sometimes I just feel like looseing my cool. These hoe ass guards think they so fuckin hard on the real. They some hoe's but just keep all of this shit inside of me. One day I am going to loose my fucking cool."

Q5.5d, lines 7-13: "Baby these hoe's trippin at 3:00 AM and them hoe's came to fuck wit me. They got a new rule no pictures on the wall. Damn these hoes' desparte. That shit made me laugh. That pissed them off even more."

Q5.6b, lines 24-25: "did I do. I think soon I am going to lose it."

Q5.6c, line 25: "I be thinking__ some crazy shit."

Q5.6d, lines 9-10: "like 20,000 or 30,000 g's."

The questioned items have been forwarded to our Latent Print Section and will be returned to you after their analysis. The known standard you submitted will be returned to you under a separate cover.
Please reference any future submissions pertaining to this matter to our file number, L- 362274.


*Kenneth Crawford*

Kenneth Crawford
Forensic Scientist, QD Section
Texas DPS Austin Laboratory

1   THE STATE of TEXAS   )

2   COUNTY of DALLAS   )

3

4       I, BELINDA G. BARAKA, Official Court Reporter in

5   and for the 194th Judicial District Court of Dallas

6   County, State of Texas, do hereby certify that the

7   exhibits included herein constitute true and complete

8   duplicates of the original exhibits, excluding physical

9   evidence, offered into evidence during the proceedings

10  in the above-entitled and -numbered cause(s), as set out

11  herein.

12      I further certify that the total cost for the

13  preparation of this Reporter's Record is included in the

14  original volume.

15          WITNESS MY OFFICIAL HAND this the 28th day of

16  May_____, A.D., 2009.

17

18                          BGBaraka_____
                            BELINDA G. BARAKA, CSR #5028

19                          Official Court Reporter
                            194th Judicial District Court

20                          133 N. Industrial Blvd.
                            Dallas County, Texas  75207

21

22

23

24

25  Certification Expires:  12-31-09

Belinda G. Baraka, Official Court Reporter
214-653-5803