| | COURT OF CRIMINAL APPEALS | |
|---|---|---|
| SHARON KELLER<br>PRESIDING JUDGE | P.O. BOX 12308, CAPITOL STATION<br>AUSTIN, TEXAS 78711 | LOUISE PEARSON<br>CLERK<br>512-463-1551 |
| LAWRENCE E. MEYERS<br>TOM PRICE<br>PAUL WOMACK<br>CHERYL JOHNSON<br>MIKE KEASLER<br>BARBARA P. HERVEY<br>CATHY COCHRAN<br>ELSA ALCALA<br>JUDGES | | SIAN R. SCHILHAB<br>GENERAL COUNSEL<br>512-463-1597 |

August 1, 2012

Presiding Judge
194th District Court
133 N. Industrial, LB 26
Dallas, TX 75207

                Re:    Wesley Lynn Ruiz
                      AP-75,968

Dear Judge:

    Enclosed herein is an order entered by this Court regarding the above-referenced applicant.

    Thank you for your assistance in this matter. Please let me know if you have any questions.

                              Sincerely,

                              Sian R. Schilhab
                              General Counsel

cc:    District Attorney                Douglas H. Parks
       Dallas County                   Attorney at Law
       133 N. Industrial               321 Calm Water Lane
       Dallas, TX  75207             Holly Lake Ranch, TX  75765

       Lydia M. V. Brandt
       Attorney at Law
       P. O. Box 850843
       Richardson, TX  75085



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-78,129-01

### EX PARTE WESLEY LYNN RUIZ

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS CAUSE NO. F-07-50318-M IN THE 194TH DISTRICT COURT DALLAS COUNTY

*Per Curiam.*

### O R D E R

In July 2008, a jury found applicant guilty of the offense of capital murder. The jury answered the statutory punishment questions in such a way that the trial court set applicant's punishment at death. On July 26, 2010, the State filed in this Court its brief on applicant's direct appeal. Pursuant to Article 11.071 §§ 4(a) and (b)[1], applicant's

---

[1] Unless otherwise indicated all references to Articles refer to the Code of Criminal Procedure.

Ruiz - 2

initial application for a writ of habeas corpus was due to be filed in the trial court on or before December 8, 2010, assuming a motion for extension was timely filed and granted. It has been eighteen months since the application was due in the trial court. Accordingly, we order the trial court to resolve any remaining issues within 90 days from the date of this order. The clerk shall then transmit the complete writ record to this Court within 120 days from the date of this order. Any extensions of time shall be obtained from this Court.

IT IS SO ORDERED THIS THE 1ST DAY OF AUGUST, 2012.


Do Not Publish

| | COURT OF CRIMINAL APPEALS | |
|---|---|---|
| SHARON KELLER<br>PRESIDING JUDGE | P.O. BOX 12308, CAPITOL STATION<br>AUSTIN, TEXAS 78711 | LOUISE PEARSON<br>CLERK<br>512-463-1551 |
| LAWRENCE E. MEYERS<br>TOM PRICE<br>PAUL WOMACK<br>CHERYL JOHNSON<br>MIKE KEASLER<br>BARBARA P. HERVEY<br>CATHY COCHRAN<br>ELSA ALCALA<br>JUDGES | | SIAN R. SCHILHAB<br>GENERAL COUNSEL<br>512-463-1597 |

May 1, 2012

*[handwritten note: 5/21/12 Christine said we should be getting something soon.]*

Presiding Judge
194th District Court
133 N. Industrial, LB 26
Dallas, TX 75207

        Re:    Wesley Lynn Ruiz
                  AP-75,968

Dear Judge:

    Wesley Lynn Ruiz was convicted of capital murder and received a death sentence in your court. The Court of Criminal Appeals affirmed the conviction on March 2, 2011. The Court has asked me to inquire as to the status of any post-conviction proceedings in the case and to request a response from you within thirty days of the date of this letter.

    Thank you for your assistance in this matter. Please let me know if you have any questions.

                                Sincerely,

                                Sian R. Schilhab
                                General Counsel

cc:    District Attorney                        Douglas H. Parks
       Dallas County                            Attorney at Law
       133 N. Industrial                      321 Calm Water Lane
       Dallas, TX   75207                    Holly Lake Ranch, TX   75765

       Lydia M. V. Brandt
       Attorney at Law
       P. O. Box 850843
       Richardson, TX   75085