Dear Judge Godbey                                July 19 2018

JUL 24 2018
CLERK, U.S. DISTRICT COURT
By_____ Deputy

In Reguards to ~~Wesley L~~ Ruiz
Civil Action No. 3:12-CV-5112-N

Your Honor my name is Wesley Ruiz. I have been here on Texas Death Row for 10 years now.

I am writing to you because your are my federal Judge. And my Federal habeas appeal has been filed to your court now for a few years.

Sir, I know you are very busy and have alot of other cases to rule on. But I would like to ask if you could go ahead and rule on my case. I would like to get this done and over with.

As you will see in my Federal Habeas I really do not have any strong issues with merit.

I do not want to drop my appeals. But I would appreciate if you could go ahead and rule on my case. So that I can go ahead and move forward to what

Comes next in the process.

I thank you, your Honor, for taking the time to read this letter.

Respectfully

Wesley Ruiz #999536

#9 Wesley Ruiz
Polunsky Unit
3872 FM 350
Livingston, TX 77351

LEGAL MAIL

RECEIVED
MAILROOM

United States
Officer of the District Court
Honorable David C Godbey
Northern District of Texas
1100 Commerce - Room 1452
Dallas, TX 75242-1310

NORTH HOUSTON TX 773
20 JUL 2018 PM 9 L

USA FOREVER