# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 14, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-70003    Wesley Ruiz v. Lorie Davis, Director
                    USDC No. 3:12-CV-5112


At the court's directive, the mandate in the above is recalled.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

Ms. Tomee Morgan Heining
Ms. Karen S. Mitchell
Wesley Lynn Ruiz