IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WESLEY LYNN RUIZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-5112-N |
| | § | |
| LORIE DAVIS, Director of TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF REFERENCE

Under the authority of 28 U.S.C § 636(b), Petitioner's Motion for Appointment of Counsel filed July 14, 2020, is hereby referred to United States Magistrate Judge David L. Horan for hearing and/or determination.

SIGNED July 16, 2020.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE